# Financial Disclosure Report
# For Calander Year 2014

Report Required by the Ethics in government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Orginizaiton | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rd Curicut | 9/1/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | Nomination ☐ Date ___ <br> Initial ☐ Annual ☑ Final ☐ <br> 5b. ☑ Amended report | 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

USPO & Courthouse Bldg
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

I. POSITIONS. (Reporting indivudual only; see pp. 9-13 of filing instructions.)
☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Co-Trustee | Trust #6 |
| 5. | Co-Trustee | Trust #7 |
| 6. | Trustee | Trust #29 |
| 7. | Trustee | Trust #30 |
| 8. | Trustee | Trust #31 |
| 9. | Trustee | Trust #32 |
| 10. | Trustee | Trust #33 |
| 11. | Trustee | Trust #34 |
| 12. | Trustee | Trust #35 |
| 13. | Trustee | Trust #36 |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## II. Agreements. *(Reporting indivudual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements)*

| Date | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting indivudual only; see pp. 17-24 of filing instructions.)*

**A. Filer's Non-Investment Income**

☑ NONE *(No reportable non-investment income.)*

| Date | SOURCE AND TYPE | INCOME (yours, not spouces) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**B. Spouse's Non-Investment Income** - *If you were married during any portion of the reporting year, complete this section.*
(Dollar amount not required except for honoraria.)

☑ NONE *(No reportable non-intestment income.)*

| Date | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## IV. Reimbursements -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.,*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children; see pp 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| | A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 1 | RENTAL PROPERTY #2 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 2 | RENTAL PROPERTY #16 BROOKLYN, NY | A | Rent | J | U | Distributed | 11/30/2014 | L | | |
| 3 | RENTAL PROPERTY #17 BROOKLYN, NY | A | Rent | J | U | Distributed | 11/30/2014 | J | | |
| 4 | RENTAL PROPERTY #22 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 5 | RENTAL PROPERTY #11 BROOKLYN, NY | A | Rent | L | U | | | | | |
| 6 | RENTAL PROPERTY #10 BROOKLYN, NY | A | Rent | J | U | | | | | |
| 7 | RENTAL PROPERTY #14 NORFOLK, VA | E | Rent | M | U | | | | | |
| 8 | RENTAL PROPERTY #15 NORFOLK, VA | E | Rent | N | U | | | | | |
| 9 | RENTAL PROPERTY #24 BROOKLYN, NY | F | Rent | J | U | | | | | |
| 10 | MANAGEMENT INC. (FORMERLY BUSINESS # 3) | A | Int./Div. | L | U | | | | | |
| 11 | AMERICAN FUNDS IRA - LIST OF ASSETS | D | Int./Div. | M | T | | | | | |
| 12 | - EUROPACIFIC GROWTH | | | | | | | | | |
| 13 | - THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 14 | - CAPITAL INCOME BUILDER | | | | | | | | | |
| 15 | CASH JP MORGAN CHASE | D | Interest | O | T | | | | | |
| 16 | Trust #1 - List of assets: | D | Dividend | N | T | | | | | |
| 17 | - Capital Group Core Bond Fund | | | | | | | | | |
| 18 | | | | | | Sold(part) | 01/30/2014 | J | | |
| 19 | | | | | | Sold(part) | 04/21/2014 | J | | |
| 20 | | | | | | Sold(part) | 05/1/2014 | J | | |
| 21 | | | | | | Sold(part) | 07/31/2014 | J | | |
| 22 | | | | | | Sold(part) | 10/30/2014 | J | | |
| 23 | - SSGA US Gov Money Market Fund | | | | | Sold(part) | 10/30/2014 | J | | |
| 24 | Trust #2 - List of assets: | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 25 - CAPITAL GROUP CORE BOND FUND | | | | | Sold(part) | 1/30/2014 | J | | |
| 26 | | | | | Sold(part) | 4/21/2014 | J | A | |
| 27 | | | | | Sold(part) | 5/1/2014 | J | A | |
| 28 | | | | | Sold(part) | 7/31/2014 | J | | |
| 29 | | | | | Sold(part) | 10/30/2014 | J | | |
| 30 | | | | | Sold(part) | 10/30/2014 | J | | |
| 31 - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 32 Trust #3 - List of assets: | B | Interest | P1 | T | | | | | |
| 33 - CASH JP MORGAN CHASE | | | | | | | | | |
| 34 Trust #6 - List of Assets | F | Dividend | P1 | T | | | | | |
| 35 - CAPITAL INCOME BUILDER CL F2 | | | | | Sold(part) | 1/30/2014 | J | | |
| 36 | | | | | Sold(part) | 5/1/2014 | J | A | |
| 37 | | | | | Sold(part) | 7/31/2014 | J | | |
| 38 | | | | | Sold(part) | 10/30/2014 | J | | |
| 39 - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 40 Trust #7 - List of assets: | B | Interest | P1 | T | | | | | |
| 41 - CASH JP MORGAN CHASE | | | | | | | | | |
| 42 Trust #15 - List of assets: | D | Int./Div. | N | T | | | | | |
| 43 - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Buy additional | 10/10/2014 | J | | |
| 44 | | | | | Sold(part) | 3/7/2014 | J | A | |
| 45 - ARTISAN INTL VALUE FUND- INV | | | | | | | | | |
| 46 - ASTON RIVER RD DIV ALL CAP VAL FD | | | | | Buy additional | 1/27/2014 | J | | |
| 47 - BLACKROCK HIGH YIELD BOND (Z) | | | | | | | | | |
| 48 - BROWN ADV JAPAN ALPHA OPP | | | | | Buy | 3/7/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 49 - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | | | | | | | | | |
| 50 - DELAWARE EMERGING MARKETS FUND | | | | | Sold | 2/5/2014 | J | A | |
| 51 - DODGE & COX INT'L STOCK | | | | | | | | | |
| 52 - DOUBLELINE FDS TR TTL RTN BD | | | | | | | | | |
| 53 - DREYFUS/LAUREL FDS | | | | | Sold | 1/27/2014 | J | | |
| 54 - EATON VANCE MUT FDS FLT RT | | | | | Sold | 6/12/2014 | J | A | |
| 55 - EATON VANCE MUT FDS GLOBAL MACRO 1 | | | | | | | | | |
| 56 - FMI LARGE CAP FUND ) | | | | | | | | | |
| 57 - GATEWAY FUND | | | | | | | | | |
| 58 - GOLDMAN SACHS TR STRG INCM INST | | | | | Buy | 6/11/2014 | J | | |
| 59 - GOTHAM ABSOLUTE RETURN FUND | | | | | Buy | 1/8/2014 | J | | |
| 60 - ISHARES MSCI EAFE INDEX FUND | | | | | Buy additional | 1/27/2014 | J | | |
| 61 | | | | | Buy additional | 2/5/2014 | J | | |
| 62 | | | | | Sold(part) | 12/12/2014 | J | | |
| 63 | | | | | Sold(part) | 12/12/2014 | J | | |
| 64 - JP MORGAN TR 1 GROWTH ADVANTAGE FUND | | | | | Buy additional | 2/5/2014 | J | | |
| 65 | | | | | Sold | 5/29/2014 | K | D | |
| 66 - JPM CHINA REGION FD | | | | | | | | | |
| 67 - JPM GLBL RES ENH INDEX FD | | | | | Buy | 5/29/2014 | J | | |
| 68 | | | | | Buy additional | 12/12/2014 | K | | |
| 69 - JPM INTREPID EUROPEAN FD | | | | | Sold(part) | 1/27/2014 | J | A | |
| 70 | | | | | Sold | 10/10/2014 | J | | |
| 71 - JPM LARGE CAP GROWTH FD | | | | | Sold | 2/5/2014 | J | B | |
| 72 - JPM SH INT MUNI BD FD | | | | | Buy additional | 9/9/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 73 | | | | | Buy additional | 10/10/2014 | J | | |
| 74 - JPM STRAT INC OPP FD | | | | | Sold | 10/10/2014 | K | | |
| 75 - JPM US LARGE CAP CORE PLUS FD | | | | | Buy additional | 1/27/2014 | J | | |
| 76 - JPMORGAN MID CAP VALUE FUND | | | | | Buy additional | 1/27/2014 | J | | |
| 77 - JPMORGAN SMALL CAP CORE FUND | | | | | Sold(part) | 3/7/2014 | J | B | |
| 78 - MATTHEWS PACIFIC TIGER FUND | | | | | Sold(part) | 3/7/2014 | J | A | |
| 79 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | Buy additional | 5/29/2014 | J | | |
| 80 - PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD | | | | | | | | | |
| 81 - PRUDENTIAL TOTAL RETURN | | | | | Buy additional | 10/10/2014 | J | | |
| 82 - SPDR S&P 500 ETF TRUST | | | | | Buy | 10/10/2014 | K | | |
| 83 - THE ARBITRAGE FUND I | | | | | Sold | 1/8/2014 | J | A | |
| 84 ▓▓▓ Trust #16 - List of assets: | C | Int./Div. | N | T | | | | | |
| 85 - ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Sold (Part) | 3/10/2014 | J | A | |
| 86 | | | | | Buy Additional | 10/14/2014 | J | | |
| 87 - ARBITRAGE FUND | | | | | Sold | 1/9/2014 | J | A | |
| 88 - ARTISAN INTL VALUE FUND- INV | | | | | | | | | |
| 89 - ASTON RIVER RD DIV ALL CAP | | | | | Buy Additional | 1/28/2014 | J | | |
| 90 - BROWN ADV JAPAN ALPHA OPP | | | | | Buy | 3/10/2014 | J | | |
| 91 - CASH - JPMORGAN TAX FREE INSTL SWEEP FD | | | | | | | | | |
| 92 - DELAWARE EMERGING MARKETS FUND | | | | | Sold | 2/6/2014 | J | A | |
| 93 - DODGE & COX INT'L STOCK | | | | | | | | | |
| 94 - DOUBLELINE FDS TR TTL RTN BD I | | | | | | | | | |
| 95 - DREYFUS/LAUREL FDS | | | | | Sold | 1/28/2014 | J | | |
| 96 - EATON VANCE MUT FDS FLT RT | | | | | Sold | 6/13/2014 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 97 - EATON VANCE MUT FDS- GLOBAL MACRO | | | | | | | | | |
| 98 - FMI LARGE CAP FUND | | | | | | | | | |
| 99 - GOTHAM ABSOLUTE RETURN FUND | | | | | Buy | 1/9/2014 | J | | |
| 100 - GATEWAY FUND | | | | | | | | | |
| 101 - GOLDMAN SACHS TR STRG INCM INST | | | | | Buy | 6/12/2014 | J | | |
| 102 - ISHARES MSCI EAFE INDEX FUND | | | | | Buy Additional | 1/30/2014 | J | | |
| 103 | | | | | Buy Additional | 2/10/2014 | J | | |
| 104 | | | | | Sold (Part) | 12/15/2014 | J | | |
| 105 | | | | | Sold (Part) | 12/15/2014 | J | | |
| 106 - JPM CHINA REGION FD | | | | | | | | | |
| 107 - JPM GLBL RES ENH INDEX FD | | | | | Buy | 5/30/2014 | K | | |
| 108 | | | | | Buy Additional | 12/15/2014 | J | | |
| 109 - JPMORGAN TR I GROWTH ADVANTAGE FUND SELECT | | | | | Buy Additional | 2/6/2014 | J | | |
| 110 | | | | | Sold | 5/30/2014 | K | D | |
| 111 - JPM INTREPID EUROPEAN FD | | | | | Sold | 10/14/2014 | J | | |
| 112 - JPM LARGE CAP GRWTH FD | | | | | Sold | 2/6/2014 | J | B | |
| 113 - JPM MID CAP VALUE FD | | | | | Buy Additional | 1/28/2014 | J | | |
| 114 - JPM SH INT MUNI BD FD | | | | | Buy Additional | 9/10/2014 | J | | |
| 115 | | | | | Buy Additional | 10/14/2014 | J | | |
| 116 - JPM STRAT INC OPP FD | | | | | Sold | 10/14/2014 | J | | |
| 117 - JPMORGAN SMALL CAP CORE | | | | | Sold (Part) | 3/10/2014 | J | B | |
| 118 - JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | | | | | |
| 119 - MATTHEWS PACIFIC TIGER FD | | | | | Sold (Part) | 3/10/2014 | J | A | |
| 120 - NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 121 - PRIMECAP ODYSSEY FUNDS | | | | | Buy Additional | 1/28/2014 | J | | |
| 122 - PRUDENTIAL TOTAL RETURN BD-Z | | | | | Buy Additional | 10/14/2014 | J | | |
| 123 - RIDGEWORTH FDS SEIX FLRT HI I          (Y) | | | | | | | | | |
| 124 - SPDR S&P 500 ETF TRUST | | | | | Buy | 10/16/2014 | J | | |
| 125 ▨ Trust #17 - List of assets: | E | Int./Div. | P1 | T | | | | | |
| 126 -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Buy Additional | 5/30/2014 | K | | |
| 127 | | | | | Buy Additional | 10/14/2014 | K | | |
| 128 -ARTISAN INTL VALUE FUND | | | | | | | | | |
| 129 -ASTON RIVER RD DIV ALL CAP VALUE FD | | | | | Buy Additional | 1/28/2014 | J | | |
| 130 | | | | | Sold (part) | 3/10/2014 | J | B | |
| 131 -BARC BREN MXEA 4/16/14 | | | | | Matured | 4/16/2014 | K | B | |
| 132 -BARC REN MXASJ 4/30/14 | | | | | Matured | 4/30/2014 | K | B | |
| 133 -BARC REN SPX 9/04/14 | | | | | Matured | 9/4/2014 | K | C | |
| 134 -BROWN ADV JAPAN ALPHA OPP-IS | | | | | Buy | 3/10/2014 | K | | |
| 135 -CASH - JPMORGAN TAX FREE INSTL SWEEP FD | | | | | | | | | |
| 136 -CS CYCLICAL SECT REL PERF NT 2/25/15 | | | | | Buy | 2/12/2014 | K | | |
| 137 -DB MARKET PLUS SX5E 3/19/14 | | | | | Matured | 3/19/2014 | K | C | |
| 138 -DELAWARE EMERGING MARKETS FUND | | | | | Sold | 2/6/2014 | J | A | |
| 139 -DODGE & COX INTERNATIONAL STOCK | | | | | Buy Additional | 1/28/2014 | K | | |
| 140 -DOUBLELINE FDS TR TTL RTN | | | | | | | | | |
| 141 -DREYFUS LAUREL EMG MKT DEBT LOC | | | | | Sold | 1/28/2014 | J | | |
| 142 -EATON VANCE MUT FDS FLT RT | | | | | Sold | 6/13/2014 | K | A | |
| 143 -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | Buy Additional | 1/9/2014 | K | | |
| 144 -FMI LARGE CAP FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 145   -GOTHAM ABSOLUTE RETURN FUND | | | | | Buy | 1/9/2014 | K | | |
| 146   -GATEWAY FUND | | | | | Buy Additional | 1/9/2014 | J | | |
| 147   -GOLDMAN SACHS TR STRG INCM INST | | | | | Buy | 6/12/2014 | K | | |
| 148   -HSBC BREN MXEA 3/19/14 | | | | | Matured | 3/19/2014 | K | B | |
| 149   -ISHARES MSCI EAFE INDEX FUND | | | | | Buy Additional | 1/30/2014 | J | | |
| 150 | | | | | Buy Additional | 2/10/2014 | K | | |
| 151 | | | | | Buy Additional | 3/21/2014 | K | | |
| 152 | | | | | Buy Additional | 4/22/2014 | K | | |
| 153 | | | | | Sold (part) | 12/15/2014 | J | | |
| 154 | | | | | Sold (part) | 12/15/2014 | L | | |
| 155   -JPM CHINA REGION FD | | | | | | | | | |
| 156   -JPM GLBL RES ENH INDEX FD - SEL FUND | | | | | Buy | 5/30/2014 | M | | |
| 157 | | | | | Buy Additional | 12/15/2014 | L | | |
| 158   -JPM GROWTH ADVANTAGE FD - SEL (X) FUND | | | | | Buy Additional | 2/6/2014 | J | | |
| 159 | | | | | Sold | 5/30/2014 | M | E | |
| 160   -JPM INTREPID EUROPEAN FD | | | | | Buy Additional | 3/17/2014 | K | | |
| 161 | | | | | Sold | 10/14/2014 | K | | |
| 162   -JPM LARGE CAP GROWTH FD | | | | | Sold | 2/6/2014 | K | D | |
| 163   -JPM MID CAP VALUE FD | | | | | Buy Additional | 1/28/2014 | J | | |
| 164 | | | | | Sold (part) | 3/10/2014 | J | C | |
| 165   -JPM SH INT MUNI BD FD | | | | | Buy Additional | 9/10/2014 | K | | |
| 166 | | | | | Buy Additional | 10/14/2014 | K | | |
| 167   -JPM STRAT INC OPP FD - | | | | | Sold | 10/14/2014 | M | | |
| 168   -JPMORGAN TR I GROWTH ADVANTAGE (Y) FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 12

| | |
|---|---|
| **Name of Person Reporting**<br>Barry, Maryanne T. | **Date of Report**<br>9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg., div., rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 169 -JPMORGAN US LARGE CAP CORE | | | | | | | | | |
| 170 -MATTHEWS PACIFIC TIGER FUND | | | | | Sold (part) | 3/10/2014 | J | C | |
| 171 -NEUBERGER BERMAN MULTI CAP OPPORTUNITIES FUND | | | | | | | | | |
| 172 - PRIMECAP ODYSSEY STOCK FUND (FORMERLY PRIMECAP ODYSSEY FUNDS) | | | | | Sold (part) | 3/10/2014 | J | B | |
| 173 -PRUDENTIAL TOTAL RETURN BD | | | | | Buy Additional | 10/14/2014 | K | | |
| 174 -RIDGEWORTH FDS SEIX FLRT HI I (Z) | | | | | | | | | |
| 175 -SG MARKET PLUS MXEA 5/14/14 | | | | | Matured | 5/14/2014 | K | B | |
| 176 -SPDR S&P 500 ETF TRUST | | | | | Buy Additional | 9/5/2014 | K | | |
| 177 | | | | | Buy Additional | 10/16/2014 | K | | |
| 178 -ARBITRAGE FUNDS | | | | | Sold | 1/9/2014 | J | A | |
| 179 ▓▓▓ Trust #29 - List of Assets | E | Int./Div. | J | T | | | | | |
| 180 - ABBVIE INC (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 181 | | | | | Buy additional | 4/1/2014 | J | | |
| 182 | | | | | Buy additional | 4/2/2014 | J | | |
| 183 | | | | | Buy additional | 4/3/2014 | J | | |
| 184 - ACCENTURE PLC US $ (Y) | | | | | | | | | |
| 185 - ACE LTD (Y) | | | | | Buy additional | 1/13/2014 | J | | |
| 186 - AIR PRODUCTS & CHEMICALS (Y) | | | | | Sold(part) | 3/31/2014 | J | B | |
| 187 - ALLEGHENY TECHNOLOGIES INC (Y) | | | | | | | | | |
| 188 - ALLERGAN INC | | | | | Sold (Part) | 3/27/2014 | J | D | |
| 189 | | | | | Sold | 3/28/2014 | K | D | |
| 190 - AMERICAN TOWER CORP CLA A (Y) | | | | | Sold(part) | 3/31/2014 | J | B | |
| 191 - AMERISOURCEBERGEN CORP (Y) | | | | | Buy | 5/8/2014 | J | | |
| 192 - AON CORP (Y) | | | | | Buy additional | 4/1/2014 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 193  - APPLE INC                        (Y) | | | | | Sold(part) | 3/27/2014 | K | D | |
| 194  - AUTOMATIC DATA PROCESSING INC    (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 195 | | | | | Buy additional | 3/27/2014 | J | | |
| 196 | | | | | Buy additional | 3/27/2014 | J | | |
| 197  - AVAGO TECHNOLOGIES LTD          (Y) | | | | | Buy additional | 3/27/2014 | K | | |
| 198  - B/E AEROSPACE INC               (Y) | | | | | Buy additional | 1/13/2014 | J | | |
| 199  - BB&T CORP                       (Y) | | | | | Sold(part) | 3/27/2014 | J | B | |
| 200 | | | | | Sold(part) | 3/27/2014 | J | B | |
| 201 | | | | | Sold(part) | 3/28/2014 | J | C | |
| 202 | | | | | Sold(part) | 3/31/2014 | J | B | |
| 203 | | | | | Sold (Part) | 4/1/2014 | J | B | |
| 204 | | | | | Sold (Part) | 4/2/2014 | J | A | |
| 205  - BEAM INC | | | | | Sold (Part) | 1/14/2014 | K | D | |
| 206 | | | | | Sold | 1/14/2014 | J | C | |
| 207  - BLACKROCK INC | | | | | Sold | 4/23/2014 | J | C | |
| 208  - BOEING CO                       (Y) | | | | | Buy additional | 3/26/2014 | J | | |
| 209  - BRISTOL-MYERS SQUIBB CO         (Y) | | | | | Sold(part) | 3/31/2014 | J | B | |
| 210 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 211  - BROADCOM CORP                   (Y) | | | | | | | | | |
| 212  - CARNIVAL CORP COMMON PAIRED     (Y) | | | | | Sold(part) | 3/11/2014 | J | A | |
| 213  - CATERPILLAR INC                 (Y) | | | | | | | | | |
| 214  - CENTENE CORP | | | | | Sold (Part) | 1/21/2014 | J | B | |
| 215 | | | | | Sold (Part) | 1/23/2014 | J | B | |
| 216 | | | | | Sold (Part) | 1/28/2014 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 217 | | | | | Sold | 2/3/2014 | J | B | |
| 218 - CERNER CORP (Y) | | | | | | | | | |
| 219 - CHARTER COMMUNICATIONS INC CL A (Y) | | | | | | | | | |
| 220 - CHEVRON CORP (Y) | | | | | Buy additional | 4/21/2014 | J | | |
| 221 - CME GROUP INC (Y) | | | | | | | | | |
| 222 - COACH INC | | | | | Sold (Part) | 5/7/2014 | J | | |
| 223 | | | | | Sold (Part) | 5/8/2014 | J | | |
| 224 | | | | | Sold | 5/9/2014 | J | | |
| 225 - COMCAST CORP CL A (NEW) (Y) | | | | | | | | | |
| 226 - CONOCOPHILLIPS (Y) | | | | | Buy additional | 5/7/2014 | J | | |
| 227 | | | | | Buy additional | 5/7/2014 | J | | |
| 228 | | | | | Buy additional | 5/20/2014 | J | | |
| 229 - DAIMLER AG ADR (Y) | | | | | Buy additional | 3/31/2014 | J | | |
| 230 - DANAHER CORP (Y) | | | | | | | | | |
| 231 - DARDEN RESTAURANTS INC (Y) | | | | | | | | | |
| 232 - DELPHI AUTOMOTIVE PLC (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 233 | | | | | Buy additional | 1/8/2014 | J | | |
| 234 - DIAGEO PLC SPONSORED ADR (Y) | | | | | | | | | |
| 235 - DOW CHEMICAL CO (Y) | | | | | Buy additional | 3/27/2014 | J | | |
| 236 | | | | | Buy additional | 3/27/2014 | J | | |
| 237 - EATON CORP PLC (Y) | | | | | Buy additional | 1/10/2014 | J | | |
| 238 | | | | | Buy additional | 1/13/2014 | J | | |
| 239 - EMERSON ELECTRIC CO (Y) | | | | | Sold(part) | 3/31/2014 | J | B | |
| 240 - ENSCO PLC-CL A (Y) | | | | | Sold(part) | 3/31/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 241 | | | | | Sold(part) | 4/1/2014 | J | | |
| 242 - EOG RESOURCES INC (Y) | | | | | | | | | |
| 243 - EXPRESS SCRIPTS INC (Y) | | | | | | | | | |
| 244 - GENPACT LTD | | | | | Sold (Part) | 3/13/2014 | J | A | |
| 245 | | | | | Sold (Part) | 3/13/2014 | J | A | |
| 246 | | | | | Sold (Part) | 3/14/2014 | J | A | |
| 247 | | | | | Sold (Part) | 3/14/2014 | J | A | |
| 248 | | | | | Sold | 3/17/2014 | J | A | |
| 249 - GILEAD SCIENCES INC (Y) | | | | | Sold(part) | 1/8/2014 | J | D | |
| 250 - GOLDMAN SACHS GROUP INC (Y) | | | | | | | | | |
| 251 - GOOGLE INC CL A (Y) | | | | | | | | | |
| 252 - HALLIBURTON CO (Y) | | | | | Sold(part) | 3/7/2014 | K | D | |
| 253 - HEXCEL CORP (Y) | | | | | | | | | |
| 254 - HOME DEPOT INC (Y) | | | | | Sold(part) | 3/28/2014 | J | D | |
| 255 | | | | | Sold(part) | 5/20/2014 | J | C | |
| 256 - IDEX CORP (Y) | | | | | Buy additional | 4/3/2014 | J | | |
| 257 | | | | | Buy additional | 4/7/2014 | J | | |
| 258 - IRON MOUNTAIN INC (Y) | | | | | Buy additional | 5/14/2014 | J | | |
| 259 | | | | | Buy additional | 5/15/2014 | J | | |
| 260 - IRONWOOD PHARMACEUTICALS INC CL A | | | | | Sold (Part) | 3/28/2014 | J | | |
| 261 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 262 | | | | | Sold (Part) | 4/1/2014 | J | | |
| 263 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 264 | | | | | Sold | 4/3/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 265 - JABIL CIRCUIT INC (Y) | | | | | Sold(part) | 3/31/2014 | J | | |
| 266 | | | | | Sold(part) | 4/1/2014 | J | | |
| 267 - JACK HENRY & ASSOC INC (Y) | | | | | | | | | |
| 268 - JP MORGAN CHASE & CO (Y) | | | | | | | | | |
| 269 - JOHNSON CONTROLS INC (Y) | | | | | Buy | 1/9/2014 | J | | |
| 270 - MARSH & MCLENNAN COS INC (Y) | | | | | Buy additional | 3/31/2014 | J | | |
| 271 | | | | | Buy additional | 3/31/2014 | J | | |
| 272 - MICROSOFT CORP (Y) | | | | | | | | | |
| 273 - MONSANTO CO NEW COM (Y) | | | | | | | | | |
| 274 - MOSAIC CO/THE (Y) | | | | | | | | | |
| 275 - NATIONAL GRID PLC - SP ADR (Y) | | | | | | | | | |
| 276 - NESTLE NAM SPON ADR (Y) | | | | | | | | | |
| 277 - NEWELL RUBBERMAID INC (Y) | | | | | | | | | |
| 278 - NIELSEN HOLDINGS NV US $ (Y) | | | | | | | | | |
| 279 - NIKE INC CL B (Y) | | | | | Sold(part) | 1/8/2014 | J | B | |
| 280 - NOBLE ENERGY INC (Y) | | | | | | | | | |
| 281 - NORFOLK SOUTHERN CORP (Y) | | | | | | | | | |
| 282 - NORWEGIAN CRUISE LINE HOLDINGS LTD (Y) | | | | | Buy | 3/7/2014 | J | | |
| 283 | | | | | Buy additional | 3/7/2014 | J | | |
| 284 | | | | | Buy additional | 3/11/2014 | J | | |
| 285 - NOVO NORDISK A/S CL B ADR (Y) | | | | | | | | | |
| 286 - NUCOR CORP (Y) | | | | | | | | | |
| 287 - ORACLE CORP (Y) | | | | | | | | | |
| 288 - PEPSICO INC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 289   - PFIZER INC     (Y) | | | | | | | | | |
| 290   - PHILIP MORRIS INTERNATIONAL INC     (Y) | | | | | Buy additional | 4/1/2014 | K | | |
| 291   - PNC FINANCIAL SERVICES GROUP INC     (Y) | | | | | Buy | 4/23/2014 | J | | |
| 292   - PROCTER & GAMBLE CO     (Y) | | | | | Buy additional | 2/7/2014 | J | | |
| 293   - PROGRESSIVE CORP OHIO     (Y) | | | | | | | | | |
| 294   - QUALCOMM INC     (Y) | | | | | | | | | |
| 295   - ROSS STORES INC     (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 296   - SCHLUMBERGER     (Y) | | | | | | | | | |
| 297   - SCHWAB CHARLES NEW | | | | | Sold | 4/16/2014 | J | C | |
| 298   - SCRIPPS NETWORKS INTERACTIVE     (Y) | | | | | Buy additional | 1/13/2014 | K | | |
| 299   - SEATTLE GENETICS INC     (Y) | | | | | Sold(part) | 3/27/2014 | J | C | |
| 300 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 301   - SIEMENS AG ADR     (Y) | | | | | Buy additional | 4/4/2014 | J | | |
| 302   - SIGNET JEWELERS LTD | | | | | Sold (Part) | 2/3/2014 | J | C | |
| 303 | | | | | Sold (Part) | 2/4/2014 | J | C | |
| 304 | | | | | Sold (Part) | 2/6/2014 | J | A | |
| 305 | | | | | Sold (Part) | 2/6/2014 | J | B | |
| 306 | | | | | Sold | 2/7/2014 | J | A | |
| 307   - SIRIUS XM RADIO INC     (Y) | | | | | | | | | |
| 308   - SSGA US GOV MONEY MARKET FUND     (Y) | | | | | | | | | |
| 309   - STARBUCKS CORP     (Y) | | | | | Buy additional | 5/12/2014 | J | | |
| 310   - TARGET CORP | | | | | Sold | 5/23/2014 | J | A | |
| 311   - TE CONNECTIVITY LTD US $     (Y) | | | | | | | | | |
| 312   - TEXAS INSTRUMENTS INC     (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 313 - TIFFANY & CO NEW (Y) | | | | | Sold(part) | 1/22/2014 | J | C | |
| 314 | | | | | Sold(part) | 1/23/2014 | J | A | |
| 315 | | | | | Sold(part) | 3/31/2014 | J | B | |
| 316 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 317 - TOWERS WATSON & COMPANY CL A (Y) | | | | | Buy additional | 2/11/2014 | J | | |
| 318 | | | | | Buy additional | 2/13/2014 | J | | |
| 319 - UNILEVER NV NY SHRS | | | | | Buy | 1/21/2014 | J | | |
| 320 | | | | | Buy additional | 2/10/2014 | J | | |
| 321 | | | | | Buy additional | 2/11/2014 | J | | |
| 322 | | | | | Buy additional | 2/12/2014 | J | | |
| 323 | | | | | Sold | 3/27/2014 | K | B | |
| 324 - UNILEVER PLC ADR AMER SHS SPON (Y) | | | | | Buy | 3/27/2014 | K | | |
| 325 - UNION PACIFIC CORP | | | | | Sold | 1/6/2014 | J | D | |
| 326 - UNITED TECHNOLOGIES CORP (Y) | | | | | | | | | |
| 327 - UNITEDHEALTH GROUP INC (Y) | | | | | | | | | |
| 328 - VERISIGN INC (Y) | | | | | Buy additional | 4/23/2014 | J | | |
| 329 | | | | | Buy additional | 4/23/2014 | J | | |
| 330 | | | | | Buy additional | 4/24/2014 | J | | |
| 331 - VERIZON COMMUNICATIONS (Y) | | | | | Buy additional | 4/1/2014 | J | | |
| 332 - VISA INC CL A (Y) | | | | | | | | | |
| 333 - WASTE CONNECTIONS INC (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 334 | | | | | Buy additional | 1/8/2014 | J | | |
| 335 | | | | | Buy additional | 3/7/2014 | J | | |
| 336 | | | | | Buy additional | 3/10/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 337 | | | | | Buy additional | 3/12/2014 | J | | |
| 338 - WELLS FARGO & CO (NEW) (Y) | | | | | Buy | 1/10/2014 | J | | |
| 339 | | | | | Buy additional | 3/28/2014 | J | | |
| 340 | | | | | Buy additional | 3/31/2014 | J | | |
| 341 | | | | | Buy additional | 3/31/2014 | J | | |
| 342 | | | | | Buy additional | 4/1/2014 | J | | |
| 343 | | | | | Buy additional | 4/1/2014 | J | | |
| 344 Trust #30 - List of Assets | G | Int./Div. | J | T | | | | | |
| 345 - 3M COMPANY (Y) | | | | | Buy additional | 4/1/2014 | J | | |
| 346 - AA PLC (Y) | | | | | Buy | 9/26/2014 | J | | |
| 347 | | | | | Buy additional | 10/21/2014 | J | | |
| 348 - ABBVIE INC (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 349 | | | | | Buy additional | 3/31/2014 | J | | |
| 350 | | | | | Buy additional | 3/31/2014 | J | | |
| 351 | | | | | Buy additional | 4/1/2014 | J | | |
| 352 | | | | | Buy additional | 4/2/2014 | J | | |
| 353 | | | | | Buy additional | 4/3/2014 | J | | |
| 354 - ABERDEEN ASSET MGMT PLC (Y) | | | | | Buy | 9/25/2014 | J | | |
| 355 | | | | | Buy additional (A) | 9/25/2014 | K | | |
| 356 | | | | | Buy additional | 12/10/2014 | J | | |
| 357 | | | | | Buy additional | 12/10/2014 | J | | |
| 358 | | | | | Buy additional | 12/10/2014 | J | | |
| 359 - ACCENTURE PLC US$ (Y) | | | | | | | | | |
| 360 - ACE LTD (Y) | | | | | Buy additional | 2/11/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 361 | | | | | Buy additional | 2/12/2014 | J | | |
| 362 - Agios Pharmaceuticals Inc (Y) | | | | | Buy | 12/16/2014 | J | | |
| 363 - AIA GROUP LTD (Y) | | | | | | | | | |
| 364 - AIR PRODUCTS & CHEMICALS INC (Y) | | | | | Sold(part) | 3/31/2014 | K | E | |
| 365 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 366 - AJINOMOTO CO INC (Y) | | | | | | | | | |
| 367 - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (part) | 7/29/2014 | J | B | |
| 368 | | | | | Sold (part) | 7/30/2014 | J | B | |
| 369 | | | | | Sold (part) | 7/31/2014 | J | B | |
| 370 | | | | | Sold (part) | 8/8/2014 | J | B | |
| 371 | | | | | Sold (part) | 8/20/2014 | J | B | |
| 372 | | | | | Sold | 8/21/2014 | J | C | |
| 373 - ALLERGAN INC | | | | | Sold (part) | 3/27/2014 | J | D | |
| 374 | | | | | Sold | 3/28/2014 | K | E | |
| 375 - AMERICAN TOWER CORP (Y) | | | | | Buy additional | 1/10/2014 | J | | |
| 376 | | | | | Buy additional | 6/20/2014 | J | | |
| 377 | | | | | Buy additional | 6/23/2014 | J | | |
| 378 - AMERISOURCEBERGEN CORP (Y) | | | | | Buy | 9/24/2014 | J | | |
| 379 | | | | | Buy additional | 9/24/2014 | J | | |
| 380 | | | | | Buy additional | 9/25/2014 | K | | |
| 381 | | | | | Buy additional | 9/25/2014 | J | | |
| 382 - AON PLC (FORMERLY AON CORP) (Y) | | | | | Buy additional | 3/31/2014 | J | | |
| 383 | | | | | Buy additional | 4/1/2014 | J | | |
| 384 - APPLE INC (Y) | | | | | Sold(part) | 3/27/2014 | L | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 385 | | | | | Buy additional | 10/20/2014 | J | | |
| 386   -ASTRAZENECA PLC                (Y) | | | | | Buy additional (A) | 8/26/2014 | L | | |
| 387 | | | | | Buy additional (A) | 8/27/2014 | J | | |
| 388 | | | | | Buy additional (A) | 9/22/2014 | K | | |
| 389 | | | | | Buy additional (A) | 9/23/2014 | K | | |
| 390   - ASML HOLDING NV              (Y) | | | | | | | | | |
| 391   - ASSA ABLOY AB B               (Y) | | | | | | | | | |
| 392   - AUTOMATIC DATA PROCESSING INC  (Y) | | | | | Buy additional | 3/27/2014 | J | | |
| 393 | | | | | Buy additional | 3/27/2014 | J | | |
| 394   - AVAGO TECHNOLOGIES LTD      (Y) | | | | | Buy additional | 3/27/2014 | K | | |
| 395 | | | | | Buy additional | 3/27/2014 | J | | |
| 396 | | | | | Buy additional | 10/20/2014 | J | | |
| 397   - B/E AEROSPACE INC             (Y) | | | | | | | | | |
| 398   - BANK OF CHINA LTD H          (Y) | | | | | Sold(part) | 1/7/2014 | K | | |
| 399   - BARCLAYS PLC | | | | | Sold(part) | 6/20/2014 | J | | |
| 400 | | | | | Sold(part) | 6/20/2014 | J | | |
| 401 | | | | | Sold(part) | 6/23/2014 | J | | |
| 402 | | | | | Sold(part) | 6/25/2014 | J | | |
| 403 | | | | | Sold(part) | 6/30/2014 | J | | |
| 404 | | | | | Sold (part) | 7/1/2014 | J | | |
| 405 | | | | | Sold (part) | 7/2/2014 | J | | |
| 406 | | | | | Sold (part) | 7/2/2014 | J | A | |
| 407 | | | | | Sold (part) | 7/3/2014 | J | A | |
| 408 | | | | | Sold (part) | 7/15/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 409 | | | | | Sold | 7/16/2014 | J | B | |
| 410  - BAYER AG                       (Y) | | | | | Buy additional | 5/2/2014 | J | | |
| 411  - BEAM INC | | | | | Sold (part) | 1/14/2014 | K | D | |
| 412 | | | | | Sold | 1/14/2014 | L | E | |
| 413  - BG GROUP PLC | | | | | Sold (part) | 1/2/2014 | K | C | |
| 414 | | | | | Sold | 1/3/2014 | J | B | |
| 415  - BHP BILLITON LTD               (Y) | | | | | Buy additional | 1/2/2014 | K | | |
| 416  - BLACKROCK INC | | | | | Sold (part) | 4/21/2014 | K | D | |
| 417 | | | | | Sold (part) | 4/22/2014 | K | D | |
| 418 | | | | | Sold (part) | 6/26/2014 | K | E | |
| 419 | | | | | Sold | 6/27/2014 | J | D | |
| 420  - BMW AG                         (Y) | | | | | Sold(part) | 3/31/2014 | K | D | |
| 421 | | | | | Sold(part) | 4/1/2014 | K | D | |
| 422  - BNP PARIBAS | | | | | Sold | 11/27/2014 | J | B | |
| 423  - BOC HONG KONG HOLDINGS LTD     (Y) | | | | | | | | | |
| 424  - BOEING CO                      (Y) | | | | | Buy additional | 3/26/2014 | K | | |
| 425  - BRISTOL-MYERS SQUIBB CO        (Y) | | | | | Sold(part) | 1/7/2014 | K | D | |
| 426 | | | | | Sold(part) | 3/31/2014 | K | D | |
| 427 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 428 | | | | | Buy additional | 10/20/2014 | J | | |
| 429  - BROADCOM CORP                  (Y) | | | | | | | | | |
| 430  - CAE INC | | | | | Sold | 5/22/2014 | L | E | |
| 431  - CAIXABANK SA                   (Y) | | | | | Buy | 3/31/2014 | J | | |
| 432 | | | | | Buy additional | 4/8/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 433 | | | | | Buy additional | 4/8/2014 | J | | |
| 434 | | | | | Buy additional | 4/9/2014 | J | | |
| 435 | | | | | Buy additional | 4/9/2014 | J | | |
| 436 | | | | | Buy additional | 4/10/2014 | J | | |
| 437 | | | | | Sold(part) | 7/17/2014 | J | | |
| 438 | | | | | Buy additional (A) | 7/18/2014 | K | | |
| 439 | | | | | Buy additional (A) | 7/21/2014 | J | | |
| 440 | | | | | Buy additional (A) | 7/23/2014 | J | | |
| 441  - CARNIVAL CORP COMMON PAIRED STOCK (Y) | | | | | Sold(part) | 7/8/2014 | J | | |
| 442 | | | | | Sold(part) | 7/9/2014 | J | | |
| 443 | | | | | Sold(part) | 7/9/2014 | J | B | |
| 444 | | | | | Buy additional | 4/1/2014 | K | | |
| 445 | | | | | Buy additional | 10/20/2014 | J | | |
| 446  - CATERPILLAR INC (Y) | | | | | | | | | |
| 447  - CDK GLOBAL INC (X) (Y) | | | | | Sold (part) | 10/1/2014 | J | | |
| 448 | | | | | Sold | 10/20/2014 | J | | |
| 449  - CENOVUS ENERGY INC C$ | | | | | Buy additional (A) | 6/30/2014 | J | | |
| 450 | | | | | Buy additional (A) | 7/1/2014 | J | | |
| 451 | | | | | Buy additional (A) | 7/2/2014 | J | | |
| 452 | | | | | Buy additional (A) | 7/10/2014 | K | | |
| 453 | | | | | Buy additional (A) | 7/11/2014 | J | | |
| 454 | | | | | Buy additional (A) | 8/5/2014 | K | | |
| 455 | | | | | Buy additional (A) | 8/6/2014 | J | | |
| 456 | | | | | Buy additional (A) | 10/20/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 457 | | | | | Sold (part) | 12/11/2014 | J | | |
| 458 | | | | | Sold (part) | 12/15/2014 | J | | |
| 459 | | | | | Sold (part) | 12/16/2014 | J | | |
| 460 | | | | | Sold | 12/16/2014 | J | | |
| 461     - CERNER CORP      (Y) | | | | | | | | | |
| 462     - CHEVRON CORP      (Y) | | | | | Buy additional | 3/27/2014 | K | | |
| 463 | | | | | Buy additional | 4/21/2014 | K | | |
| 464 | | | | | Buy additional | 11/26/2014 | J | | |
| 465     - CHINA EVERBRIGHT INTERNATIONAL LIMITED      (Y) | | | | | Buy | 5/26/2014 | J | | |
| 466 | | | | | Buy additional | 5/27/2014 | J | | |
| 467 | | | | | Buy additional | 5/28/2014 | J | | |
| 468 | | | | | Buy additional | 5/29/2014 | J | | |
| 469 | | | | | Buy additional | 5/30/2014 | J | | |
| 470 | | | | | Buy additional | 6/3/2014 | J | | |
| 471 | | | | | Buy additional | 6/4/2014 | J | | |
| 472 | | | | | Buy additional | 6/5/2014 | J | | |
| 473 | | | | | Buy additional | 9/25/2014 | J | | |
| 474 | | | | | Buy additional | 9/25/2014 | J | | |
| 475 | | | | | Buy additional | 9/26/2014 | J | | |
| 476 | | | | | Buy additional | 9/29/2014 | J | | |
| 477     - CME GROUP INC      (Y) | | | | | Sold(part) | 8/28/2014 | J | C | |
| 478     - COACH INC | | | | | Sold (part) | 5/7/2014 | K | | |
| 479 | | | | | Sold (part) | 5/8/2014 | K | | |
| 480 | | | | | Sold | 5/9/2014 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 481    - COBALT INTERNATIONAL ENERGY | | | | | Sold(part) | 4/16/2014 | J | | |
| 482 | | | | | Sold(part) | 4/17/2014 | J | | |
| 483 | | | | | Sold | 10/22/2014 | J | | |
| 484    - COCA-COLA AMATIL LTD | | | | | Sold(part) | 3/12/2014 | K | | |
| 485 | | | | | Sold | 8/28/2014 | K | | |
| 486    - COMCAST CORP                    (Y) | | | | | | | | | |
| 487    - COMPAGNIE FINANCIERE RICHEMONT SA REG          (Y) | | | | | | | | | |
| 488    - CONOCOPHILLIPS               (Y) | | | | | Buy | 5/6/2014 | K | | |
| 489 | | | | | Buy additional | 5/7/2014 | J | | |
| 490 | | | | | Buy additional | 5/7/2014 | K | | |
| 491 | | | | | Buy additional | 5/7/2014 | K | | |
| 492 | | | | | Buy additional | 5/20/2014 | J | | |
| 493 | | | | | Buy additional | 5/20/2014 | J | | |
| 494 | | | | | Buy additional | 10/20/2014 | J | | |
| 495 | | | | | Buy additional | 10/23/2014 | J | | |
| 496 | | | | | Buy additional | 12/12/2014 | J | | |
| 497 | | | | | Buy additional | 12/12/2014 | J | | |
| 498    - DAIMLER AG                      (Y) | | | | | Buy additional | 3/4/2014 | K | | |
| 499    - DANAHER CORP                (Y) | | | | | | | | | |
| 500    - DANONE                            (Y) | | | | | Sold(part) | 3/31/2014 | J | A | |
| 501 | | | | | Sold(part) | 3/31/2014 | K | C | |
| 502 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 503 | | | | | Sold(part) | 6/13/2014 | J | A | |
| 504    - DAVITA INC                       (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 505    - DBS GROUP HOLDINGS LTD    (Y) | | | | | Sold(part) | 3/27/2014 | J | B | |
| 506 | | | | | Sold(part) | 3/28/2014 | J | B | |
| 507 | | | | | Sold(part) | 8/25/2014 | J | C | |
| 508 | | | | | Sold(part) | 8/26/2014 | J | D | |
| 509    - DELPHI AUTOMOTIVE PLC    (Y) | | | | | Buy | 1/6/2014 | J | | |
| 510 | | | | | Buy additional | 1/7/2014 | J | | |
| 511 | | | | | Buy additional | 1/7/2014 | J | | |
| 512 | | | | | Buy additional | 1/8/2014 | J | | |
| 513 | | | | | Buy additional | 1/8/2014 | K | | |
| 514 | | | | | Buy additional | 1/9/2014 | J | | |
| 515    - DENSO CORP    (Y) | | | | | Buy additional | 4/23/2014 | K | | |
| 516    - DEUTSCHE WOHNEN AG (BEARER)    (Y) | | | | | Buy | 3/31/2014 | J | | |
| 517 | | | | | Buy additional | 3/31/2014 | J | | |
| 518 | | | | | Buy additional | 4/1/2014 | J | | |
| 519 | | | | | Buy additional | 4/2/2014 | J | | |
| 520 | | | | | Buy additional | 4/4/2014 | J | | |
| 521 | | | | | Buy additional | 4/14/2014 | J | | |
| 522 | | | | | Buy additional | 6/26/2014 | J | | |
| 523 | | | | | Buy additional (A) | 7/3/2014 | J | | |
| 524 | | | | | Buy additional (A) | 7/8/2014 | J | | |
| 525 | | | | | Buy additional (A) | 7/9/2014 | J | | |
| 526 | | | | | Buy additional (A) | 7/23/2014 | J | | |
| 527 | | | | | Buy additional (A) | 7/24/2014 | J | | |
| 528 | | | | | Buy additional (A) | 7/25/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 529 | | | | | Buy additional (A) | 7/28/2014 | J | | |
| 530 | | | | | Buy additional (A) | 7/30/2014 | J | | |
| 531  - DIAGEO PLC                    (Y) | | | | | Sold(part) | 3/31/2014 | K | D | |
| 532 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 533  - DKSH HOLDING LTD              (Y) | | | | | Buy | 4/7/2014 | J | | |
| 534 | | | | | Buy additional | 4/7/2014 | J | | |
| 535 | | | | | Buy additional | 4/25/2014 | J | | |
| 536 | | | | | Buy additional | 5/15/2014 | J | | |
| 537 | | | | | Buy additional | 5/15/2014 | J | | |
| 538 | | | | | Buy additional | 5/15/2014 | J | | |
| 539  - DOW CHEMICAL CO              (Y) | | | | | Buy additional | 3/27/2014 | K | | |
| 540 | | | | | Buy additional | 3/27/2014 | J | | |
| 541  - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/21/2014 | J | | |
| 542 | | | | | Buy additional | 8/21/2014 | J | | |
| 543 | | | | | Buy additional | 8/22/2014 | J | | |
| 544 | | | | | Buy additional | 8/25/2014 | J | | |
| 545 | | | | | Buy additional | 8/26/2014 | J | | |
| 546 | | | | | Sold | 10/20/2014 | J | A | |
| 547  - EATON CORP                    (Y) | | | | | Buy additional | 1/10/2014 | J | | |
| 548 | | | | | Buy additional | 1/10/2014 | K | | |
| 549 | | | | | Buy additional | 1/13/2014 | K | | |
| 550 | | | | | Sold(part) | 4/17/2014 | J | | |
| 551 | | | | | Sold(part) | 4/17/2014 | J | | |
| 552 | | | | | Sold(part) | 4/21/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 553 | | | | | Sold(part) | 4/22/2014 | J | | |
| 554 - ECOLAB INC (Y) | | | | | | | | | |
| 555 - ELRINGKLINGER AG (Y) | | | | | Buy | 4/25/2014 | J | | |
| 556 | | | | | Buy additional | 5/7/2014 | J | | |
| 557 | | | | | Buy additional | 5/8/2014 | J | | |
| 558 | | | | | Buy additional | 5/13/2014 | J | | |
| 559 | | | | | Buy additional | 5/14/2014 | J | | |
| 560 | | | | | Buy additional | 5/15/2014 | J | | |
| 561 - ENBRIDGE INC (Y) | | | | | Buy additional | 10/20/2014 | J | | |
| 562 | | | | | Buy additional | 10/22/2014 | J | | |
| 563 - ENI SPA REG | | | | | Buy (A) | 7/2/2014 | J | | |
| 564 | | | | | Sold (part) | 10/27/2014 | J | | |
| 565 | | | | | Sold (part) | 10/27/2014 | J | | |
| 566 | | | | | Sold | 10/28/2014 | J | | |
| 567 - ENSCO PLC | | | | | Sold(part) | 3/31/2014 | J | | |
| 568 | | | | | Sold(part) | 4/1/2014 | J | | |
| 569 | | | | | Sold | 10/20/2014 | J | | |
| 570 - ESSILOR INTL (Y) | | | | | | | | | |
| 571 - EXPRESS SCRIPTS HOLDING CO (FORMERLY EXPRESS SCRIPTS INC) (Y) | | | | | Sold(part) | 5/8/2014 | J | B | |
| 572 - FANUC CO (Y) | | | | | | | | | |
| 573 - FEDEX CORP (Y) | | | | | | | | | |
| 574 - FIRST QUANTUM MINERALS LTD C$ (Y) | | | | | | | | | |
| 575 - GEMALTO NV (Y) | | | | | | | | | |
| 576 - GENPACT LTD | | | | | Sold(part) | 3/13/2014 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 577 | | | | | Sold(part) | 3/13/2014 | J | A | |
| 578 | | | | | Sold(part) | 3/14/2014 | J | A | |
| 579 | | | | | Sold(part) | 3/14/2014 | J | A | |
| 580 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 581 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 582 | | | | | Sold | 10/20/2014 | J | B | |
| 583    - GILEAD SCIENCES INC    (Y) | | | | | Sold(part) | 1/6/2014 | J | D | |
| 584 | | | | | Sold(part) | 1/7/2014 | K | D | |
| 585 | | | | | Sold(part) | 1/8/2014 | L | E | |
| 586 | | | | | Sold(part) | 3/27/2014 | J | C | |
| 587 | | | | | Sold(part) | 3/27/2014 | K | E | |
| 588 | | | | | Sold(part) | 3/31/2014 | K | E | |
| 589 | | | | | Sold(part) | 10/6/2014 | J | D | |
| 590    - GLOBAL BRANDS GROUPING    (X) | | | | | Sold | 10/21/2014 | J | | |
| 591    - GOLDMAN SACHS GROUP    (Y) | | | | | Buy additional | 2/14/2014 | K | | |
| 592    - GOOGLE INC    (Y) | | | | | Sold(part) | 4/10/2014 | K | D | |
| 593 | | | | | Sold(part) | 4/10/2014 | K | D | |
| 594    - HALLIBURTON CO | | | | | Sold(part) | 1/6/2014 | K | D | |
| 595 | | | | | Sold(part) | 4/1/2014 | M | F | |
| 596 | | | | | Sold(part) | 6/26/2014 | J | C | |
| 597 | | | | | Sold(part) | 6/26/2014 | J | A | |
| 598 | | | | | Sold(part) | 6/26/2014 | J | C | |
| 599 | | | | | Sold(part) | 6/27/2014 | J | C | |
| 600 | | | | | Sold(part) | 6/27/2014 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 601 | | | | | Sold (part) | 8/25/2014 | J | C | |
| 602 | | | | | Sold (part) | 9/19/2014 | K | D | |
| 603 | | | | | Sold | 9/19/2014 | J | B | |
| 604    - HAMAMATSU PHOTONIC KK    (Y) | | | | | | | | | |
| 605    - HDFC BANK LTD    (Y) | | | | | | | | | |
| 606    - HEXCEL CORP    (Y) | | | | | Buy additional | 1/9/2014 | J | | |
| 607 | | | | | Buy additional | 1/10/2014 | J | | |
| 608 | | | | | Buy additional | 1/13/2014 | K | | |
| 609 | | | | | Buy additional | 1/14/2014 | J | | |
| 610 | | | | | Buy additional | 1/15/2014 | J | | |
| 611 | | | | | Buy additional | 1/21/2014 | J | | |
| 612    - HITACHI    (Y) | | | | | | | | | |
| 613    - HOME DEPOT INC    (Y) | | | | | Sold(part) | 3/28/2014 | L | E | |
| 614 | | | | | Sold(part) | 5/20/2014 | J | C | |
| 615 | | | | | Sold(part) | 5/20/2014 | K | E | |
| 616    - HOME RETAIL GROUP    (Y) | | | | | Buy | 4/8/2014 | J | | |
| 617 | | | | | Buy additional | 4/14/2014 | J | | |
| 618 | | | | | Buy additional | 4/14/2014 | J | | |
| 619 | | | | | Buy additional | 4/15/2014 | J | | |
| 620 | | | | | Buy additional | 4/16/2014 | J | | |
| 621 | | | | | Buy additional | 4/17/2014 | J | | |
| 622 | | | | | Buy additional | 4/24/2014 | J | | |
| 623 | | | | | Buy additional | 4/25/2014 | J | | |
| 624 | | | | | Buy additional | 4/28/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 625  - HSBC HOLDINGS                          (Y) | | | | | | | | | |
| 626  - HSBC HOLDINGS PLC ADR SPON      (X)(Y) | | | | | Sold(part) | 8/19/2014 | K | | |
| 627  - HSBC HOLDINGS PLC UKP            (Y) | | | | | Sold(part) | 4/1/2014 | K | C | |
| 628  - IDEX CORP                        (Y) | | | | | Buy additional | 3/28/2014 | J | | |
| 629 | | | | | Buy additional | 4/3/2014 | J | | |
| 630 | | | | | Buy additional | 4/7/2014 | J | | |
| 631  - ILLINOIS TOOL WORKS              (Y) | | | | | | | | | |
| 632  - IMPERIAL TOBACCO                 (Y) | | | | | | | | | |
| 633  - INCYTE CORP                      (Y) | | | | | Buy | 10/20/2014 | K | | |
| 634  - INDITEX                          (Y) | | | | | | | | | |
| 635  - INFOSYS TECHNOLOGIES ADR         (Y) | | | | | Buy | 1/23/2014 | J | | |
| 636 | | | | | Buy additional | 1/24/2014 | K | | |
| 637 | | | | | Sold(part) | 7/17/2014 | J | | |
| 638 | | | | | Sold(part) | 7/17/2014 | J | | |
| 639 | | | | | Sold(part) | 7/18/2014 | J | | |
| 640 | | | | | Buy additional | 9/3/2014 | J | | |
| 641 | | | | | Buy additional | 9/4/2014 | K | | |
| 642 | | | | | Buy additional | 9/9/2014 | J | | |
| 643  - IRON MOUNTAIN INC | | | | | Buy additional | 4/2/2014 | J | | |
| 644 | | | | | Buy additional | 5/14/2014 | J | | |
| 645 | | | | | Buy additional | 5/14/2014 | J | | |
| 646 | | | | | Buy additional | 5/15/2014 | J | | |
| 647 | | | | | Sold | 11/14/2014 | J | A | |
| 648  - IRONWOOD PHARMACEUTICALS INC CL A | | | | | Sold (part) | 3/28/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 32

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
9/1/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 649 | | | | | Sold (part) | 3/28/2014 | J | | |
| 650 | | | | | Sold (part) | 3/31/2014 | J | | |
| 651 | | | | | Sold (part) | 3/31/2014 | J | | |
| 652 | | | | | Sold (part) | 4/1/2014 | J | | |
| 653 | | | | | Sold (part) | 4/1/2014 | J | | |
| 654 | | | | | Sold (part) | 4/2/2014 | J | | |
| 655 | | | | | Sold (part) | 4/2/2014 | J | | |
| 656 | | | | | Sold (part) | 4/4/2014 | J | | |
| 657 | | | | | Sold | 10/20/2014 | J | A | |
| 658 - JABIL CIRCUIT INC (Y) | | | | | Sold(part) | 3/31/2014 | K | A | |
| 659 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 660 - JACK HENRY & ASSOC INC (Y) | | | | | | | | | |
| 661 - JARDINE MATHESON HLD (SINGAPORE) (Y) | | | | | Buy | 3/27/2014 | K | | |
| 662 | | | | | Buy additional | 4/4/2014 | K | | |
| 663 - JP MORGAN CHASE & CO (Y) | | | | | | | | | |
| 664 - JULIUS BAER GROUP LTD (Y) | | | | | Buy | 9/30/2014 | J | | |
| 665 | | | | | Buy additional | 10/1/2014 | J | | |
| 666 | | | | | Buy additional | 10/1/2014 | J | | |
| 667 | | | | | Buy additional | 10/2/2014 | J | | |
| 668 | | | | | Buy additional | 10/2/2014 | J | | |
| 669 - KEYENCE CORP (Y) | | | | | | | | | |
| 670 - KLA-TENCOR CORP (Y) | | | | | | | | | |
| 671 - KONINKLIJKE DSM (Y) | | | | | Sold (part) | 3/14/2014 | J | B | |
| 672 | | | | | Sold (part) | 3/17/2014 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 673 | | | | | Sold (part) | 3/18/2014 | J | A | |
| 674 | | | | | Sold (part) | 3/20/2014 | J | A | |
| 675 | | | | | Sold (part) | 3/21/2014 | J | A | |
| 676 | | | | | Sold (part) | 3/21/2014 | J | B | |
| 677 | | | | | Buy additional (A) | 8/8/2014 | K | | |
| 678 - LAIR LIQUIDE (L) (Y) | | | | | Sold(part) | 2/25/2014 | J | D | |
| 679 | | | | | Sold(part) | 6/23/2014 | J | A | |
| 680 | | | | | Buy additional | 10/21/2014 | J | | |
| 681 - LI & FUNG LTD | | | | | Sold | 10/21/2014 | J | | |
| 682 - LIBERTY GLOBAL PLC CL A (Y) | | | | | Buy | 4/24/2014 | J | | |
| 683 | | | | | Buy additional | 4/24/2014 | J | | |
| 684 | | | | | Buy additional | 4/25/2014 | J | | |
| 685 | | | | | Buy additional | 4/25/2014 | K | | |
| 686 | | | | | Buy additional | 4/25/2014 | J | | |
| 687 | | | | | Buy additional | 5/1/2014 | J | | |
| 688 | | | | | Buy additional | 5/2/2014 | J | | |
| 689 | | | | | Buy additional | 5/5/2014 | J | | |
| 690 | | | | | Buy additional | 5/6/2014 | J | | |
| 691 | | | | | Buy additional | 5/7/2014 | J | | |
| 692 | | | | | Buy additional | 6/19/2014 | J | | |
| 693 | | | | | Buy additional | 6/20/2014 | K | | |
| 694 | | | | | Buy additional | 6/20/2014 | J | | |
| 695 | | | | | Buy additional | 6/30/2014 | J | | |
| 696 | | | | | Buy additional | 7/1/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 697 - LIBERTY GLOBAL PLC CL C (Y) | | | | | Buy | 5/5/2014 | J | | |
| 698 | | | | | Buy additional | 5/7/2014 | J | | |
| 699 - LLOYDS TSB GROUP PLC (Y) | | | | | Buy additional | 3/31/2014 | J | | |
| 700 | | | | | Buy additional | 3/31/2014 | K | | |
| 701 | | | | | Buy additional | 5/13/2014 | J | | |
| 702 - L'OREAL (Y) | | | | | Buy additional | 5/2/2014 | K | | |
| 703 | | | | | Buy additional | 5/6/2014 | J | | |
| 704 | | | | | Buy additional | 9/26/2014 | K | | |
| 705 | | | | | Buy additional | 9/29/2014 | J | | |
| 706 - MARSH & MCLENNAN COS INC (Y) | | | | | | | | | |
| 707 - MEGGITT PLC (Y) | | | | | Sold(part) | 5/22/2014 | J | | |
| 708 - MICROSOFT CORP (Y) | | | | | | | | | |
| 709 - MONSANTO CO NEW COM (Y) | | | | | Buy additional | 10/20/2014 | J | | |
| 710 - MOSAIC CO/THE | | | | | Buy additional | 5/7/2014 | J | | |
| 711 | | | | | Buy additional | 5/7/2014 | J | | |
| 712 | | | | | Buy additional | 5/8/2014 | J | | |
| 713 | | | | | Sold (part) | 10/17/2014 | J | | |
| 714 | | | | | Sold (part) | 10/20/2014 | J | | |
| 715 | | | | | Sold | 10/28/2014 | J | | |
| 716 - MURATA MANUFACTURING (Y) | | | | | | | | | |
| 717 - NATIONAL GRID PLC (Y) | | | | | Buy additional (A) | 7/18/2014 | J | | |
| 718 - NESTLE SA REG (Y) | | | | | Buy additional | 10/21/2014 | J | | |
| 719 - NEW YORK TIMES CO CL A (Y) | | | | | Sold | 5/20/2014 | J | A | |
| 720 - NEWELL RUBBERMAID INC (Y) | | | | | Buy additional | 10/20/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 721 - NIELSEN NV USS (FORMERLY NIELSEN HOLDINGS NV) (Y) | | | | | Buy additional | 4/2/2014 | J | | |
| 722 - NIKE INC CL B | | | | | Sold (part) | 5/8/2014 | J | C | |
| 723 | | | | | Sold (part) | 5/8/2014 | K | D | |
| 724 | | | | | Sold | 5/9/2014 | J | B | |
| 725 - NOBLE ENERGY INC (Y) | | | | | Sold(part) | 1/10/2014 | J | C | |
| 726 - NORDSTROM INC (Y) | | | | | | | | | |
| 727 - NORFOLK SOUTHERN CORP (Y) | | | | | | | | | |
| 728 - NOVARTIS AG NAMEN (Y) | | | | | Buy additional | 5/2/2014 | J | | |
| 729 - NOVO NORDISK (Y) | | | | | | | | | |
| 730 - NUCOR CORP | | | | | Sold (part) | 6/26/2014 | J | B | |
| 731 | | | | | Sold (part) | 6/27/2014 | J | C | |
| 732 | | | | | Sold | 6/30/2014 | J | B | |
| 733 - ORACLE CORP (Y) | | | | | Sold(part) | 4/1/2014 | K | D | |
| 734 - ORACLE CORP JAPAN (Y) | | | | | Buy | 3/28/2014 | J | | |
| 735 | | | | | Buy additional | 3/31/2014 | J | | |
| 736 | | | | | Buy additional | 4/2/2014 | J | | |
| 737 | | | | | Buy additional | 4/4/2014 | J | | |
| 738 | | | | | Buy additional | 4/8/2014 | J | | |
| 739 - PACWEST BANCORP (Y) | | | | | Buy | 8/8/2014 | J | | |
| 740 | | | | | Buy additional | 8/11/2014 | J | | |
| 741 | | | | | Buy additional | 8/12/2014 | J | | |
| 742 | | | | | Buy additional | 8/13/2014 | J | | |
| 743 | | | | | Buy additional | 8/21/2014 | J | | |
| 744 | | | | | Buy additional | 11/20/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 36

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 745 | - PERNOD RICARD (Y) | | | | | Sold(part) | 1/13/2014 | J | A | |
| 746 | - PHILIP MORRIS INTERNATIONAL (Y) | | | | | | | | | |
| 747 | - PNC FINANCIAL SERVICES GROUP INC (Y) | | | | | Buy | 9/24/2014 | J | | |
| 748 | | | | | | Buy additional | 9/25/2014 | J | | |
| 749 | - PRAXAIR INC (Y) | | | | | Buy | 8/22/2014 | J | | |
| 750 | | | | | | Buy additional | 8/25/2014 | K | | |
| 751 | | | | | | Buy additional | 9/24/2014 | J | | |
| 752 | | | | | | Buy additional | 9/24/2014 | J | | |
| 753 | - PROCTER & GAMBLE CO (Y) | | | | | | | | | |
| 754 | - PROGRESSIVE CORP OHIO (Y) | | | | | Sold(part) | 5/9/2014 | K | D | |
| 755 | - PRUDENTIAL PLC (Y) | | | | | Buy | 12/1/2014 | J | | |
| 756 | - QUALCOMM INC (Y) | | | | | | | | | |
| 757 | - RIO TINTO PLC (Y) | | | | | Buy additional | 1/13/2014 | K | | |
| 758 | | | | | | Buy additional | 1/14/2014 | J | | |
| 759 | - ROCHE HOLDING AG GENUSSCHEIN (Y) | | | | | Buy additional (A) | 8/22/2014 | K | | |
| 760 | - ROSS STORES INC (Y) | | | | | Sold(part) | 4/9/2014 | J | | |
| 761 | | | | | | Sold(part) | 4/9/2014 | J | | |
| 762 | | | | | | Sold(part) | 4/10/2014 | J | | |
| 763 | | | | | | Sold(part) | 5/12/2014 | J | | |
| 764 | | | | | | Sold(part) | 8/21/2014 | J | | |
| 765 | | | | | | Sold(part) | 8/22/2014 | J | A | |
| 766 | - ROYAL CARIBBEAN CRUISES (Y) | | | | | Buy additional | 4/2/2014 | K | | |
| 767 | - SAMPO OYJ CL A (Y) | | | | | | | | | |
| 768 | - SAMSUNG ELEC (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 769    - SCHLUMBERGER LTD                          (Y) | | | | | Sold(part) | 4/2/2014 | K | D | |
| 770    - SCHNEIDER ELECTRIC SA                      (Y) | | | | | Sold(part) | 3/31/2014 | K | D | |
| 771    - SCHWAB CHARLES NEW                         (Y) | | | | | Sold(part) | 8/25/2014 | J | C | |
| 772 | | | | | Sold(part) | 8/26/2014 | K | E | |
| 773    - SCRIPPS NETWORKS INTERACTIVE              (Y) | | | | | | | | | |
| 774    - SEADRILL LTD                               (Y) | | | | | Sold(part) | 9/23/2014 | K | | |
| 775 | | | | | Sold(part) | 9/23/2014 | J | | |
| 776 | | | | | Sold(part) | 9/26/2014 | J | | |
| 777    - SEATTLE GENETICS INC | | | | | Sold(part) | 3/26/2014 | J | C | |
| 778 | | | | | Sold(part) | 3/27/2014 | J | D | |
| 779 | | | | | Sold(part) | 3/28/2014 | J | C | |
| 780 | | | | | Sold(part) | 3/31/2014 | J | C | |
| 781 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 782 | | | | | Sold(part) | 4/1/2014 | J | D | |
| 783 | | | | | Sold(part) | 4/2/2014 | J | C | |
| 784 | | | | | Sold(part) | 4/4/2014 | J | B | |
| 785 | | | | | Sold(part) | 4/8/2014 | J | B | |
| 786 | | | | | Sold(part) | 4/9/2014 | J | B | |
| 787 | | | | | Sold(part) | 4/16/2014 | J | B | |
| 788 | | | | | Sold(part) | 4/17/2014 | J | B | |
| 789 | | | | | Sold(part) | 4/21/2014 | J | B | |
| 790 | | | | | Sold(part) | 4/23/2014 | J | B | |
| 791 | | | | | Buy additional | 10/20/2014 | J | | |
| 792 | | | | | Sold (part) | 12/16/2014 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 793 | | | | | Sold | 12/16/2014 | J | | |
| 794  - SES FDR CL A                            (Y) | | | | | | | | | |
| 795  - SHANGRI-LA ASIA                         (Y) | | | | | | | | | |
| 796  - SIEMENS AG NAMEN                        (Y) | | | | | Buy additional (A) | 7/2/2014 | K | | |
| 797 | | | | | Buy additional (A) | 9/26/2014 | K | | |
| 798 | | | | | Buy additional | 9/30/2014 | K | | |
| 799  - SIGNET JEWELERS LTD                     (Y) | | | | | Sold(part) | 1/31/2014 | J | C | |
| 800 | | | | | Sold(part) | 2/3/2014 | J | C | |
| 801 | | | | | Sold(part) | 2/3/2014 | J | C | |
| 802 | | | | | Sold(part) | 2/4/2014 | J | C | |
| 803 | | | | | Sold(part) | 2/5/2014 | J | C | |
| 804 | | | | | Sold(part) | 2/6/2014 | J | C | |
| 805 | | | | | Sold(part) | 2/7/2014 | J | C | |
| 806 | | | | | Sold(part) | 2/7/2014 | J | C | |
| 807  - SINGAPORE TELECOMM                      (Y) | | | | | | | | | |
| 808  - SIRIUS XM RADIO INC                     (Y) | | | | | | | | | |
| 809  - SMC CORP                                (Y) | | | | | | | | | |
| 810  - SOFTBANK CORP                           (Y) | | | | | Sold(part) | 3/31/2014 | J | D | |
| 811  - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 812  - ST JUDE MEDICAL                         (Y) | | | | | Buy | 8/4/2014 | J | | |
| 813 | | | | | Buy additional | 8/5/2014 | J | | |
| 814 | | | | | Buy additional | 8/5/2014 | K | | |
| 815 | | | | | Buy additional | 12/1/2014 | J | | |
| 816  - STANDARD CHARTERED | | | | | Sold(part) | 3/31/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A.<br>Description of Assets (including Trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 817 | | | | | Sold(part) | 3/31/2014 | K | | |
| 818 | | | | | Sold(part) | 3/31/2014 | J | | |
| 819 | | | | | Sold(part) | 5/28/2014 | J | A | |
| 820 | | | | | Sold (part) | 10/1/2014 | J | | |
| 821 | | | | | Sold (part) | 10/1/2014 | J | | |
| 822 | | | | | Sold (part) | 11/24/2014 | J | | |
| 823 | | | | | Sold | 11/25/2014 | J | | |
| 824  - STARBUCKS CORP (Y) | | | | | | | | | |
| 825  - SUMITOMO MITSUI FINANCIAL GROUP INC (X) | | | | | Buy additional | 1/24/2014 | J | | |
| 826 | | | | | Buy additional | 3/28/2014 | K | | |
| 827 | | | | | Sold | 10/21/2014 | K | | |
| 828  - SUMITOMO MITSUI TRUST HOLDIN (Y) | | | | | Sold (part) | 4/22/2014 | J | | |
| 829 | | | | | Sold (part) | 4/23/2014 | J | | |
| 830 | | | | | Sold (part) | 4/24/2014 | K | | |
| 831  - SUN HUNG KAI PROP (Y) | | | | | Sold (part) | 4/29/2014 | J | A | |
| 832 | | | | | Sold (part) | 5/2/2014 | J | A | |
| 833  - SVENSKA HANDELSBKEN A (Y) | | | | | Buy | 4/1/2014 | K | | |
| 834  - SYNGENTA AG | | | | | Sold(part) | 3/31/2014 | J | | |
| 835 | | | | | Sold(part) | 3/31/2014 | J | | |
| 836 | | | | | Sold(part) | 4/1/2014 | J | | |
| 837 | | | | | Sold(part) | 4/1/2014 | J | | |
| 838 | | | | | Sold(part) | 4/2/2014 | J | | |
| 839 | | | | | Sold(part) | 4/3/2014 | J | | |
| 840 | | | | | Sold (part) | 7/14/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 841 | | | | | Sold (part) | 7/15/2014 | J | C | |
| 842 | | | | | Sold (part) | 7/16/2014 | J | C | |
| 843 | | | | | Sold (part) | 7/17/2014 | J | B | |
| 844 | | | | | Sold (part) | 7/18/2014 | J | B | |
| 845 | | | | | Sold | 7/21/2014 | J | A | |
| 846 - SYSMEX CORP (Y) | | | | | | | | | |
| 847 - TAIWAN SEMICONDUCTOR SPONS ADR (Y) | | | | | Buy | 11/21/2014 | J | | |
| 848 | | | | | Buy additional | 11/24/2014 | J | | |
| 849 | | | | | Buy additional | 11/24/2014 | J | | |
| 850 - TARGET CORP | | | | | Sold (part) | 5/22/2014 | K | C | |
| 851 | | | | | Sold | 5/23/2014 | K | C | |
| 852 - TE CONNECTIVITY LTD | | | | | Sold (part) | 9/24/2014 | K | D | |
| 853 | | | | | Sold (part) | 9/24/2014 | J | C | |
| 854 | | | | | Sold (part) | 9/24/2014 | K | D | |
| 855 | | | | | Sold | 9/25/2014 | J | C | |
| 856 - TEXAS INSTRUMENTS INC (Y) | | | | | Sold(part) | 4/1/2014 | K | D | |
| 857 - THE WALT DISNEY CO (Y) | | | | | | | | | |
| 858 - TIFFANY & CO NEW | | | | | Sold(part) | 1/21/2014 | J | C | |
| 859 | | | | | Sold(part) | 1/22/2014 | K | D | |
| 860 | | | | | Sold(part) | 1/23/2014 | J | C | |
| 861 | | | | | Sold(part) | 3/28/2014 | J | C | |
| 862 | | | | | Sold(part) | 3/31/2014 | K | D | |
| 863 | | | | | Sold (part) | 6/25/2014 | K | E | |
| 864 | | | | | Sold | 6/26/2014 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 865  - TOTAL SA (FR)          (Y) | | | | | Buy | 11/5/2014 | J | | |
| 866 | | | | | Buy additional | 11/11/2014 | J | | |
| 867 | | | | | Buy additional | 11/12/2014 | J | | |
| 868  - TOWERS WATSON & COMPANY CL A          (Y) | | | | | Buy additional | 2/7/2014 | J | | |
| 869 | | | | | Buy additional | 2/10/2014 | J | | |
| 870 | | | | | Buy additional | 2/11/2014 | J | | |
| 871 | | | | | Buy additional | 2/12/2014 | J | | |
| 872 | | | | | Buy additional | 2/13/2014 | J | | |
| 873  - TREND MICRO INC          (Y) | | | | | Sold(part) | 3/28/2014 | J | | |
| 874 | | | | | Sold(part) | 3/31/2014 | J | | |
| 875 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 876 | | | | | Sold(part) | 4/1/2014 | J | | |
| 877  - UBS AG NAMEN          (Y) | | | | | Buy | 3/31/2014 | J | | |
| 878 | | | | | Buy additional | 3/31/2014 | J | | |
| 879 | | | | | Buy additional | 4/7/2014 | J | | |
| 880  - UNILEVER PLC          (Y) | | | | | Buy additional | 1/22/2014 | J | | |
| 881 | | | | | Buy additional | 1/22/2014 | J | | |
| 882 | | | | | Buy additional | 1/23/2014 | K | | |
| 883  - UNION PACIFIC CORP | | | | | Sold | 1/6/2014 | K | E | |
| 884  - UNITED TECHNOLOGIES CORP          (Y) | | | | | | | | | |
| 885  - UNITEDHEALTH GROUP INC          (Y) | | | | | | | | | |
| 886  - VERISIGN INC          (Y) | | | | | Buy additional | 4/23/2014 | J | | |
| 887 | | | | | Buy additional | 4/23/2014 | K | | |
| 888 | | | | | Buy additional | 4/24/2014 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 889 | | | | | Buy additional | 10/20/2014 | J | | |
| 890 - VERIZON COMMUNICATIONS (Y) | | | | | Buy additional | 8/25/2014 | K | | |
| 891 | | | | | Buy additional | 8/26/2014 | K | | |
| 892 - VISA INC CL A (Y) | | | | | Buy additional | 9/25/2014 | J | | |
| 893 | | | | | Buy additional | 10/20/2014 | J | | |
| 894 - WASTE CONNECTIONS INC (Y) | | | | | Buy additional | 1/7/2014 | J | | |
| 895 | | | | | Buy additional | 1/8/2014 | J | | |
| 896 - WELLS FARGO & CO (NEW) (Y) | | | | | Buy | 7/2/2014 | K | | |
| 897 | | | | | Buy additional | 7/2/2014 | K | | |
| 898 | | | | | Buy additional | 7/2/2014 | K | | |
| 899 | | | | | Buy additional | 9/25/2014 | J | | |
| 900 - WHITBREAD PLC | | | | | Sold(part) | 1/10/2014 | J | D | |
| 901 | | | | | Sold(part) | 1/10/2014 | J | C | |
| 902 | | | | | Sold (part) | 4/9/2014 | K | D | |
| 903 | | | | | Sold (part) | 4/10/2014 | J | C | |
| 904 | | | | | Sold (part) | 4/10/2014 | J | C | |
| 905 | | | | | Sold | 4/14/2014 | J | C | |
| 906 - WYNN MACAU LTD (Y) | | | | | Buy additional | 4/1/2014 | K | | |
| 907 | | | | | Buy additional | 4/3/2014 | J | | |
| 908 | | | | | Buy additional | 5/13/2014 | K | | |
| 909 | | | | | Sold(part) | 9/18/2014 | J | | |
| 910 | | | | | Sold(part) | 9/19/2014 | J | | |
| 911 | | | | | Sold(part) | 9/22/2014 | J | | |
| 912 | | | | | Sold(part) | 9/23/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 913 | | | | | Sold(part) | 9/25/2014 | J | | |
| 914 | | | | | Sold(part) | 9/26/2014 | J | | |
| 915 | | | | | Sold(part) | 9/29/2014 | J | | |
| 916 | | | | | Sold(part) | 9/30/2014 | J | | |
| 917 | | | | | Sold (part) | 10/3/2014 | J | | |
| 918 | | | | | Sold (part) | 10/6/2014 | J | | |
| 919    - XILINX INC    (Y) | | | | | Buy | 10/28/2014 | J | | |
| 920 | | | | | Buy additional | 10/29/2014 | J | | |
| 921 | | | | | Buy additional | 10/29/2014 | J | | |
| 922 | | | | | Buy additional | 10/30/2014 | J | | |
| 923    - ZODIAC AEROSPACE    (Y) | | | | | Buy | 1/2/2014 | J | | |
| 924 | | | | | Buy additional | 1/3/2014 | J | | |
| 925 | | | | | Buy additional | 1/3/2014 | J | | |
| 926 | | | | | Buy additional | 1/6/2014 | J | | |
| 927 | | | | | Buy additional | 1/7/2014 | J | | |
| 928 | | | | | Buy additional | 1/8/2014 | J | | |
| 929 | | | | | Buy additional | 1/13/2014 | J | | |
| 930 | | | | | Buy additional | 1/16/2014 | J | | |
| 931 | | | | | Buy additional | 3/31/2014 | J | | |
| 932 | | | | | Buy additional | 3/31/2014 | J | | |
| 933 | | | | | Buy additional | 4/1/2014 | J | | |
| 934 | | | | | Buy additional | 4/1/2014 | J | | |
| 935 | | | | | Buy additional | 4/4/2014 | J | | |
| 936 | | | | | Buy additional | 4/7/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 937 | | | | | Buy additional | 4/7/2014 | J | | |
| 938 | | | | | Buy additional | 4/7/2014 | J | | |
| 939 | | | | | Buy additional | 10/2/2014 | J | | |
| 940 | | | | | Buy additional | 10/3/2014 | J | | |
| 941    Trust #31- List of Assets | F | Int./Div. | P2 | T | | | | | |
| 942   - 3M COMPANY | | | | | Buy additional | 4/1/2014 | J | | |
| 943   - AA PLC | | | | | Buy | 10/22/2014 | J | | |
| 944 | | | | | Buy additional | 10/22/2014 | J | | |
| 945   - ABBVIE INC | | | | | Buy additional | 1/7/2014 | J | | |
| 946 | | | | | Buy additional | 4/1/2014 | J | | |
| 947 | | | | | Buy additional | 4/3/2014 | J | | |
| 948   - ABERDEEN ASSET MGMT PLC | | | | | Buy | 9/25/2014 | J | | |
| 949 | | | | | Buy additional | 12/10/2014 | J | | |
| 950 | | | | | Buy additional | 12/10/2014 | J | | |
| 951 | | | | | Buy additional | 12/10/2014 | J | | |
| 952   - ACCENTURE PLC US$ | | | | | | | | | |
| 953   - ACE LTD | | | | | Buy additional | 2/11/2014 | J | | |
| 954 | | | | | Buy additional | 2/12/2014 | J | | |
| 955   - AGIOS PHARMACEUTICALS INC | | | | | Buy | 12/16/2014 | J | | |
| 956   - AIA GROUP | | | | | | | | | |
| 957   - AIR PRODUCTS & CHEMICALS INC | | | | | Sold(part) | 3/31/2014 | J | D | |
| 958   - AJINOMOTO | | | | | | | | | |
| 959   - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (Part) | 7/31/2014 | J | A | |
| 960 | | | | | Sold (Part) | 8/8/2014 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 45

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 961 | | | | | Sold | 8/21/2014 | J | A | |
| 962 - ALLERGAN INC | | | | | Sold (Part) | 3/27/2014 | J | D | |
| 963 | | | | | Sold | 3/28/2014 | J | D | |
| 964 - AMCOR LIMITED | | | | | Buy | 4/1/2014 | J | | |
| 965 | | | | | Buy additional | 4/1/2014 | J | | |
| 966 - AMERICAN TOWER CORP | | | | | Buy additional | 6/20/2014 | J | | |
| 967 - AMERISOURCEBERGEN CORP | | | | | Buy | 9/25/2014 | K | | |
| 968 - AON PLC | | | | | Buy additional | 4/1/2014 | J | | |
| 969 - APPLE INC | | | | | Sold(part) | 3/27/2014 | K | D | |
| 970 - ASML HOLDING NV | | | | | | | | | |
| 971 - ASSA ABLOY | | | | | | | | | |
| 972 - ASTRAZENECA PLC (GBP) | | | | | Buy | 8/26/2014 | K | | |
| 973 | | | | | Buy additional | 8/27/2014 | J | | |
| 974 | | | | | Buy additional | 9/22/2014 | J | | |
| 975 | | | | | Buy additional | 9/23/2014 | J | | |
| 976 - AUTOMATIC DATA PROCESSING INC | | | | | Buy additional | 3/27/2014 | J | | |
| 977 - AVAGO TECHNOLOGIES LTD | | | | | Buy additional | 3/27/2014 | J | | |
| 978 - B/E AEROSPACE INC | | | | | | | | | |
| 979 - BANK OF CHINA LTD H | | | | | Sold(part) | 1/7/2014 | J | | |
| 980 - BARCLAYS PLC | | | | | Sold(part) | 6/23/2014 | J | | |
| 981 | | | | | Sold(part) | 6/25/2014 | J | | |
| 982 | | | | | Sold (Part) | 7/1/2014 | J | | |
| 983 | | | | | Sold (Part) | 7/2/2014 | J | | |
| 984 | | | | | Sold (Part) | 7/2/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 985 | | | | | Sold (Part) | 7/3/2014 | J | A | |
| 986 | | | | | Sold (Part) | 7/16/2014 | J | | |
| 987 | | | | | Sold | 7/16/2014 | J | A | |
| 988 - BAYER AG | | | | | Buy additional | 5/2/2014 | J | | |
| 989 - BEAM INC | | | | | Sold | 1/14/2014 | K | D | |
| 990 - BG GROUP PLC | | | | | Sold (Part) | 1/2/2014 | J | B | |
| 991 | | | | | Sold | 1/3/2014 | J | A | |
| 992 - BHP BILLITON LTD (AUD) | | | | | Buy additional | 1/2/2014 | J | | |
| 993 | | | | | Sold(part) | 12/17/2014 | J | | |
| 994 | | | | | Sold(part) | 12/17/2014 | J | | |
| 995 - BLACKROCK INC | | | | | Sold (Part) | 4/23/2014 | K | D | |
| 996 | | | | | Sold | 6/27/2014 | J | D | |
| 997 - BMW AG | | | | | Sold(part) | 3/31/2014 | J | B | |
| 998 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 999 - BNP PARIBAS | | | | | Sold(part) | 11/27/2014 | J | A | |
| 1000 - BOC HONG KONG HOLDINGS | | | | | | | | | |
| 1001 - BOEING CO | | | | | Buy additional | 3/26/2014 | J | | |
| 1002 - BRISTOL-MYERS SQUIBB CO | | | | | Sold(part) | 1/7/2014 | J | C | |
| 1003 | | | | | Sold(part) | 3/31/2014 | J | B | |
| 1004 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 1005 - BROADCOM CORP | | | | | | | | | |
| 1006 - CAIXABANK SA | | | | | Buy | 4/8/2014 | J | | |
| 1007 | | | | | Buy additional | 4/9/2014 | J | | |
| 1008 | | | | | Buy additional | 4/9/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1009 | | | | | Buy additional | 4/10/2014 | J | | |
| 1010 | | | | | Sold(part) | 7/17/2014 | J | | |
| 1011 | | | | | Buy additional | 7/18/2014 | J | | |
| 1012 | | | | | Buy additional | 7/23/2014 | J | | |
| 1013 | | | | | Sold(part) | 10/21/2014 | J | | |
| 1014 | | | | | Sold(part) | 12/30/2014 | J | | |
| 1015    - CAPITAL GROUP CORE BOND FUND | | | | | Sold (Part) | 7/28/2014 | J | A | |
| 1016 | | | | | Sold | 7/28/2014 | O | | |
| 1017    - CAPITAL GROUP SHORT-TERM Municipal Fund | | | | | Sold (Part) | 7/29/2014 | J | | |
| 1018 | | | | | Sold (Part) | 7/29/2014 | P1 | | |
| 1019 | | | | | Sold (Part) | 12/12/2014 | J | A | |
| 1020    - CARNIVAL CORP COMMON PAIRED | | | | | Buy additional | 4/1/2014 | J | | |
| 1021 | | | | | Sold(part) | 7/8/2014 | J | | |
| 1022 | | | | | Sold(part) | 7/9/2014 | J | A | |
| 1023 | | | | | Sold(part) | 7/9/2014 | J | | |
| 1024    - CATERPILLAR INC | | | | | | | | | |
| 1025    - CDK GLOBAL INC                (X) | | | | | Sold (Part) | 10/1/2014 | J | | |
| 1026 | | | | | Sold (Part) | 10/15/2014 | J | | |
| 1027 | | | | | Sold | 10/15/2014 | J | | |
| 1028    - CENOVUS ENERGY INC CS | | | | | Buy | 3/31/2014 | J | | |
| 1029 | | | | | Buy additional | 4/1/2014 | J | | |
| 1030 | | | | | Buy additional | 6/26/2014 | J | | |
| 1031 | | | | | Buy additional | 6/27/2014 | J | | |
| 1032 | | | | | Buy additional | 7/2/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1033 | | | | | Buy additional | 7/10/2014 | J | | |
| 1034 | | | | | Buy additional | 7/11/2014 | J | | |
| 1035 | | | | | Buy additional | 8/5/2014 | J | | |
| 1036 | | | | | Buy additional | 8/6/2014 | J | | |
| 1037 | | | | | Buy additional | 10/16/2014 | J | | |
| 1038 | | | | | Buy additional | 10/28/2014 | J | | |
| 1039 | | | | | Buy additional | 10/29/2014 | J | | |
| 1040 | | | | | Buy additional | 10/30/2014 | J | | |
| 1041 | | | | | Sold (Part) | 12/5/2014 | J | | |
| 1042 | | | | | Sold (Part) | 12/11/2014 | J | | |
| 1043 | | | | | Sold (Part) | 12/12/2014 | J | | |
| 1044 | | | | | Sold (Part) | 12/15/2014 | J | | |
| 1045 | | | | | Sold (Part) | 12/16/2014 | J | | |
| 1046 | | | | | Sold | 12/16/2014 | J | | |
| 1047   - CERNER CORP | | | | | | | | | |
| 1048   - CHEVRON CORP | | | | | Buy additional | 3/27/2014 | J | | |
| 1049 | | | | | Buy additional | 4/21/2014 | J | | |
| 1050 | | | | | Buy additional | 11/26/2014 | J | | |
| 1051   - CHINA EVERBRIGHT INTERNATIONAL LIMITED | | | | | Buy | 5/29/2014 | J | | |
| 1052 | | | | | Buy additional | 5/30/2014 | J | | |
| 1053 | | | | | Buy additional | 6/4/2014 | J | | |
| 1054 | | | | | Buy additional | 6/5/2014 | J | | |
| 1055 | | | | | Buy additional | 9/25/2014 | J | | |
| 1056 | | | | | Buy additional | 9/29/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1057    - CME GROUP INC | | | | | Sold(part) | 8/28/2014 | J | A | |
| 1058    - COACH INC | | | | | Sold (Part) | 5/7/2014 | J | | |
| 1059 | | | | | Sold (Part) | 5/8/2014 | J | | |
| 1060 | | | | | Sold | 5/9/2014 | J | | |
| 1061    - COBALT INTERNATIONAL ENERGY | | | | | Sold(part) | 4/16/2014 | J | | |
| 1062 | | | | | Sold(part) | 4/17/2014 | J | | |
| 1063 | | | | | Sold | 10/22/2014 | J | | |
| 1064    - COCA-COLA AMATIL LTD | | | | | Sold(part) | 3/12/2014 | J | | |
| 1065 | | | | | Sold | 8/28/2014 | J | | |
| 1066    - COMCAST CORP | | | | | | | | | |
| 1067    - COMPAGNIE FINANCIERE RICHMONT | | | | | | | | | |
| 1068    - CONOCOPHILLIPS | | | | | Buy | 5/6/2014 | J | | |
| 1069 | | | | | Buy additional | 5/7/2014 | J | | |
| 1070 | | | | | Buy additional | 5/7/2014 | J | | |
| 1071 | | | | | Buy additional | 5/20/2014 | J | | |
| 1072 | | | | | Buy additional | 10/23/2014 | J | | |
| 1073 | | | | | Buy additional | 12/12/2014 | J | | |
| 1074 | | | | | Buy additional | 12/12/2014 | J | | |
| 1075    - DAIMLER AG | | | | | Buy additional | 3/4/2014 | J | | |
| 1076    - DANAHER CORP | | | | | | | | | |
| 1077    - DANONE | | | | | Sold(part) | 3/31/2014 | J | A | |
| 1078 | | | | | Sold(part) | 3/31/2014 | J | A | |
| 1079 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 1080 | | | | | Sold(part) | 6/13/2014 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1081 - DAVITA | | | | | | | | | |
| 1082 - DBS GROUP HOLDINGS LTD | | | | | Sold(part) | 3/27/2014 | J | B | |
| 1083 | | | | | Sold(part) | 8/26/2014 | J | C | |
| 1084 - DELPHI AUTOMOTIVE PLC | | | | | Buy | 1/7/2014 | J | | |
| 1085 | | | | | Buy additional | 1/8/2014 | J | | |
| 1086 - DENSO CORP | | | | | Buy additional | 4/23/2014 | J | | |
| 1087 - DEUTSCHE WOHNEN AG (BEARER) | | | | | Buy | 4/1/2014 | J | | |
| 1088 | | | | | Buy additional | 4/14/2014 | J | | |
| 1089 | | | | | Buy additional | 7/23/2014 | J | | |
| 1090 | | | | | Buy additional | 7/24/2014 | J | | |
| 1091 | | | | | Buy additional | 7/25/2014 | J | | |
| 1092 | | | | | Buy additional | 7/28/2014 | J | | |
| 1093 | | | | | Buy additional | 7/30/2014 | J | | |
| 1094 | | | | | Buy additional | 7/30/2014 | J | | |
| 1095 - DIAGEO PLC | | | | | Sold(part) | 3/31/2014 | J | B | |
| 1096 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 1097 - DKSH HOLDING LTD | | | | | Buy | 5/15/2014 | J | | |
| 1098 | | | | | Buy additional | 5/15/2014 | J | | |
| 1099 - DOW CHEMICAL CO | | | | | Buy additional | 3/27/2014 | J | | |
| 1100 | | | | | Buy additional | 3/27/2014 | J | | |
| 1101 - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/25/2014 | J | | |
| 1102 | | | | | Buy additional | 8/26/2014 | J | | |
| 1103 | | | | | Sold | 10/16/2014 | J | | |
| 1104 - EATON CORP PLC | | | | | Buy additional | 1/10/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1105 | | | | | Buy additional | 1/13/2014 | J | | |
| 1106 | | | | | Sold(part) | 4/21/2014 | J | | |
| 1107 - ECOLAB | | | | | | | | | |
| 1108 - ELRINGKLINGER AG | | | | | Buy | 5/2/2014 | J | | |
| 1109 | | | | | Buy additional | 5/7/2014 | J | | |
| 1110 | | | | | Buy additional | 5/14/2014 | J | | |
| 1111 | | | | | Buy additional | 5/15/2014 | J | | |
| 1112 - ENBRIDGE INC | | | | | Buy additional | 10/22/2014 | J | | |
| 1113 - ENI SPA REG | | | | | Buy | 6/27/2014 | K | | |
| 1114 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 1115 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 1116 | | | | | Sold | 10/28/2014 | J | | |
| 1117 - ENSCO PLC-CL A | | | | | Sold(part) | 3/31/2014 | J | | |
| 1118 | | | | | Sold | 10/16/2014 | J | | |
| 1119 - ESSILOR INTL | | | | | | | | | |
| 1120 - EXPRESS SCRIPTS HOLDING CO | | | | | Sold(part) | 5/8/2014 | J | A | |
| 1121 - FANUC CO | | | | | | | | | |
| 1122 - FEDEX CORP | | | | | | | | | |
| 1123 - FIRST QUANTUM MINERALS LTD C$ | | | | | | | | | |
| 1124 - GEMALTO NV | | | | | | | | | |
| 1125 - GENPACT LTD | | | | | Sold(part) | 3/13/2014 | J | A | |
| 1126 | | | | | Sold(part) | 3/14/2014 | J | A | |
| 1127 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 1128 | | | | | Sold (Part) | 10/16/2014 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1129 | | | | | Sold (Part) | 10/17/2014 | J | A | |
| 1130 | | | | | Sold | 10/20/2014 | J | A | |
| 1131  - GILEAD SCIENCES INC | | | | | Sold(part) | 1/6/2014 | J | C | |
| 1132 | | | | | Sold(part) | 1/7/2014 | J | C | |
| 1133 | | | | | Sold(part) | 1/8/2014 | J | D | |
| 1134 | | | | | Sold(part) | 3/27/2014 | J | C | |
| 1135 | | | | | Sold(part) | 3/31/2014 | J | D | |
| 1136 | | | | | Sold(part) | 10/6/2014 | J | D | |
| 1137  - GLOBAL BRANDS GROUPING HOLDING LTD    (X) | | | | | Sold | 10/16/2014 | J | | |
| 1138  - GOLDMAN SACHS GROUP | | | | | Buy additional | 2/14/2014 | J | | |
| 1139  - GOOGLE INC    (Y) | | | | | Sold(part) | 4/10/2014 | J | B | |
| 1140  - GOOGLE INC CL A    (X) | | | | | | | | | |
| 1141  - GOOGLE INC CL    (X) | | | | | | | | | |
| 1142  - HALLIBURTON CO | | | | | Sold(part) | 1/6/2014 | J | B | |
| 1143 | | | | | Sold(part) | 4/1/2014 | K | D | |
| 1144 | | | | | Sold(part) | 6/26/2014 | J | C | |
| 1145 | | | | | Sold(part) | 6/26/2014 | J | A | |
| 1146 | | | | | Sold(part) | 6/27/2014 | J | A | |
| 1147 | | | | | Sold (Part) | 8/25/2014 | J | B | |
| 1148 | | | | | Sold | 9/19/2014 | J | C | |
| 1149  - HAMAMATSU PHOTONIC KK | | | | | | | | | |
| 1150  - HDFC BANK LTD | | | | | | | | | |
| 1151  - HEXCEL CORP | | | | | Buy additional | 1/13/2014 | J | | |
| 1152 | | | | | Buy additional | 1/22/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1153 - HITACHI | | | | | | | | | |
| 1154 - HOME DEPOT INC | | | | | Sold(part) | 3/28/2014 | K | D | |
| 1155 | | | | | Sold(part) | 5/20/2014 | J | D | |
| 1156 - HOME RETAIL GROUP | | | | | Buy | 4/15/2014 | J | | |
| 1157 | | | | | Buy additional | 4/17/2014 | J | | |
| 1158 | | | | | Buy additional | 4/24/2014 | J | | |
| 1159 | | | | | Buy additional | 4/25/2014 | J | | |
| 1160 | | | | | Buy additional | 4/28/2014 | J | | |
| 1161 - HSBC HOLDINGS PLC UKP | | | | | Sold(part) | 4/1/2014 | J | B | |
| 1162 | | | | | Sold(part) | 8/19/2014 | J | B | |
| 1163 | | | | | Sold(part) | 9/4/2014 | J | B | |
| 1164 - IDEX CORP | | | | | Buy additional | 4/4/2014 | J | | |
| 1165 | | | | | Buy additional | 4/7/2014 | J | | |
| 1166 - ILLINOIS TOOL WORKS | | | | | | | | | |
| 1167 - IMPERIAL TOBACCO | | | | | | | | | |
| 1168 - INCYTE CORP | | | | | Buy | 12/1/2014 | J | | |
| 1169 | | | | | Buy additional | 12/10/2014 | J | | |
| 1170 | | | | | Buy additional | 12/15/2014 | J | | |
| 1171 | | | | | Buy additional | 12/22/2014 | J | | |
| 1172 - INDITEX | | | | | | | | | |
| 1173 - INFOSYS TECHNOLOGIES ADR | | | | | Buy | 1/24/2014 | J | | |
| 1174 | | | | | Sold(part) | 7/18/2014 | J | | |
| 1175 | | | | | Buy additional | 9/4/2014 | J | | |
| 1176 | | | | | Buy additional | 9/9/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1177   - IRON MOUNTAIN | | | | | Buy additional | 4/2/2014 | J | | |
| 1178 | | | | | Buy additional | 5/14/2014 | J | | |
| 1179 | | | | | Buy additional | 5/15/2014 | J | | |
| 1180 | | | | | Sold(part) | 11/14/2014 | J | A | |
| 1181   - IRONWOOD PHARMACEUTICALS INC CL A | | | | | Sold(part) | 3/28/2014 | J | | |
| 1182 | | | | | Sold(part) | 3/31/2014 | J | | |
| 1183 | | | | | Sold(part) | 4/1/2014 | J | | |
| 1184 | | | | | Sold(part) | 4/2/2014 | J | | |
| 1185 | | | | | Sold(part) | 4/4/2014 | J | | |
| 1186 | | | | | Sold (Part) | 10/16/2014 | J | | |
| 1187 | | | | | Sold | 10/20/2014 | J | | |
| 1188   - JABIL CIRCUIT INC | | | | | Sold(part) | 3/31/2014 | J | | |
| 1189 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 1190   - JACK HENRY & ASSOCIATES | | | | | | | | | |
| 1191   - JARDINE MATHESON HLD (SINGAPORE) | | | | | Buy | 4/10/2014 | K | | |
| 1192   - JPMORGAN CHASE & CO | | | | | Sold(part) | 1/9/2014 | J | C | |
| 1193   - JULIUS BAER GROUP LTD | | | | | Buy | 10/2/2014 | J | | |
| 1194   - KEYENCE CORP | | | | | | | | | |
| 1195   - KLA-TENCOR CORP | | | | | | | | | |
| 1196   - KLX INC                        (X) | | | | | | | | | |
| 1197   - KONINKLIJKE DSM NV | | | | | Buy additional | 8/8/2014 | J | | |
| 1198 | | | | | Sold (Part) | 3/20/2014 | J | A | |
| 1199 | | | | | Sold (Part) | 3/21/2014 | J | A | |
| 1200 | | | | | Sold (Part) | 3/21/2014 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1201 - L'AIR LIQUIDE | | | | | Sold(part) | 2/25/2014 | J | B | |
| 1202 | | | | | Sold(part) | 6/23/2014 | J | A | |
| 1203 - LI & FUNG LTD | | | | | Sold | 10/16/2014 | J | | |
| 1204 - LIBERTY GLOBAL PLC CL A | | | | | Buy | 4/24/2014 | J | | |
| 1205 | | | | | Buy additional | 4/25/2014 | J | | |
| 1206 | | | | | Buy additional | 4/25/2014 | J | | |
| 1207 | | | | | Buy additional | 5/7/2014 | J | | |
| 1208 | | | | | Buy additional | 5/8/2014 | J | | |
| 1209 | | | | | Buy additional | 6/20/2014 | J | | |
| 1210 | | | | | Buy additional | 6/20/2014 | J | | |
| 1211 | | | | | Buy additional | 7/1/2014 | J | | |
| 1212 - LIBERTY GLOBAL PLC CL C | | | | | Buy | 5/6/2014 | J | | |
| 1213 - LLOYDS TSB GROUP PLC | | | | | Buy additional | 3/31/2014 | J | | |
| 1214 | | | | | Buy additional | 3/31/2014 | J | | |
| 1215 | | | | | Buy additional | 5/13/2014 | J | | |
| 1216 - L'OREAL | | | | | Buy additional | 5/2/2014 | J | | |
| 1217 | | | | | Buy additional | 5/6/2014 | J | | |
| 1218 | | | | | Buy additional | 9/26/2014 | J | | |
| 1219 | | | | | Buy additional | 9/29/2014 | J | | |
| 1220 - MARSH & MCLENNAN COS | | | | | | | | | |
| 1221 - MEGGITT PLC | | | | | | | | | |
| 1222 - MICROSOFT CORP | | | | | | | | | |
| 1223 - MONSANTO | | | | | | | | | |
| 1224 - MOSAIC CO/THE | | | | | Buy additional | 5/7/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1225 | | | | | Buy additional | 5/8/2014 | J | | |
| 1226 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 1227 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 1228 | | | | | Sold (Part) | 10/20/2014 | J | | |
| 1229 | | | | | Sold | 10/28/2014 | J | | |
| 1230    - MURATA MANUFACTURING | | | | | | | | | |
| 1231    - NATIONAL GRID | | | | | Buy additional | 7/18/2014 | J | | |
| 1232    - NESTLE | | | | | Sold(part) | 5/13/2014 | J | B | |
| 1233    - NEWELL RUBBERMAID INC | | | | | | | | | |
| 1234    - NIELSEN NV US$ (FORMERLY NIELSEN HOLDINGS) | | | | | Buy additional | 4/2/2014 | J | | |
| 1235    - NIKE INC | | | | | Sold | 5/8/2014 | J | C | |
| 1236    - NOBLE ENERGY | | | | | Sold(part) | 1/10/2014 | J | B | |
| 1237    - NORDSTROM | | | | | | | | | |
| 1238    - NORFOLK SOUTHERN CORP | | | | | | | | | |
| 1239    - NOVARTIS AG | | | | | Buy additional | 5/2/2014 | J | | |
| 1240    - NOVO NORDISK | | | | | Buy additional | 1/13/2014 | J | | |
| 1241    - NUCOR CORP | | | | | Sold(part) | 6/27/2014 | J | B | |
| 1242 | | | | | Sold | 7/1/2014 | J | A | |
| 1243    - ORACLE CORP | | | | | Sold(part) | 4/1/2014 | J | C | |
| 1244    - ORACLE CORP JAPAN | | | | | Buy | 4/4/2014 | J | | |
| 1245 | | | | | Buy additional | 4/8/2014 | J | | |
| 1246    - PACWEST BANCORP | | | | | Buy | 8/13/2014 | J | | |
| 1247 | | | | | Buy additional | 8/21/2014 | J | | |
| 1248 | | | | | Buy additional | 11/20/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1249 - PERNOD RICARD SA | | | | | Sold(part) | 1/13/2014 | J | A | |
| 1250 - PHILIP MORRIS INTERNATIONAL | | | | | | | | | |
| 1251 - PNC FINANCIAL SERVICES GROUP INC | | | | | Buy | 9/25/2014 | J | | |
| 1252 - PRAXAIR INC | | | | | Buy | 8/25/2014 | J | | |
| 1253 - PROCTOR & GAMBLE CO | | | | | | | | | |
| 1254 - PROGRESSIVE CORP | | | | | Sold(part) | 5/9/2014 | J | C | |
| 1255 - PRUDENTIAL PLC | | | | | Buy | 12/1/2014 | J | | |
| 1256 - QUALCOMM | | | | | | | | | |
| 1257 - RIO TINTO | | | | | Buy additional | 1/13/2014 | J | | |
| 1258 - ROCHE HOLDING | | | | | Buy additional | 5/2/2014 | J | | |
| 1259 | | | | | Buy additional | 8/22/2014 | J | | |
| 1260 - ROSS STORES INC | | | | | Sold(part) | 4/10/2014 | J | | |
| 1261 | | | | | Sold(part) | 8/22/2014 | J | | |
| 1262 | | | | | Sold (Part) | 10/10/2014 | J | A | |
| 1263 | | | | | Sold | 10/10/2014 | J | A | |
| 1264 - ROYAL CARIBBEAN CRUISES | | | | | Buy additional | 4/2/2014 | J | | |
| 1265 - SAFRAN SA | | | | | Buy | 7/22/2014 | J | | |
| 1266 | | | | | Buy additional | 7/25/2014 | J | | |
| 1267 - SAMPO OYJ CL A | | | | | | | | | |
| 1268 - SAMSUNG ELEC | | | | | | | | | |
| 1269 - SCHLUMBERGER | | | | | | | | | |
| 1270 - SCHNEIDER ELECTRIC | | | | | Sold(part) | 3/31/2014 | J | D | |
| 1271 - SCHWAB CHARLES | | | | | Sold(part) | 8/25/2014 | J | B | |
| 1272 | | | | | Sold(part) | 8/26/2014 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1273 - SCRIPPS NETWORK INTERACTIVE | | | | | | | | | |
| 1274 - SEADRILL LTD | | | | | Sold(part) | 9/23/2014 | J | | |
| 1275 | | | | | Sold(part) | 9/23/2014 | J | | |
| 1276 | | | | | Sold | 10/7/2014 | J | | |
| 1277 - SEATTLE GENETICS INC | | | | | Sold(part) | 3/27/2014 | J | C | |
| 1278 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 1279 | | | | | Sold(part) | 4/8/2014 | J | C | |
| 1280 | | | | | Sold(part) | 4/17/2014 | J | C | |
| 1281 | | | | | Sold(part) | 4/23/2014 | J | B | |
| 1282 | | | | | Sold(part) | 12/16/2014 | J | D | |
| 1283 | | | | | Sold(part) | 12/18/2014 | J | B | |
| 1284 | | | | | Sold(part) | 12/19/2014 | J | B | |
| 1285 | | | | | Sold(part) | 12/22/2014 | J | B | |
| 1286 | | | | | Sold(part) | 12/29/2014 | J | A | |
| 1287 - SES FDR CL A | | | | | | | | | |
| 1288 - SIEMENS AG NAMEN | | | | | Buy additional | 7/2/2014 | J | | |
| 1289 | | | | | Buy additional | 9/26/2014 | J | | |
| 1290 | | | | | Buy additional | 9/30/2014 | J | | |
| 1291 - SIGNET JEWELERS LTD | | | | | Sold(part) | 2/5/2014 | J | C | |
| 1292 | | | | | Sold(part) | 2/6/2014 | J | C | |
| 1293 | | | | | Sold(part) | 2/7/2014 | J | B | |
| 1294 - SINGAPORE TELECOMM | | | | | | | | | |
| 1295 - SIRIUS XM RADIO INC (Y) | | | | | | | | | |
| 1296 - SIRIUS XM HOLDINGS INC (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1297 - SMC CORP | | | | | | | | | |
| 1298 - SOFTBANK CORP | | | | | Sold(part) | 1/6/2014 | J | D | |
| 1299 | | | | | Sold(part) | 3/31/2014 | K | D | |
| 1300 - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 1301 - ST JUDE MEDICAL | | | | | Buy | 8/5/2014 | J | | |
| 1302 | | | | | Buy additional | 11/4/2014 | J | | |
| 1303 | | | | | Buy additional | 11/12/2014 | J | | |
| 1304 | | | | | Buy additional | 11/28/2014 | J | | |
| 1305 | | | | | Buy additional | 12/1/2014 | J | | |
| 1306 - STANDARD CHARTERED | | | | | Sold(part) | 3/31/2014 | J | | |
| 1307 | | | | | Sold(part) | 5/28/2014 | J | A | |
| 1308 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 1309 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 1310 | | | | | Sold (Part) | 10/22/2014 | J | | |
| 1311 | | | | | Sold (Part) | 10/23/2014 | J | | |
| 1312 | | | | | Sold (Part) | 11/24/2014 | J | | |
| 1313 | | | | | Sold | 11/25/2014 | J | | |
| 1314 - STARBUCKS CORP | | | | | | | | | |
| 1315 - SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy additional | 1/24/2014 | J | | |
| 1316 | | | | | Buy additional | 3/28/2014 | J | | |
| 1317 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 1318 | | | | | Sold | 10/17/2014 | K | | |
| 1319 - SUMITOMO MITSUI TRUST HOLDIN | | | | | Sold (Part) | 4/22/2014 | J | | |
| 1320 | | | | | Sold (Part) | 4/23/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1321 | | | | | Sold | 4/24/2014 | J | | |
| 1322 - SUN HUNG KAI | | | | | Sold | 5/2/2014 | J | A | |
| 1323 - SVENSKA HANDELSBKEN A | | | | | Buy | 4/1/2014 | J | | |
| 1324 - SYNGENTA AG | | | | | Sold(part) | 3/31/2014 | J | | |
| 1325 | | | | | Sold(part) | 3/31/2014 | J | | |
| 1326 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 1327 | | | | | Sold (Part) | 4/3/2014 | J | | |
| 1328 | | | | | Sold (Part) | 7/14/2014 | J | A | |
| 1329 | | | | | Sold (Part) | 7/15/2014 | J | A | |
| 1330 | | | | | Sold (Part) | 7/16/2014 | J | A | |
| 1331 | | | | | Sold (Part) | 7/18/2014 | J | A | |
| 1332 | | | | | Sold | 7/21/2014 | J | A | |
| 1333 - SYSMEX | | | | | | | | | |
| 1334 - TAIWAN SEMICONDUCTOR SPONS ADR | | | | | Buy | 11/21/2014 | J | | |
| 1335 | | | | | Buy additional | 11/24/2014 | J | | |
| 1336 | | | | | Buy additional | 11/24/2014 | J | | |
| 1337 - TARGET CORP | | | | | Sold (Part) | 5/22/2014 | J | A | |
| 1338 | | | | | Sold | 5/23/2014 | J | B | |
| 1339 - TE CONNECTIVITY LTD US$ | | | | | Sold (Part) | 9/24/2014 | J | D | |
| 1340 | | | | | Sold | 9/25/2014 | J | C | |
| 1341 - TEXAS INSTRUMENTS INC | | | | | Sold(part) | 4/1/2014 | J | C | |
| 1342 - THE WALT DISNEY CO | | | | | | | | | |
| 1343 - TIFFANY & CO NEW | | | | | Sold(part) | 1/22/2014 | J | C | |
| 1344 | | | | | Sold(part) | 3/31/2014 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1345 | | | | | Sold (Part) | 4/1/2014 | J | B | |
| 1346 | | | | | Sold (Part) | 6/25/2014 | J | D | |
| 1347 | | | | | Sold | 6/26/2014 | J | C | |
| 1348 - TOTAL SA (FR) | | | | | Buy | 11/5/2014 | J | | |
| 1349 | | | | | Buy additional | 11/11/2014 | J | | |
| 1350 | | | | | Buy additional | 11/12/2014 | J | | |
| 1351 - TOWERS WATSON & COMPANY CL A | | | | | Buy additional | 2/11/2014 | J | | |
| 1352 | | | | | Buy additional | 2/13/2014 | J | | |
| 1353 - TREND MICRO | | | | | Sold(part) | 3/31/2014 | J | A | |
| 1354 | | | | | Sold(part) | 4/1/2014 | J | | |
| 1355 - UBS GROUP AG | | | | | Buy | 3/31/2014 | J | | |
| 1356 | | | | | Buy additional | 4/7/2014 | J | | |
| 1357 - UNILEVER PLC | | | | | Buy additional | 1/22/2014 | J | | |
| 1358 | | | | | Buy additional | 1/23/2014 | J | | |
| 1359 - UNION PACIFIC CORP | | | | | Sold | 1/6/2014 | J | D | |
| 1360 - UNITED TECHNOLOGIES | | | | | | | | | |
| 1361 - UNITEDHEALTH GROUP | | | | | | | | | |
| 1362 - VERISIGN INC | | | | | Buy additional | 4/23/2014 | J | | |
| 1363 | | | | | Buy additional | 4/23/2014 | J | | |
| 1364 | | | | | Buy additional | 4/24/2014 | J | | |
| 1365 - VERIZON COMMUNICATIONS | | | | | Buy additional | 8/25/2014 | J | | |
| 1366 | | | | | Buy additional | 8/26/2014 | J | | |
| 1367 - VISA | | | | | | | | | |
| 1368 - VODAFONE GROUP PLC | | | | | Buy | 6/27/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 62

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1369 | | | | | Buy additional | 6/27/2014 | J | | |
| 1370 | | | | | Buy additional | 6/30/2014 | J | | |
| 1371 | | | | | Buy additional | 6/30/2014 | J | | |
| 1372 | | | | | Buy additional | 6/30/2014 | J | | |
| 1373   - WASTE CONNECTIONS INC | | | | | Buy additional | 1/8/2014 | J | | |
| 1374   - WELLS FARGO & CO (NEW) | | | | | Buy | 7/2/2014 | J | | |
| 1375 | | | | | Buy additional | 7/2/2014 | J | | |
| 1376 | | | | | Buy additional | 7/2/2014 | J | | |
| 1377   - WHITBREAD PLC | | | | | Sold(part) | 1/10/2014 | J | B | |
| 1378 | | | | | Sold(part) | 1/10/2014 | J | A | |
| 1379 | | | | | Sold (Part) | 4/9/2014 | J | C | |
| 1380 | | | | | Sold | 4/14/2014 | J | B | |
| 1381   - WYNN MACAU LTD | | | | | Buy additional | 4/1/2014 | J | | |
| 1382 | | | | | Buy additional | 4/3/2014 | J | | |
| 1383 | | | | | Buy additional | 5/13/2014 | J | | |
| 1384 | | | | | Sold(part) | 9/25/2014 | J | | |
| 1385 | | | | | Sold(part) | 10/3/2014 | J | | |
| 1386 | | | | | Sold(part) | 10/7/2014 | J | | |
| 1387 | | | | | Sold(part) | 10/8/2014 | J | | |
| 1388 | | | | | Sold(part) | 10/9/2014 | J | | |
| 1389   - XILINX INC | | | | | Buy | 10/28/2014 | J | | |
| 1390 | | | | | Buy additional | 10/29/2014 | J | | |
| 1391 | | | | | Buy additional | 10/30/2014 | J | | |
| 1392   - ZODIAC AEROSPACE | | | | | Buy | 1/3/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 63

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1393 | | | | | Buy additional | 1/3/2014 | J | | |
| 1394 | | | | | Buy additional | 1/13/2014 | J | | |
| 1395 | | | | | Buy additional | 1/16/2014 | J | | |
| 1396 | | | | | Buy additional | 4/4/2014 | J | | |
| 1397 | | | | | Buy additional | 4/7/2014 | J | | |
| 1398 | | | | | Buy additional | 4/7/2014 | J | | |
| 1399 | | | | | Buy additional | 4/7/2014 | J | | |
| 1400 | | | | | Buy additional | 10/3/2014 | J | | |
| 1401 ▨ Trust #32- List of Assets | G | Int./Div. | P2 | T | | | | | |
| 1402 - 3M COMPANY | | | | | Buy additional | 4/1/2014 | J | | |
| 1403 - AA PLC | | | | | Buy | 10/15/2014 | J | | |
| 1404 | | | | | Buy additional | 10/22/2014 | J | | |
| 1405 | | | | | Buy additional | 10/22/2014 | J | | |
| 1406 | | | | | Buy additional | 10/24/2014 | J | | |
| 1407 - ABBVIE INC | | | | | Buy additional | 1/7/2014 | J | | |
| 1408 | | | | | Buy additional | 4/1/2014 | J | | |
| 1409 | | | | | Buy additional | 4/3/2014 | J | | |
| 1410 - ABERDEEN ASSET MGMT PLC | | | | | Buy | 9/25/2014 | J | | |
| 1411 | | | | | Buy additional | 9/25/2014 | J | | |
| 1412 | | | | | Buy additional | 11/4/2014 | J | | |
| 1413 - ACCENTURE PLC US$ | | | | | | | | | |
| 1414 - ACE LTD | | | | | Buy additional | 2/11/2014 | J | | |
| 1415 | | | | | Buy additional | 2/12/2014 | J | | |
| 1416 - AGIOS PHARMACEUTICALS INC | | | | | Buy | 12/11/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 64

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1417 - AIA GROUP LTD | | | | | | | | | |
| 1418 - AIR LIQUIDE COUPON RIGHTS EXP (X) | | | | | Sold | 6/16/2014 | J | A | |
| 1419 - AIR PRODUCTS & CHEMICALS INC | | | | | Sold(part) | 3/31/2014 | J | C | |
| 1420 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 1421 - AJINOMOTO CO INC | | | | | | | | | |
| 1422 - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (Part) | 7/31/2014 | J | | |
| 1423 | | | | | Sold (Part) | 8/8/2014 | J | | |
| 1424 | | | | | Sold | 8/21/2014 | J | | |
| 1425 - ALLERGAN INC | | | | | Sold (Part) | 3/27/2014 | J | D | |
| 1426 | | | | | Sold | 3/28/2014 | K | D | |
| 1427 - AMCOR LIMITED | | | | | Buy | 4/1/2014 | J | | |
| 1428 | | | | | Buy additional | 4/1/2014 | J | | |
| 1429 - AMERICAN TOWER CORP | | | | | Buy additional | 1/10/2014 | J | | |
| 1430 | | | | | Buy additional | 6/20/2014 | J | | |
| 1431 - AMERISOURCEBERGEN CORP | | | | | Buy | 9/24/2014 | J | | |
| 1432 | | | | | Buy additional | 9/25/2014 | J | | |
| 1433 - AON PLC | | | | | Buy additional | 4/1/2014 | J | | |
| 1434 - APPLE INC | | | | | Sold(part) | 3/27/2014 | K | C | |
| 1435 - ASML HOLDINGS NV | | | | | | | | | |
| 1436 - ASSA ABLOY AB | | | | | | | | | |
| 1437 - ASTRAZENECA PLC (GBP) | | | | | Buy | 8/26/2014 | K | | |
| 1438 | | | | | Buy additional | 8/27/2014 | J | | |
| 1439 | | | | | Buy additional | 9/22/2014 | J | | |
| 1440 | | | | | Buy additional | 9/23/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1441 - AUTOMATIC DATA PROCESSING INC | | | | | Buy additional | 3/27/2014 | J | | |
| 1442 - AVAGO TECHNOLOGIES LTD | | | | | Buy additional | 3/27/2014 | K | | |
| 1443 - B/E AEROSPACE INC | | | | | | | | | |
| 1444 - BANK OF CHINA LTD H | | | | | Sold(part) | 1/7/2014 | J | A | |
| 1445 - BARCLAYS PLC | | | | | Sold (Part) | 7/1/2014 | J | | |
| 1446 | | | | | Sold (Part) | 7/2/2014 | J | A | |
| 1447 | | | | | Sold (Part) | 7/3/2014 | J | A | |
| 1448 | | | | | Sold (Part) | 7/16/2014 | J | A | |
| 1449 | | | | | Sold | 7/16/2014 | J | | |
| 1450 - BAYER AG | | | | | Buy additional | 5/2/2014 | J | | |
| 1451 - BEAM INC | | | | | Sold (Part) | 1/14/2014 | K | D | |
| 1452 | | | | | Sold | 1/14/2014 | J | C | |
| 1453 - BG GROUP PLC | | | | | Sold (Part) | 1/2/2014 | J | B | |
| 1454 | | | | | Sold | 1/3/2014 | J | A | |
| 1455 - BHP BILLITON LTD (AUD) | | | | | Buy additional | 1/2/2014 | J | | |
| 1456 | | | | | Sold(part) | 12/17/2014 | J | | |
| 1457 | | | | | Sold(part) | 12/17/2014 | J | | |
| 1458 - BLACKROCK INC | | | | | Sold (Part) | 4/22/2014 | K | D | |
| 1459 | | | | | Sold | 6/27/2014 | K | D | |
| 1460 - BMW AG | | | | | Sold(part) | 3/31/2014 | J | C | |
| 1461 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 1462 - BNP PARIBAS | | | | | Sold(part) | 11/27/2014 | K | A | |
| 1463 - BOC HONG KONG HOLDINGS | | | | | | | | | |
| 1464 - BOEING CO | | | | | Buy additional | 3/26/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1465   - BRISTOL-MYERS SQUIBB CO | | | | | Sold(part) | 1/7/2014 | K | D | |
| 1466 | | | | | Sold(part) | 3/31/2014 | J | C | |
| 1467 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 1468   - BROADCOM | | | | | | | | | |
| 1469   - CAIXABANK SA                   (X) | | | | | Buy additional | 3/31/2014 | J | | |
| 1470 | | | | | Buy additional | 4/8/2014 | J | | |
| 1471 | | | | | Buy additional | 4/9/2014 | J | | |
| 1472 | | | | | Buy additional | 4/9/2014 | J | | |
| 1473 | | | | | Buy additional | 4/10/2014 | J | | |
| 1474 | | | | | Sold(part) | 7/17/2014 | J | | |
| 1475 | | | | | Buy additional | 7/18/2014 | J | | |
| 1476 | | | | | Buy additional | 7/21/2014 | J | | |
| 1477 | | | | | Buy additional | 7/23/2014 | J | | |
| 1478 | | | | | Sold(part) | 10/21/2014 | J | | |
| 1479 | | | | | Sold(part) | 12/30/2014 | J | | |
| 1480   - CARNIVAL CORP COMMON PAIRED | | | | | Buy additional | 4/1/2014 | J | | |
| 1481 | | | | | Sold(part) | 7/8/2014 | J | | |
| 1482 | | | | | Sold(part) | 7/9/2014 | J | | |
| 1483 | | | | | Sold(part) | 7/9/2014 | J | A | |
| 1484   - CATERPILLAR INC | | | | | | | | | |
| 1485   - CDK GLOBAL INC                   (X) | | | | | Sold (Part) | 10/15/2014 | J | | |
| 1486 | | | | | Sold | 10/15/2014 | J | | |
| 1487   - CENOVUS ENERGY INC C$ | | | | | Buy | 3/31/2014 | J | | |
| 1488 | | | | | Buy additional | 4/1/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1489 | | | | | Buy additional | 4/1/2014 | J | | |
| 1490 | | | | | Buy additional | 6/26/2014 | J | | |
| 1491 | | | | | Buy additional | 6/27/2014 | J | | |
| 1492 | | | | | Buy additional | 6/30/2014 | J | | |
| 1493 | | | | | Buy additional | 7/2/2014 | J | | |
| 1494 | | | | | Buy additional | 7/10/2014 | J | | |
| 1495 | | | | | Buy additional | 7/11/2014 | J | | |
| 1496 | | | | | Buy additional | 8/5/2014 | J | | |
| 1497 | | | | | Buy additional | 8/6/2014 | J | | |
| 1498 | | | | | Buy additional | 10/16/2014 | J | | |
| 1499 | | | | | Buy additional | 10/28/2014 | K | | |
| 1500 | | | | | Buy additional | 10/29/2014 | J | | |
| 1501 | | | | | Buy additional | 10/30/2014 | J | | |
| 1502 | | | | | Sold (Part) | 12/5/2014 | K | | |
| 1503 | | | | | Sold (Part) | 12/11/2014 | K | | |
| 1504 | | | | | Sold (Part) | 12/12/2014 | J | | |
| 1505 | | | | | Sold (Part) | 12/15/2014 | J | | |
| 1506 | | | | | Sold | 12/16/2014 | K | | |
| 1507    - CERNER CORP | | | | | | | | | |
| 1508    - CHEVRON CORP | | | | | Buy additional | 3/27/2014 | K | | |
| 1509 | | | | | Buy additional | 4/21/2014 | J | | |
| 1510 | | | | | Buy additional | 11/26/2014 | K | | |
| 1511    - CHINA EVERBRIGHT INTERNATIONAL LIMITED | | | | | Buy | 5/29/2014 | J | | |
| 1512 | | | | | Buy additional | 5/30/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 68

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1513 | | | | | Buy additional | 6/3/2014 | J | | |
| 1514 | | | | | Buy additional | 6/4/2014 | J | | |
| 1515 | | | | | Buy additional | 6/5/2014 | J | | |
| 1516 | | | | | Buy additional | 9/25/2014 | J | | |
| 1517 | | | | | Buy additional | 9/25/2014 | J | | |
| 1518 | | | | | Buy additional | 9/29/2014 | J | | |
| 1519     - CME GROUP INC | | | | | Sold(part) | 8/28/2014 | J | B | |
| 1520     - COACH INC | | | | | Sold (Part) | 5/7/2014 | J | | |
| 1521 | | | | | Sold (Part) | 5/8/2014 | K | | |
| 1522 | | | | | Sold | 5/9/2014 | J | | |
| 1523     - COBALT INTERNATIONAL ENERGY | | | | | Sold(part) | 4/16/2014 | J | | |
| 1524 | | | | | Sold(part) | 4/17/2014 | J | | |
| 1525 | | | | | Sold | 10/22/2014 | J | | |
| 1526     - COCA-COLA AMATIL LTD | | | | | Sold(part) | 3/12/2014 | J | | |
| 1527 | | | | | Sold | 8/28/2014 | J | | |
| 1528     - COMCAST CORP CL A | | | | | | | | | |
| 1529     - COMPAGNIE FINANCIERE RICHEMONT SA REG | | | | | | | | | |
| 1530     - CONOCOPHILLIPS | | | | | Buy | 5/6/2014 | J | | |
| 1531 | | | | | Buy additional | 5/7/2014 | J | | |
| 1532 | | | | | Buy additional | 5/7/2014 | K | | |
| 1533 | | | | | Buy additional | 5/20/2014 | J | | |
| 1534 | | | | | Buy additional | 10/23/2014 | J | | |
| 1535 | | | | | Buy additional | 12/12/2014 | J | | |
| 1536 | | | | | Buy additional | 12/12/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1537    - DAIMLER AG | | | | | Buy additional | 3/4/2014 | J | | |
| 1538    - DANAHER CORP | | | | | | | | | |
| 1539    - DANONE | | | | | Sold(part) | 3/31/2014 | J | A | |
| 1540 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 1541 | | | | | Sold(part) | 6/13/2014 | J | A | |
| 1542    - DANONE COUPON RTS EXP          (X) | | | | | Sold | 5/21/2014 | J | A | |
| 1543    - DAVITA INC | | | | | | | | | |
| 1544    - DBS GROUP HOLDINGS LTD | | | | | Sold(part) | 3/28/2014 | J | B | |
| 1545 | | | | | Sold(part) | 8/26/2014 | J | C | |
| 1546    - DELPHI AUTOMOTIVE PLC | | | | | Buy | 1/7/2014 | J | | |
| 1547 | | | | | Buy additional | 1/7/2014 | J | | |
| 1548 | | | | | Buy additional | 1/8/2014 | J | | |
| 1549 | | | | | Buy additional | 1/9/2014 | J | | |
| 1550    - DENSO CORP | | | | | Buy additional | 4/23/2014 | J | | |
| 1551    - DEUTSCHE WOHNEN AG (BEARER) | | | | | Buy | 4/1/2014 | J | | |
| 1552 | | | | | Buy additional | 4/4/2014 | J | | |
| 1553 | | | | | Buy additional | 4/14/2014 | J | | |
| 1554 | | | | | Buy additional | 7/3/2014 | J | | |
| 1555 | | | | | Buy additional | 7/23/2014 | J | | |
| 1556 | | | | | Buy additional | 7/24/2014 | J | | |
| 1557 | | | | | Buy additional | 7/25/2014 | J | | |
| 1558 | | | | | Buy additional | 7/28/2014 | J | | |
| 1559 | | | | | Buy additional | 7/30/2014 | J | | |
| 1560 | | | | | Buy additional | 7/30/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

Page 70

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
9/1/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1561  - DIAGEO PLC | | | | | Sold(part) | 3/31/2014 | K | B | |
| 1562 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 1563  - DKSH HOLDING LTD | | | | | Buy | 4/7/2014 | J | | |
| 1564 | | | | | Buy additional | 5/15/2014 | J | | |
| 1565 | | | | | Buy additional | 5/15/2014 | J | | |
| 1566 | | | | | Buy additional | 5/15/2014 | J | | |
| 1567  - DOW CHEMICAL CO | | | | | Buy additional | 3/27/2014 | J | | |
| 1568 | | | | | Buy additional | 3/27/2014 | J | | |
| 1569  - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/25/2014 | J | | |
| 1570 | | | | | Buy additional | 8/26/2014 | J | | |
| 1571 | | | | | Sold (Part) | 10/16/2014 | J | | |
| 1572 | | | | | Sold | 10/16/2014 | J | | |
| 1573  - EATON CORP PLC | | | | | Buy additional | 1/10/2014 | J | | |
| 1574 | | | | | Buy additional | 1/13/2014 | J | | |
| 1575 | | | | | Sold(part) | 4/17/2014 | J | | |
| 1576 | | | | | Sold(part) | 4/22/2014 | J | | |
| 1577  - ECOLAB | | | | | | | | | |
| 1578  - ELRINGKLINGER AG | | | | | Buy | 5/2/2014 | J | | |
| 1579 | | | | | Buy additional | 5/7/2014 | J | | |
| 1580 | | | | | Buy additional | 5/14/2014 | J | | |
| 1581 | | | | | Buy additional | 5/15/2014 | J | | |
| 1582  - ENBRIDGE INC | | | | | Buy additional | 10/20/2014 | J | | |
| 1583 | | | | | Buy additional | 10/22/2014 | J | | |
| 1584  - ENI SPA REG | | | | | Buy | 6/27/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1585 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 1586 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 1587 | | | | | Sold | 10/28/2014 | J | | |
| 1588    - ENSCO PLC-CL A | | | | | Sold(part) | 3/31/2014 | J | | |
| 1589 | | | | | Sold(part) | 4/1/2014 | J | | |
| 1590 | | | | | Sold | 10/16/2014 | K | | |
| 1591    - ESSILOR INTL | | | | | | | | | |
| 1592    - EXPRESS SCRIPTS INC | | | | | | | | | |
| 1593    - FANUC CO | | | | | | | | | |
| 1594    - FEDEX CORP | | | | | | | | | |
| 1595    - FIRST QUANTUM MINERALS LTD | | | | | | | | | |
| 1596    - GEMALTO NV | | | | | Buy additional | 11/4/2014 | K | | |
| 1597    - GENPACT LTD | | | | | Sold(part) | 3/13/2014 | J | A | |
| 1598 | | | | | Sold(part) | 3/14/2014 | J | A | |
| 1599 | | | | | Sold(part) | 3/14/2014 | J | A | |
| 1600 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 1601 | | | | | Sold (Part) | 10/16/2014 | J | A | |
| 1602 | | | | | Sold (Part) | 10/17/2014 | J | A | |
| 1603 | | | | | Sold | 10/20/2014 | J | A | |
| 1604    - GILEAD SCIENCES INC | | | | | Sold(part) | 1/6/2014 | J | C | |
| 1605 | | | | | Sold(part) | 1/7/2014 | J | C | |
| 1606 | | | | | Sold(part) | 1/8/2014 | K | E | |
| 1607 | | | | | Sold(part) | 3/27/2014 | J | D | |
| 1608 | | | | | Sold(part) | 3/31/2014 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1609 | | | | | Sold(part) | 10/6/2014 | J | D | |
| 1610    - GLOBAL BRANDS GROUPING         (X) | | | | | Sold | 10/16/2014 | J | | |
| 1611    - GOLDMAN SACHS GROUP INC | | | | | Buy additional | 2/14/2014 | J | | |
| 1612    - GOOGLE INC                              (Y) | | | | | | | | | |
| 1613    - GOOGLE INC CL A                      (X) | | | | | | | | | |
| 1614    - GOOGLE INC CL C                      (X) | | | | | | | | | |
| 1615    - HALLIBURTON CO | | | | | Sold(part) | 1/6/2014 | K | D | |
| 1616 | | | | | Sold(part) | 4/1/2014 | K | D | |
| 1617 | | | | | Sold(part) | 6/26/2014 | J | A | |
| 1618 | | | | | Sold(part) | 6/26/2014 | J | C | |
| 1619 | | | | | Sold(part) | 6/26/2014 | J | C | |
| 1620 | | | | | Sold(part) | 6/27/2014 | J | A | |
| 1621 | | | | | Sold(part) | 6/27/2014 | J | D | |
| 1622 | | | | | Sold (Part) | 8/25/2014 | J | B | |
| 1623 | | | | | Sold | 9/19/2014 | K | D | |
| 1624    - HAMAMATSU PHOTONIC KK | | | | | | | | | |
| 1625    - HDFC BANK LTD | | | | | | | | | |
| 1626    - HEXCEL CORP | | | | | Buy additional | 1/10/2014 | J | | |
| 1627 | | | | | Buy additional | 1/13/2014 | J | | |
| 1628 | | | | | Buy additional | 1/14/2014 | J | | |
| 1629 | | | | | Buy additional | 1/23/2014 | J | | |
| 1630    - HITACHI | | | | | | | | | |
| 1631    - HOME DEPOT INC | | | | | Sold(part) | 3/28/2014 | K | D | |
| 1632 | | | | | Sold(part) | 5/20/2014 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1633    - HOME RETAIL GROUP | | | | | Buy | 4/14/2014 | J | | |
| 1634 | | | | | Buy additional | 4/15/2014 | J | | |
| 1635 | | | | | Buy additional | 4/16/2014 | J | | |
| 1636 | | | | | Buy additional | 4/24/2014 | J | | |
| 1637 | | | | | Buy additional | 4/25/2014 | J | | |
| 1638 | | | | | Buy additional | 4/28/2014 | J | | |
| 1639 | | | | | Buy additional | 4/28/2014 | J | | |
| 1640    - HSBC HOLDINGS PLC | | | | | Sold(part) | 4/1/2014 | K | C | |
| 1641 | | | | | Sold(part) | 8/19/2014 | K | C | |
| 1642 | | | | | Sold(part) | 9/4/2014 | J | C | |
| 1643    - IDEX CORP | | | | | Buy additional | 3/28/2014 | J | | |
| 1644 | | | | | Buy additional | 4/4/2014 | J | | |
| 1645 | | | | | Buy additional | 4/7/2014 | J | | |
| 1646    - ILLINOIS TOOL WORKS INC | | | | | | | | | |
| 1647    - IMPERIAL TOBACCO PLC | | | | | | | | | |
| 1648    - INCYTE CORP | | | | | Buy | 10/13/2014 | J | | |
| 1649 | | | | | Buy additional | 12/10/2014 | J | | |
| 1650 | | | | | Buy additional | 12/15/2014 | J | | |
| 1651 | | | | | Buy additional | 12/16/2014 | J | | |
| 1652 | | | | | Buy additional | 12/23/2014 | J | | |
| 1653    - INDITEX | | | | | | | | | |
| 1654    - INFOSYS TECHNOLOGIES ADR | | | | | Buy | 1/24/2014 | J | | |
| 1655 | | | | | Sold(part) | 7/17/2014 | J | | |
| 1656 | | | | | Sold(part) | 7/18/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1657 | | | | | Buy additional | 9/4/2014 | K | | |
| 1658 | | | | | Buy additional | 9/9/2014 | J | | |
| 1659   - IRON MOUNTAIN INC | | | | | Buy additional | 4/2/2014 | K | | |
| 1660 | | | | | Buy additional | 5/14/2014 | J | | |
| 1661 | | | | | Buy additional | 5/14/2014 | J | | |
| 1662 | | | | | Buy additional | 5/15/2014 | J | | |
| 1663 | | | | | Sold(part) | 11/14/2014 | J | A | |
| 1664   - IRONWOOD PHARMACEUTICALS INC CL A | | | | | Sold (Part) | 3/28/2014 | J | | |
| 1665 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 1666 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 1667 | | | | | Sold (Part) | 4/1/2014 | J | | |
| 1668 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 1669 | | | | | Sold (Part) | 4/4/2014 | J | | |
| 1670 | | | | | Sold (Part) | 10/16/2014 | J | | |
| 1671 | | | | | Sold | 10/20/2014 | J | A | |
| 1672   - JABIL CIRCUIT INC | | | | | Sold(part) | 3/31/2014 | J | | |
| 1673 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 1674   - JACK HENRY & ASSOC INC | | | | | | | | | |
| 1675   - JARDINE MATHESON HLD | | | | | Buy | 4/10/2014 | K | | |
| 1676   - JPMORGAN CHASE & CO | | | | | Sold(part) | 1/9/2014 | J | C | |
| 1677   - JULIUS BAER GROUP LTD | | | | | Buy | 10/1/2014 | J | | |
| 1678 | | | | | Buy additional | 10/1/2014 | J | | |
| 1679 | | | | | Buy additional | 10/2/2014 | J | | |
| 1680   - KEYENCE CORP | | | | | Sold(part) | 1/16/2014 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1681 - KLA-TENCOR CORP | | | | | | | | | |
| 1682 - KLX INC (X) | | | | | | | | | |
| 1683 - KONINKLIJKE | | | | | Sold (Part) | 3/14/2014 | J | A | |
| 1684 | | | | | Sold (Part) | 3/17/2014 | J | A | |
| 1685 | | | | | Sold (Part) | 3/20/2014 | J | A | |
| 1686 | | | | | Sold (Part) | 3/21/2014 | J | A | |
| 1687 | | | | | Sold | 3/21/2014 | J | A | |
| 1688 | | | | | Buy | 8/8/2014 | J | | |
| 1689 - L'AIR LIQUIDE | | | | | Sold(part) | 2/25/2014 | J | B | |
| 1690 | | | | | Sold(part) | 6/23/2014 | J | A | |
| 1691 - LI & FUNG LTD | | | | | Sold | 10/16/2014 | J | | |
| 1692 - LIBERTY GLOBAL PLC CL A | | | | | Buy | 4/25/2014 | J | | |
| 1693 | | | | | Buy additional | 4/25/2014 | J | | |
| 1694 | | | | | Buy additional | 4/25/2014 | J | | |
| 1695 | | | | | Buy additional | 5/5/2014 | J | | |
| 1696 | | | | | Buy additional | 5/7/2014 | J | | |
| 1697 | | | | | Buy additional | 5/8/2014 | J | | |
| 1698 | | | | | Buy additional | 6/20/2014 | J | | |
| 1699 | | | | | Buy additional | 6/20/2014 | J | | |
| 1700 | | | | | Buy additional | 7/1/2014 | J | | |
| 1701 - LIBERTY GLOBAL PLC CL C (X) | | | | | Buy additional | 5/6/2014 | J | | |
| 1702 | | | | | Buy additional | 5/8/2014 | J | | |
| 1703 - LLOYDS TSB GROUP PLC | | | | | Buy additional | 3/31/2014 | J | | |
| 1704 | | | | | Buy additional | 3/31/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1705 | | | | | Buy additional | 5/13/2014 | J | | |
| 1706   - L'OREAL | | | | | Buy additional | 5/2/2014 | J | | |
| 1707 | | | | | Buy additional | 5/6/2014 | J | | |
| 1708 | | | | | Buy additional | 9/26/2014 | J | | |
| 1709 | | | | | Buy additional | 9/29/2014 | J | | |
| 1710   - MARSH & MCLENNAN COS | | | | | | | | | |
| 1711   - MEGGITT PLC | | | | | Sold(part) | 5/22/2014 | J | | |
| 1712   - MICROSOFT CORP | | | | | | | | | |
| 1713   - MONSANTO CO NEW | | | | | | | | | |
| 1714   - MOSAIC CO/THE | | | | | Buy additional | 5/7/2014 | J | | |
| 1715 | | | | | Buy additional | 5/8/2014 | J | | |
| 1716 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 1717 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 1718 | | | | | Sold (Part) | 10/20/2014 | J | | |
| 1719 | | | | | Sold | 10/28/2014 | J | | |
| 1720   - MURATA MANUFACTURING CO | | | | | | | | | |
| 1721   - NATIONAL GRID PLC | | | | | Buy additional | 7/18/2014 | J | | |
| 1722   - NESTLE SA REG | | | | | | | | | |
| 1723   - NEWELL RUBBERMAID INC | | | | | | | | | |
| 1724   - NIELSEN NV US$ (FORMERLY NIELSEN HOLDINGS NV US$) | | | | | Buy additional | 4/2/2014 | J | | |
| 1725   - NIKE INC CL B | | | | | Sold (Part) | 5/8/2014 | J | C | |
| 1726 | | | | | Sold | 5/9/2014 | J | B | |
| 1727   - NOBLE ENERGY INC | | | | | Sold(part) | 1/10/2014 | J | B | |
| 1728   - NORDSTROM INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1729  - NORFOLK SOUTHERN CORP | | | | | | | | | |
| 1730  - NOVARTIS AG NAMEN | | | | | Buy additional | 5/2/2014 | J | | |
| 1731  - NOVO NORDISK | | | | | Buy additional | 1/13/2014 | J | | |
| 1732  - NUCOR CORP | | | | | Sold (Part) | 6/27/2014 | J | A | |
| 1733 | | | | | Sold | 6/30/2014 | J | A | |
| 1734  - ORACLE CORP | | | | | | | | | |
| 1735  - ORACLE CORP JAPAN | | | | | Buy | 4/4/2014 | J | | |
| 1736 | | | | | Buy additional | 4/8/2014 | J | | |
| 1737  - PACWEST BANCORP | | | | | Buy | 8/12/2014 | J | | |
| 1738 | | | | | Buy additional | 8/15/2014 | J | | |
| 1739 | | | | | Buy additional | 11/20/2014 | J | | |
| 1740  - PERNOD RICARD SA | | | | | | | | | |
| 1741  - PHILIP MORRIS INTL | | | | | | | | | |
| 1742  - PNC FINANCIAL SERVICES GROUP INC | | | | | Buy | 9/25/2014 | J | | |
| 1743  - PRAXAIR INC | | | | | Buy | 8/25/2014 | J | | |
| 1744 | | | | | Buy additional | 9/24/2014 | J | | |
| 1745  - PROCTER & GAMBLE CO | | | | | | | | | |
| 1746  - PROGRESSIVE CORP OHIO | | | | | Sold(part) | 5/9/2014 | J | A | |
| 1747  - PRUDENTIAL PLC | | | | | Buy | 11/27/2014 | J | | |
| 1748 | | | | | Buy additional | 12/1/2014 | J | | |
| 1749  - QUALCOMM INC | | | | | | | | | |
| 1750  - RIO TINTO PLC REG | | | | | Buy additional | 1/13/2014 | K | | |
| 1751 | | | | | Buy additional | 1/14/2014 | J | | |
| 1752  - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy additional | 5/2/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1753 | | | | | Buy additional | 8/22/2014 | K | | |
| 1754   - ROSS STORES INC | | | | | Sold(part) | 4/9/2014 | J | | |
| 1755 | | | | | Sold(part) | 8/21/2014 | J | | |
| 1756 | | | | | Sold(part) | 8/22/2014 | J | A | |
| 1757 | | | | | Sold | 10/10/2014 | J | A | |
| 1758   - ROYAL CARIBBEAN CRUISES | | | | | Buy additional | 4/2/2014 | J | | |
| 1759   - SAFRAN SA | | | | | Buy | 7/18/2014 | J | | |
| 1760 | | | | | Buy additional | 7/22/2014 | J | | |
| 1761 | | | | | Buy additional | 7/25/2014 | J | | |
| 1762   - SAMPO OYJ | | | | | | | | | |
| 1763   - SAMSUNG ELEC GDS | | | | | | | | | |
| 1764   - SCHLUMBERGER LTD | | | | | | | | | |
| 1765   - SCHNEIDER ELECTRIC SA | | | | | Sold(part) | 3/31/2014 | K | C | |
| 1766   - SCHWAB CHARLES NEW | | | | | Sold(part) | 8/25/2014 | J | C | |
| 1767 | | | | | Sold(part) | 8/26/2014 | K | D | |
| 1768   - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 1769   - SEADRILL LTD | | | | | Sold(part) | 9/23/2014 | J | | |
| 1770 | | | | | Sold(part) | 9/23/2014 | J | | |
| 1771 | | | | | Sold | 10/7/2014 | J | | |
| 1772   - SEATTLE GENETICS INC          (Z) | | | | | Sold(part) | 3/27/2014 | J | C | |
| 1773 | | | | | Sold(part) | 3/28/2014 | J | C | |
| 1774 | | | | | Sold(part) | 3/31/2014 | J | B | |
| 1775 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 1776 | | | | | Sold(part) | 4/8/2014 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1777 | | | | | Sold(part) | 4/22/2014 | J | B | |
| 1778 | | | | | Sold(part) | 4/23/2014 | J | A | |
| 1779 | | | | | Sold(part) | 12/16/2014 | J | C | |
| 1780 | | | | | Sold(part) | 12/18/2014 | J | B | |
| 1781 | | | | | Sold(part) | 12/19/2014 | J | B | |
| 1782 | | | | | Sold(part) | 12/22/2014 | J | B | |
| 1783 | | | | | Sold(part) | 12/26/2014 | J | A | |
| 1784    - SES FDR CL | | | | | | | | | |
| 1785    - SIEMENS AG NAMEN | | | | | Buy additional | 7/2/2014 | J | | |
| 1786 | | | | | Buy additional | 9/26/2014 | K | | |
| 1787 | | | | | Buy additional | 9/30/2014 | K | | |
| 1788    - SIGNET JEWELERS LTD | | | | | Sold(part) | 2/3/2014 | J | C | |
| 1789 | | | | | Sold(part) | 2/5/2014 | J | C | |
| 1790 | | | | | Sold(part) | 2/6/2014 | J | C | |
| 1791 | | | | | Sold(part) | 2/7/2014 | J | B | |
| 1792    - SINGAPORE TELECOMM | | | | | | | | | |
| 1793    - SIRIUS XM RADIO INC | | | | | | | | | |
| 1794    - SMC CORP | | | | | | | | | |
| 1795    - SOFTBANK CORP | | | | | Sold(part) | 1/6/2014 | K | D | |
| 1796 | | | | | Sold(part) | 3/31/2014 | K | D | |
| 1797    - SSGA US MONEY MARKET FUND | | | | | | | | | |
| 1798    - ST JUDE MEDICAL | | | | | Buy | 8/5/2014 | K | | |
| 1799 | | | | | Buy additional | 10/27/2014 | J | | |
| 1800 | | | | | Buy additional | 11/28/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1801 | | | | | Buy additional | 12/1/2014 | J | | |
| 1802    - STANDARD CHARTERED | | | | | Sold(part) | 3/31/2014 | K | | |
| 1803 | | | | | Sold(part) | 3/31/2014 | J | | |
| 1804 | | | | | Sold(part) | 5/28/2014 | J | | |
| 1805 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 1806 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 1807 | | | | | Sold (Part) | 10/22/2014 | J | | |
| 1808 | | | | | Sold (Part) | 10/24/2014 | J | | |
| 1809 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 1810 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 1811 | | | | | Sold (Part) | 11/24/2014 | J | | |
| 1812 | | | | | Sold | 11/25/2014 | J | | |
| 1813    - STARBUCKS CORP | | | | | | | | | |
| 1814    - SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy additional | 1/24/2014 | K | | |
| 1815 | | | | | Buy additional | 3/28/2014 | J | | |
| 1816 | | | | | Sold (Part) | 10/17/2014 | K | | |
| 1817 | | | | | Sold | 10/17/2014 | K | | |
| 1818    - SUMITOMO MITSUI TRUST HOLDIN | | | | | Sold (Part) | 4/22/2014 | J | | |
| 1819 | | | | | Sold (Part) | 4/23/2014 | J | | |
| 1820 | | | | | Sold | 4/24/2014 | J | | |
| 1821    - SUN HUNG KAI PROP              (Y) | | | | | Sold (Part) | 4/29/2014 | J | A | |
| 1822 | | | | | Sold (Part) | 5/2/2014 | J | A | |
| 1823    - SVENSKA HANDELSBKEN A | | | | | Buy | 4/1/2014 | J | | |
| 1824    - SYNGENTA AG | | | | | Sold(part) | 3/31/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1825 | | | | | Sold(part) | 3/31/2014 | J | | |
| 1826 | | | | | Sold(part) | 4/1/2014 | J | | |
| 1827 | | | | | Sold(part) | 4/2/2014 | J | | |
| 1828 | | | | | Sold(part) | 4/3/2014 | J | | |
| 1829 | | | | | Sold (Part) | 7/14/2014 | J | A | |
| 1830 | | | | | Sold (Part) | 7/15/2014 | J | A | |
| 1831 | | | | | Sold (Part) | 7/16/2014 | J | A | |
| 1832 | | | | | Sold (Part) | 7/18/2014 | J | A | |
| 1833 | | | | | Sold | 7/21/2014 | J | A | |
| 1834 - SYSMEX CORP | | | | | | | | | |
| 1835 - TAIWAN SEMICONDUCTOR SPONS ADR | | | | | Buy | 11/21/2014 | J | | |
| 1836 | | | | | Buy additional | 11/24/2014 | J | | |
| 1837 | | | | | Buy additional | 11/24/2014 | J | | |
| 1838 - TARGET CORP | | | | | Sold (Part) | 5/22/2014 | J | | |
| 1839 | | | | | Sold | 5/23/2014 | J | A | |
| 1840 - TE CONNECTIVITY LTD US$ | | | | | Sold (Part) | 9/24/2014 | J | D | |
| 1841 | | | | | Sold (Part) | 9/24/2014 | J | C | |
| 1842 | | | | | Sold | 9/25/2014 | J | C | |
| 1843 -TEXAS INSTRUMENTS INC | | | | | | | | | |
| 1844 - THE WALT DISNEY CO | | | | | | | | | |
| 1845 - TIFFANY & CO NEW | | | | | Sold(part) | 1/21/2014 | J | C | |
| 1846 | | | | | Sold(part) | 1/22/2014 | J | C | |
| 1847 | | | | | Sold(part) | 3/31/2014 | J | D | |
| 1848 | | | | | Sold (Part) | 6/25/2014 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1849 | | | | | Sold | 6/26/2014 | K | D | |
| 1850  - TOTAL SA (FR) | | | | | Buy | 11/5/2014 | J | | |
| 1851 | | | | | Buy additional | 11/11/2014 | J | | |
| 1852 | | | | | Buy additional | 11/12/2014 | J | | |
| 1853  - TOWERS WATSON & COMPANY CL A | | | | | Buy additional | 2/11/2014 | J | | |
| 1854 | | | | | Buy additional | 2/13/2014 | J | | |
| 1855  - TREND MICRO INC | | | | | Sold(part) | 3/28/2014 | J | | |
| 1856 | | | | | Sold(part) | 3/31/2014 | J | | |
| 1857 | | | | | Sold(part) | 4/1/2014 | J | | |
| 1858  - UBS GROUP AG | | | | | Buy | 3/31/2014 | J | | |
| 1859 | | | | | Buy additional | 3/31/2014 | J | | |
| 1860 | | | | | Buy additional | 4/7/2014 | J | | |
| 1861  - UNILEVER PLC | | | | | Buy additional | 1/22/2014 | J | | |
| 1862 | | | | | Buy additional | 1/23/2014 | J | | |
| 1863  - UNION PACIFIC CORP | | | | | Sold | 1/6/2014 | J | D | |
| 1864  - UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 1865  - UNITEDHEALTH GROUP INC | | | | | | | | | |
| 1866  - VERISIGN INC | | | | | Buy additional | 4/23/2014 | J | | |
| 1867 | | | | | Buy additional | 4/23/2014 | J | | |
| 1868 | | | | | Buy additional | 4/24/2014 | J | | |
| 1869  - VERIZON COMMUNICATIONS | | | | | Buy additional | 8/25/2014 | J | | |
| 1870 | | | | | Buy additional | 8/26/2014 | J | | |
| 1871  - VISA INC CL A | | | | | Buy additional | 9/25/2014 | J | | |
| 1872  - VODAFONE GROUP PLC | | | | | Buy | 6/27/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1873 | | | | | Buy additional | 6/27/2014 | J | | |
| 1874 | | | | | Buy additional | 6/30/2014 | J | | |
| 1875 | | | | | Buy additional | 6/30/2014 | J | | |
| 1876 | | | | | Buy additional | 6/30/2014 | J | | |
| 1877   - WASTE CONNECTIONS INC | | | | | Buy additional | 1/8/2014 | J | | |
| 1878   - WELLS FARGO & CO (NEW) | | | | | Buy | 7/2/2014 | K | | |
| 1879 | | | | | Buy additional | 7/2/2014 | J | | |
| 1880 | | | | | Buy additional | 7/2/2014 | K | | |
| 1881 | | | | | Buy additional | 9/25/2014 | J | | |
| 1882   - WHITBREAD PLC | | | | | Sold(part) | 1/10/2014 | J | C | |
| 1883 | | | | | Sold (Part) | 4/9/2014 | J | C | |
| 1884 | | | | | Sold (Part) | 4/10/2014 | J | C | |
| 1885 | | | | | Sold | 4/14/2014 | J | C | |
| 1886   - WYNN MACAU LTD | | | | | Buy additional | 4/1/2014 | J | | |
| 1887 | | | | | Buy additional | 4/3/2014 | J | | |
| 1888 | | | | | Buy additional | 5/13/2014 | J | | |
| 1889 | | | | | Sold(part) | 9/18/2014 | J | | |
| 1890 | | | | | Sold(part) | 9/25/2014 | J | | |
| 1891 | | | | | Sold(part) | 9/26/2014 | J | | |
| 1892 | | | | | Sold(part) | 10/3/2014 | J | | |
| 1893 | | | | | Sold(part) | 10/6/2014 | J | | |
| 1894 | | | | | Sold(part) | 10/7/2014 | J | | |
| 1895 | | | | | Sold(part) | 10/9/2014 | J | | |
| 1896   - XILINX INC | | | | | Buy | 10/28/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1897 | | | | | Buy additional | 10/28/2014 | J | | |
| 1898 | | | | | Buy additional | 10/29/2014 | J | | |
| 1899 | | | | | Buy additional | 10/29/2014 | J | | |
| 1900 | | | | | Buy additional | 10/30/2014 | J | | |
| 1901    - ZODIAC AEROSPACE | | | | | Buy | 1/2/2014 | J | | |
| 1902 | | | | | Buy additional | 1/3/2014 | J | | |
| 1903 | | | | | Buy additional | 1/3/2014 | J | | |
| 1904 | | | | | Buy additional | 1/8/2014 | J | | |
| 1905 | | | | | Buy additional | 1/13/2014 | J | | |
| 1906 | | | | | Buy additional | 1/16/2014 | J | | |
| 1907 | | | | | Buy additional | 4/1/2014 | J | | |
| 1908 | | | | | Buy additional | 4/1/2014 | J | | |
| 1909 | | | | | Buy additional | 4/4/2014 | J | | |
| 1910 | | | | | Buy additional | 4/7/2014 | J | | |
| 1911 | | | | | Buy additional | 4/7/2014 | J | | |
| 1912 | | | | | Buy additional | 4/7/2014 | J | | |
| 1913 | | | | | Buy additional | 10/2/2014 | J | | |
| 1914 | | | | | Buy additional | 10/3/2014 | J | | |
| 1915    Trust #33- List of Assets | A | Interest | J | T | | | | | |
| 1916    -CAPITAL CORE BOND FUND | | | | | Sold (part) | 1/27/2014 | N | | |
| 1917 | | | | | Sold | 1/27/2014 | J | | |
| 1918    -SSGA US GOV MONEY MARKET FUND | | | | | Closed | 1/27/2014 | N | | |
| 1919    Trust #34- List of Assets | G | Int./Div. | P3 | T | | | | | |
| 1920    - 3M COMPANY                (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 85

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1921   - AA PLC                                   (X) | | | | | Buy additional | 10/21/2014 | K | | |
| 1922   - ABBVIE INC                               (X) | | | | | Sold(part) | 5/13/2014 | J | | |
| 1923 | | | | | Sold(part) | 10/20/2014 | K | C | |
| 1924   - ABERDEEN ASSET MGMT PLC | | | | | Buy | 9/25/2014 | J | | |
| 1925 | | | | | Buy additional | 11/4/2014 | K | | |
| 1926   - ACCENTURE PLC US$                        (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 1927   - ACE LTD                                  (X) | | | | | Sold(part) | 5/13/2014 | J | A | |
| 1928 | | | | | Sold(part) | 5/13/2014 | J | B | |
| 1929   - AGIOS PHARMACEUTICALS INC | | | | | Buy | 12/11/2014 | K | | |
| 1930 | | | | | Buy additional | 12/16/2014 | J | | |
| 1931   - AIA GROUP LTD                            (X) | | | | | Buy additional | 5/14/2014 | K | | |
| 1932 | | | | | Buy additional | 10/21/2014 | J | | |
| 1933   - AIR LIQUIDE COUPON RIGHTS EXP 6/20/2014  (X) | | | | | Sold | 6/16/2014 | J | A | |
| 1934   - AIR PRODUCTS & CHEMICALS INC             (X) | | | | | Sold(part) | 6/9/2014 | K | D | |
| 1935   - AJINOMOTO CO INC                         (X) | | | | | Buy additional | 11/19/2014 | J | | |
| 1936   - ALLEGHENY TECHNOLOGIES INC              (X) | | | | | Sold (Part) | 7/30/2014 | J | A | |
| 1937 | | | | | Sold (Part) | 7/31/2014 | J | A | |
| 1938 | | | | | Sold (Part) | 8/8/2014 | J | A | |
| 1939 | | | | | Sold (Part) | 6/9/2014 | J | A | |
| 1940 | | | | | Sold | 8/21/2014 | J | A | |
| 1941   - AMCOR LIMITED | | | | | Buy | 5/14/2014 | J | | |
| 1942   - AMERICAN TOWER CORP                      (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 1943   - AMERISOURCEBERGEN CORP | | | | | Buy | 9/25/2014 | J | | |
| 1944   - AON PLC                                  (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 86

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1945 - APPLE (X) | | | | | | | | | |
| 1946 - ASML HOLDING NV | | | | | Buy | 5/14/2014 | J | | |
| 1947 - ASSA ABLOY AB B | | | | | Buy | 5/14/2014 | J | | |
| 1948 - ASTRAZENECA PLC | | | | | Buy | 8/26/2014 | J | | |
| 1949 | | | | | Buy additional | 8/27/2014 | J | | |
| 1950 | | | | | Buy additional | 9/23/2014 | J | | |
| 1951 - ATLANTA GA ARPT 10C 5.0% 01/01/19 | | | | | Sold | 10/23/2014 | M | D | |
| 1952 - AUTOMATIC DATA PROCESSING (X) | | | | | Sold(part) | 5/13/2014 | K | A | |
| 1953 - AVAGO TECHNOLOGIES LTD (X) | | | | | Sold(part) | 5/13/2014 | J | A | |
| 1954 - B/E AEROSPACE INC (X) | | | | | | | | | |
| 1955 - BANK OF CHINA LTD H (X) | | | | | | | | | |
| 1956 - BARCLAYS PLC | | | | | Buy | 5/14/2014 | J | | |
| 1957 | | | | | Sold(part) | 6/25/2014 | J | | |
| 1958 | | | | | Sold (Part) | 7/3/2014 | J | | |
| 1959 | | | | | Sold | 7/16/2014 | J | | |
| 1960 - BAYER AG (X) | | | | | Buy | 5/14/2014 | K | | |
| 1961 - BB&T CORP (X) | | | | | Sold | 5/13/2014 | K | D | |
| 1962 - BHP BILLITON LTD (AUD) | | | | | Buy | 5/14/2014 | J | | |
| 1963 | | | | | Sold(part) | 12/17/2014 | K | | |
| 1964 | | | | | Sold(part) | 12/17/2014 | J | | |
| 1965 - BLACKROCK INC (X) | | | | | Sold (Part) | 5/13/2014 | K | D | |
| 1966 | | | | | Sold | 6/27/2014 | J | C | |
| 1967 - BMW AG | | | | | Buy | 5/14/2014 | J | | |
| 1968 - BNP PARIBAS | | | | | Buy | 5/14/2014 | J | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
(See Column C2)            U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1969 | | | | | Sold(part) | 11/27/2014 | J | | |
| 1970 | | | | | Sold(part) | 11/27/2014 | L | A | |
| 1971 - BOC HONG KONG HOLDINGS LTD (X) | | | | | Sold(part) | 10/21/2014 | J | C | |
| 1972 - BOEING CO (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 1973 - BRISTOL-MYERS SQUIBB CO (X) | | | | | Sold(part) | 5/13/2014 | K | D | |
| 1974 | | | | | Sold(part) | 6/9/2014 | J | A | |
| 1975 - BROADCOM CORP | | | | | Buy | 5/13/2014 | J | | |
| 1976 | | | | | Sold(part) | 10/20/2014 | K | C | |
| 1977 | | | | | Donated(part) | 12/18/2014 | L | | |
| 1978 - BUILD NYC METHODIST HOSPITAL 5.0% 07-01-21 | | | | | Buy | 9/18/2014 | M | | |
| 1979 - CAIXABANK SA | | | | | Buy | 5/14/2014 | J | | |
| 1980 | | | | | Sold(part) | 7/17/2014 | J | | |
| 1981 | | | | | Buy additional | 7/23/2014 | J | | |
| 1982 | | | | | Sold(part) | 10/21/2014 | J | | |
| 1983 | | | | | Sold(part) | 12/30/2014 | J | | |
| 1984 - CARNIVAL CORP COMMON PAIRED (X) STOCK | | | | | Sold(part) | 6/9/2014 | J | A | |
| 1985 | | | | | Sold (Part) | 7/8/2014 | J | A | |
| 1986 | | | | | Sold | 7/9/2014 | J | A | |
| 1987 - CATERPILLAR INC (X) | | | | | | | | | |
| 1988 - CDK GLOBAL INC (X) | | | | | Sold (Part) | 10/1/2014 | J | | |
| 1989 | | | | | Sold (Part) | 10/20/2014 | J | | |
| 1990 | | | | | Sold | 10/20/2014 | J | | |
| 1991 - CENOVUS ENERGY INC C$ | | | | | Buy | 5/13/2014 | J | | |
| 1992 | | | | | Buy additional | 7/2/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1993 | | | | | Buy additional | 7/10/2014 | J | | |
| 1994 | | | | | Buy additional | 7/11/2014 | J | | |
| 1995 | | | | | Buy additional | 8/5/2014 | J | | |
| 1996 | | | | | Buy additional | 8/6/2014 | J | | |
| 1997 | | | | | Buy additional | 10/28/2014 | K | | |
| 1998 | | | | | Buy additional | 10/29/2014 | K | | |
| 1999 | | | | | Buy additional | 10/20/2014 | K | | |
| 2000 | | | | | Buy additional | 10/30/2014 | J | | |
| 2001 | | | | | Sold (Part) | 12/11/2014 | K | | |
| 2002 | | | | | Sold (Part) | 12/12/2014 | K | | |
| 2003 | | | | | Sold (Part) | 12/15/2014 | K | | |
| 2004 | | | | | Sold | 12/16/2014 | K | | |
| 2005 - CERNER CORP (X) | | | | | | | | | |
| 2006 - CHARTER COMMUNICATIONS INC (X) | | | | | Sold | 5/13/2014 | J | A | |
| 2007 - CHESAPEAKE VA TOLL RD 12A 4.0% 07/15/19 | | | | | Sold | 6/12/2014 | N | | |
| 2008 - CHEVRON CORP (X) | | | | | Buy additional | 11/26/2014 | L | | |
| 2009 - CHINA EVERBRIGHT INTERNATIONAL LIMITED | | | | | Buy | 6/4/2014 | J | | |
| 2010 | | | | | Buy additional | 6/5/2014 | J | | |
| 2011 | | | | | Buy additional | 9/29/2014 | J | | |
| 2012 - COMPAGNIE FINANCIERE RICHEMONTS SA REG | | | | | Buy | 5/14/2014 | J | | |
| 2013 - CME GROUP INC (X) | | | | | Sold(part) | 8/28/2014 | J | B | |
| 2014 - CO HLTH ADVENTIST HEALTH SUBELT SER D VAR 11/15/2019 | | | | | Buy | 9/26/2014 | L | | |
| 2015 - COACH INC (X) | | | | | Sold (Part) | 5/7/2014 | J | | |
| 2016 | | | | | Sold (Part) | 5/8/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2017 | | | | | Sold (Part) | 5/9/2014 | J | | |
| 2018 | | | | | Sold | 5/13/2014 | J | | |
| 2019    - COBALT INTERNATIONAL ENERGY | | | | | Buy | 5/13/2014 | J | | |
| 2020 | | | | | Sold (Part) | 10/22/2014 | J | | |
| 2021 | | | | | Sold | 10/22/2014 | J | | |
| 2022    - COCA-COLA AMATIL LTD | | | | | Buy | 5/14/2014 | J | | |
| 2023 | | | | | Sold | 8/28/2014 | J | | |
| 2024    - COMCAST CORP CL A (NEW)          (X) | | | | | Sold(part) | 5/13/2014 | J | D | |
| 2025 | | | | | Sold(part) | 10/20/2014 | K | E | |
| 2026    - CONOCOPHILLIPS          (X) | | | | | Buy additional | 10/23/2014 | J | | |
| 2027    - CORNELL UNIV NY DORMS 08B 5.0% 07/01/24 | | | | | | | | | |
| 2028    - DAIMLER AG          (X) | | | | | | | | | |
| 2029    - DAIMLER AG ADR          (X) | | | | | | | | | |
| 2030    - DANAHER CORP          (X) | | | | | | | | | |
| 2031    - DANONE | | | | | Buy | 5/14/2014 | J | | |
| 2032    - DARDEN RESTAURANTS INC          (X) | | | | | Sold | 5/13/2014 | J | | |
| 2033    - DASNY CULINARY INST AM 3.0% 07-01-18 | | | | | | | | | |
| 2034    - DASNY ROCHESTER INST OF TECH 5.0% 07-01-21 | | | | | | | | | |
| 2035    - DAVITA HEALTHCARE PARTNERS INC          (X) | | | | | | | | | |
| 2036    - DBS GROUP HOLDINGS LTD | | | | | Buy | 5/14/2014 | J | | |
| 2037    - DC WTR & SWR REV SER A SF 4.80% 10-01-2024 | | | | | | | | | |
| 2038    - DELPHI AUTOMOTIVE PLC          (X) | | | | | | | | | |
| 2039    - DENSO CORP | | | | | Buy | 5/14/2014 | J | | |
| 2040    - DEUTSCHE WOHNEN AG | | | | | Buy | 5/14/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2041 | | | | | Buy additional | 7/24/2014 | J | | |
| 2042 | | | | | Buy additional | 7/25/2014 | J | | |
| 2043 | | | | | Buy additional | 7/28/2014 | J | | |
| 2044 | | | | | Buy additional | 7/30/2014 | J | | |
| 2045 | | | | | Buy additional | 7/30/2014 | J | | |
| 2046    - DIAGEO PLC                    (X) | | | | | Sold(part) | 10/20/2014 | J | B | |
| 2047    - DKSH HOLDING LTD | | | | | Buy | 5/14/2014 | J | | |
| 2048    - DOW CHEMICAL CO              (X) | | | | | | | | | |
| 2049    - DREAMWORKS ANIMATION SKG INC  (X) | | | | | Buy additional | 8/26/2014 | J | | |
| 2050 | | | | | Sold | 10/20/2014 | J | | |
| 2051    - EATON CORP PLC               (X) | | | | | Sold(part) | 5/13/2014 | J | D | |
| 2052    - ECOLAB INC                   (X) | | | | | | | | | |
| 2053    - ELRINGKLINGER AG | | | | | Buy | 5/14/2014 | J | | |
| 2054    - EMERSON ELECTRIC CO          (X) | | | | | Sold | 5/13/2014 | J | C | |
| 2055    - EMPIRE ST UDS PIT 10A 5% 3/15/17 | | | | | Buy | 10/20/2014 | L | | |
| 2056    - ENBRIDGE INC | | | | | Buy | 5/13/2014 | J | | |
| 2057 | | | | | Buy additional | 10/20/2014 | J | | |
| 2058 | | | | | Buy additional | 10/21/2014 | J | | |
| 2059 | | | | | Buy additional | 10/22/2014 | J | | |
| 2060    - ENI SPA REG | | | | | Buy | 6/27/2014 | J | | |
| 2061 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 2062 | | | | | Sold (Part) | 10/27/2014 | J | | |
| 2063 | | | | | Sold | 10/28/2014 | J | | |
| 2064    - ENSCO PLC-CL A               (X) | | | | | Sold(part) | 5/13/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2065 | | | | | Sold | 10/20/2014 | K | | |
| 2066   - EOG RESOURCES INC   (X) | | | | | Sold | 5/13/2014 | J | D | |
| 2067   - ERIE CO NY IDA SCH FAC BUFFALO 13A 3.0% 05-01-19 | | | | | | | | | |
| 2068   - ERIE CO NY IDA SCH FAC BUFFALO 13A 4.0% 05-01-20 | | | | | Sold | 4/15/2014 | M | | |
| 2069   - ERIE CO NY IDA SCH FAC BUFFALO 5.0% 05-01-19 | | | | | | | | | |
| 2070   - ESSILOR INTL   (X) | | | | | | | | | |
| 2071   - EXPRESS SCRIPTS HOLDING CO   (X) | | | | | Sold(part) | 5/8/2014 | J | B | |
| 2072   - FANUC CO | | | | | Buy | 5/14/2014 | K | | |
| 2073   - FEDEX CORP   (X) | | | | | | | | | |
| 2074   - FIRST QUANTUM MINERALS LTD C$ | | | | | Buy | 5/13/2014 | J | | |
| 2075   - GEMALTO NV | | | | | Buy | 5/14/2014 | J | | |
| 2076   - GENPACT LTD | | | | | Buy | 5/13/2014 | J | | |
| 2077 | | | | | Sold (Part) | 10/20/2014 | J | B | |
| 2078 | | | | | Sold | 10/20/2014 | J | | |
| 2079   - GILEAD SCIENCES INC   (X) | | | | | Sold(part) | 6/9/2014 | J | C | |
| 2080 | | | | | Sold(part) | 10/20/2014 | M | F | |
| 2081 | | | | | Donated (part) | 12/18/2014 | N | | |
| 2082 | | | | | Donated (part) | 12/22/2014 | M | | |
| 2083   - GLOBAL BRANDS GROUPING   (X) | | | | | Sold (Part) | 10/21/2014 | J | | |
| 2084 | | | | | Sold | 10/21/2014 | J | | |
| 2085   - GOLDMAN SACHS GROUP INC   (X) | | | | | | | | | |
| 2086   - GOOGLE INC CL A | | | | | Buy | 5/13/2014 | J | | |
| 2087   - GOOGLE INC CL C   (X) | | | | | Buy additional | 5/13/2014 | J | | |
| 2088   - HALLIBURTON CO   (X) | | | | | Sold(part) | 5/13/2014 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2089 | | | | | Sold(part) | 6/27/2014 | J | B | |
| 2090 | | | | | Sold (Part) | 8/25/2014 | J | B | |
| 2091 | | | | | Sold | 9/19/2014 | J | B | |
| 2092   - HAMAMATSU PHOTONIC KK | | | | | Buy | 5/14/2014 | J | | |
| 2093   - HDFC BANK LTD | | | | | Buy | 5/13/2014 | J | | |
| 2094   - HEMPSTEAD NY ADELPHI UNIV 5.0% 09-01-20 | | | | | | | | | |
| 2095   - HEXCEL CORP                          (X) | | | | | | | | | |
| 2096   - HITACHI                              (X) | | | | | | | | | |
| 2097   - HOFSTRA UNIV NY 5.0% 07-01-19 | | | | | | | | | |
| 2098   - HOME DEPOT INC                       (X) | | | | | Sold(part) | 5/13/2014 | K | D | |
| 2099 | | | | | Sold(part) | 5/20/2014 | J | A | |
| 2100 | | | | | Sold(part) | 10/20/2014 | K | E | |
| 2101   - HOME RETAIL GROUP                    (X) | | | | | | | | | |
| 2102   - HSBC HOLDINGS PLC ADR SPON           (X) | | | | | Sold (Part) | 10/20/2014 | K | | |
| 2103 | | | | | Sold (Part) | 12/12/2014 | L | | |
| 2104   - HSBC HOLDINGS PLC UKP | | | | | Buy | 5/14/2014 | J | | |
| 2105 | | | | | Sold(part) | 8/19/2014 | J | A | |
| 2106 | | | | | Sold(part) | 9/4/2014 | J | A | |
| 2107 | | | | | Sold(part) | 10/21/2014 | J | | |
| 2108 | | | | | Sold(part) | 10/21/2014 | J | A | |
| 2109   - ILLONOIS TOOL WORKS INC              (X) | | | | | | | | | |
| 2110   - IMPERIAL TOBACCO PLC | | | | | Buy | 5/14/2014 | J | | |
| 2111   - INCYTE CORP | | | | | Buy | 10/20/2014 | K | | |
| 2112 | | | | | Buy additional | 12/12/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 93

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2113 | | | | | Buy additional | 12/15/2014 | J | | |
| 2114 | | | | | Buy additional | 12/19/2014 | J | | |
| 2115 | | | | | Buy additional | 12/23/2014 | J | | |
| 2116   - IDEX CORP                (X) | | | | | | 10/15/2014 | | | |
| 2117   - INDITEX                  (X) | | | | | Buy additional | 5/14/2014 | J | | |
| 2118 | | | | | Sold(part) | 10/21/2014 | J | | |
| 2119 | | | | | Sold(part) | 10/21/2014 | J | A | |
| 2120   - INFOSYS TECHNOLOGIES ADR | | | | | Buy | 5/13/2014 | J | | |
| 2121 | | | | | Sold(part) | 7/18/2014 | J | | |
| 2122 | | | | | Buy additional | 9/4/2014 | J | | |
| 2123   - IRON MOUNTAIN INC        (X) | | | | | Sold(part) | 5/13/2014 | J | | |
| 2124 | | | | | Sold(part) | 11/14/2014 | J | A | |
| 2125   - IRONWOOD PHARMACEUTICALS (X) | | | | | Buy additional | 5/13/2014 | J | | |
| 2126 | | | | | Sold (Part) | 10/20/2014 | J | A | |
| 2127 | | | | | Sold | 10/20/2014 | J | | |
| 2128   - JABIL CIRCUIT INC        (X) | | | | | | | | | |
| 2129   - JACK HENRY & ASSOC INC   (X) | | | | | Sold(part) | 5/13/2014 | K | D | |
| 2130   - JARDINE MATHESON HLD     (X) | | | | | Buy additional | 10/21/2014 | K | | |
| 2131   - JPMORGAN CHASE & CO      (X) | | | | | Sold(part) | 6/9/2014 | J | C | |
| 2132 | | | | | Buy additional | 10/20/2014 | J | | |
| 2133   - JULIUS BAER GROUP LTD | | | | | Buy | 10/2/2014 | J | | |
| 2134   - KEYENCE CORP             (X) | | | | | | | | | |
| 2135   - KLA-TENCOR CORP          (X) | | | | | Sold(part) | 10/20/2014 | J | C | |
| 2136   - KLX INC                  (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2137   - KONINKLIJKE DSM NV | | | | | Buy | 8/8/2014 | J | | |
| 2138   - L'AIR LIQUIDE | | | | | Buy | 5/14/2014 | J | | |
| 2139   - LI & FUNG LTD | | | | | Buy | 5/14/2014 | J | | |
| 2140 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 2141 | | | | | Sold | 10/21/2014 | J | | |
| 2142   - LI PWR AUTH NY (LIPA) 14C FRN (L 70 65) (MPT) SF 05-01-33/11-01-18 | | | | | Buy | 12/4/2014 | M | | |
| 2143   - LI PWR AUTH NY 12B (LIPA) 5.0% 09-01-22 | | | | | | | | | |
| 2144   - LI PWR AUTH NY 2010A (LIPA) 5.0% 05/01/14 | | | | | Sold (Part) | 4/15/2014 | M | A | |
| 2145 | | | | | Sold | 4/15/2014 | M | A | |
| 2146   - LIBERTY GLOBAL PLC CL A | | | | | Buy | 6/20/2014 | J | | |
| 2147 | | | | | Buy additional | 7/3/2014 | J | | |
| 2148   - LIBERTY GLOBAL PLC CL C | | | | | Buy | 5/2/2014 | J | | |
| 2149 | | | | | Buy additional | 5/5/2014 | J | | |
| 2150 | | | | | Buy additional | 5/7/2014 | J | | |
| 2151   - LLOYDS TSB GROUP PLC | | | | | Buy | 5/14/2014 | J | | |
| 2152   - L'OREAL | | | | | Buy | 5/14/2014 | J | | |
| 2153 | | | | | Buy additional | 9/29/2014 | J | | |
| 2154   - MARSH & MCLENNAN COS INC        (X) | | | | | Sold(part) | 5/13/2014 | J | A | |
| 2155 | | | | | Sold(part) | 5/13/2014 | J | C | |
| 2156 | | | | | Buy additional | 10/20/2014 | J | | |
| 2157   - MEGGITT PLC | | | | | Buy | 5/14/2014 | J | | |
| 2158   - MET TRANS AUTH NY 4.0% 11/15/14 | | | | | Sold | 11/15/2014 | M | | |
| 2159   - MET TRANS AUTH NY MBIA 5% 11/15/2015 | | | | | | | | | |
| 2160   - MICROSOFT CORP        (X) | | | | | Sold(part) | 5/13/2014 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2161 - MONROE CO NY ROCHESTER GENERAL HOSP 13B 4% 12/1/23 | | | | | | | | | |
| 2162 - MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/15 | | | | | | | | | |
| 2163 - MONROE CO NY UNITY HOSP ROCHESTER FHA SF 5.0% 2/15/17 | | | | | | | | | |
| 2164 - MONSANTO CO NEW COM (X) | | | | | Sold(part) | 5/13/2014 | J | B | |
| 2165 - MOSAIC CO/THE (X) | | | | | Buy additional | 5/8/2014 | J | | |
| 2166 | | | | | Sold (Part) | 10/17/2014 | K | | |
| 2167 | | | | | Sold (Part) | 10/20/2014 | J | | |
| 2168 | | | | | Sold (Part) | 10/20/2014 | J | | |
| 2169 | | | | | Sold | 10/28/2014 | K | | |
| 2170 - MTA NY DEDICATED TAX 08B-3A | | | | | Sold | 11/3/2014 | N | | |
| 2171 - MTA NY DEDICATED TAX 08B-3C SIFMA 45BP FRN (X) | | | | | Buy additional | 11/3/2014 | M | | |
| 2172 - MTA NY TRANSPORT REV 12F 5.0% 11-15-19 | | | | | Sold (Part) | 4/15/2014 | M | B | |
| 2173 | | | | | Sold (Part) | 4/15/2014 | M | B | |
| 2174 | | | | | Sold | 4/15/2014 | M | B | |
| 2175 - MTA NY TRANSPORT REV 12A-2 SIFMA 19 FRN | | | | | Buy | 5/9/2014 | N | | |
| 2176 - MTA NY TRANSPORT REV 13G 1G FRN SF MPT | | | | | | | | | |
| 2177 - MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 | | | | | | | | | |
| 2178 - MURATA MANUFACTURING CO LTD (X) | | | | | | | | | |
| 2179 - NASSAU CNTY NY CATH HLTH SVCS LONG ISLND | | | | | Buy | 9/11/2014 | N | | |
| 2180 - NASSAU CNTY NY GO 07B 5.0% 12-01-17 | | | | | Buy | 10/1/2014 | N | | |
| 2181 - NATIONAL GRID PLC | | | | | Buy | 7/18/2014 | J | | |
| 2182 - NATIONAL GRID PLC - SP ADR (X) | | | | | Sold(part) | 5/13/2014 | J | B | |
| 2183 - NESTLE SA REG (X) | | | | | | | | | |
| 2184 - NESTLE NAM SPON ADR (X) | | | | | Sold(part) | 10/20/2014 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2185 - NEW YORK CITY GO 11B 5.0% 08-01-19 | | | | | Buy | 10/1/2014 | N | | |
| 2186 | | | | | Sold | 10/23/2014 | N | | |
| 2187 - NEW YORK CITY GO 14A 5.0% 08-01-19 | | | | | Buy | 8/15/2014 | M | | |
| 2188 - NEW YORK CITY GO 5.0% 08/01/18 | | | | | | | | | |
| 2189 - NEW YORK ST THRUWAY AUTH UNREFUNDED 5.00% 04/01/2019 (X) | | | | | Sold(part) | 10/2/2014 | L | B | |
| 2190 - NEWELL RUBBERMAID INC (X) | | | | | | | | | |
| 2191 - NIAGARA NY ARPT 14B 4.0% 04-01-18 | | | | | Buy | 8/20/2014 | N | | |
| 2192 - NIELSEN NV US$ (X) | | | | | Sold(part) | 5/13/2014 | J | B | |
| 2193 | | | | | Sold(part) | 6/9/2014 | J | B | |
| 2194 - NIKE INC CL B (X) | | | | | Sold | 5/22/2014 | J | C | |
| 2195 - NOBLE ENERGY INC (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 2196 - NORDSTROM INC (X) | | | | | | | | | |
| 2197 - NORFOLK SOUTHERN CORP (X) | | | | | Sold(part) | 5/13/2014 | K | D | |
| 2198 - NORWEGIAN CRUISE LINE (X) | | | | | Sold | 5/13/2014 | J | | |
| 2199 - NOVARTIS AG NAMEN | | | | | Buy | 5/14/2014 | J | | |
| 2200 - NOVO NORDISK A/S CL B | | | | | Buy | 5/14/2014 | J | | |
| 2201 - NOVO NORDISK A/S CL B ADR (X) | | | | | | | | | |
| 2202 - NUCOR CORP (X) | | | | | Sold | 6/9/2014 | J | B | |
| 2203 - NY CITY MUNI WTR AUTH 09EE 5.0% 06/15/18 | | | | | Sold | 10/23/2014 | N | E | |
| 2204 - NY DORM AUTH MIRIAM OSBORN 2.75% 07/01/19 | | | | | | | | | |
| 2205 - NY DORM AUTH MT SINAI HOSP 5.0% 07-01-14 | | | | | Sold | 7/1/2014 | M | | |
| 2206 - NY DORM AUTH ST JOHNS UNIV 12A 5% 7/1/18 | | | | | | | | | |
| 2207 - NY DORM LONG ISLAND 11A 4/00% 05/01/18 | | | | | | | | | |
| 2208 - NY DORM MEMORIAL SLOAN KETTERING 12-1 5.0% 7-01-21 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2209 - NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 | | | | | Sold(part) | 10/2/2014 | N | E | |
| 2210 - NY SALES TAX RECEIVABLE 14A 4.0% 10-15-19 | | | | | Buy | 9/24/2014 | N | | |
| 2211 - NY SALES TAX RECEIVABLE MBIA 5.0% 10-15-21 | | | | | Sold | 10/15/2014 | N | | |
| 2212 - NY ST DORM AUTH 11A 5.0% 10/01/18 | | | | | | | | | |
| 2213 - NY ST DORM AUTH CITY UNIV SYS 5.0% 07/01/21 | | | | | | | | | |
| 2214 - NY ST DORM AUTH PERS INCOME TAX D 5% 03/15/2018 | | | | | Sold | 10/23/2014 | O | E | |
| 2215 - NY ST DORM AUTH SCH DIST 13C 5.0% 10-01-22 | | | | | | | | | |
| 2216 - NY ST DORM AUTH ST UNIV MBIA 5.0% 07-01-15 | | | | | Sold (Part) | 4/15/2014 | M | D | |
| 2217 | | | | | Sold | 4/15/2014 | M | D | |
| 2218 - NY ST DORM SUNY 11A 5.0% 07-01-17 | | | | | Sold (Part) | 10/23/2014 | L | C | |
| 2219 | | | | | Sold (Part) | 10/23/2014 | L | B | |
| 2220 | | | | | Sold | 10/23/2014 | M | D | |
| 2221 - NY ST EFC SOLID WST DISP REV WMX 13A 2.7 | | | | | | | | | |
| 2222 - NY ST HOMEOWNER MTG SER 178 75-400% SF 3.5% 10-01-43 | | | | | Sold(part) | 4/1/2014 | K | | |
| 2223 | | | | | Sold(part) | 9/18/2014 | K | | |
| 2224 - NY ST HSG PIT REV 5.0% 09/15/2025 | | | | | | | | | |
| 2225 - NY ST THRUWAY (2ND BRIDGE & HWY) 12A 5.0% 04/01/20 | | | | | Sold (Part) | 4/15/2014 | M | C | |
| 2226 | | | | | Sold | 4/15/2014 | M | C | |
| 2227 - NY ST THRUWAY (2ND BRIDGE & HWY) 5.0% 04/01/2022 | | | | | | | | | |
| 2228 - NY ST THRUWAY 5.0% 01-01-20 | | | | | Buy | 12/4/2014 | N | | |
| 2229 - NY ST THRUWAY GEN REV JR OB TAPPAN ZEE 13A 5.0% 5-01-19 | | | | | | | | | |
| 2230 - NY ST TWY AU AMBAC 5% 04/01/2019 (Y) | | | | | | | | | |
| 2231 - NY TOBACCO SETTLE CORP 11a 5.0% 06/01/17 | | | | | | | | | |
| 2232 - NY TOBACCO SETTLEMENT CORP 13B 5.0% | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2233 - NYC HLTH AND HOSP 5.0% 02/15/20 | | | | | | | | | |
| 2234 - NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% 07-15-49 | | | | | | | | | |
| 2235 - NYC TFA FUT TAX SEC SUB 11E 5% 11/01/18 | | | | | | | | | |
| 2236 - NYC TR FOR CULT JULLIARD SCH 12B (MPT) VAR 01-01-36/08-01-17 | | | | | Buy additional | 12/19/2014 | M | | |
| 2237 - OR PROVIDENCE HLTH C SIFMA +100 FRN (MPT) 10-01-22/09-15-18 | | | | | | | | | |
| 2238 - ORACLE CORP (X) | | | | | Sold(part) | 5/13/2014 | J | B | |
| 2239 - ORACLE CORP JAPAN (X) | | | | | | | | | |
| 2240 - ORL & ORNG FL EXPWY 12B 5.0% 07-01-20 | | | | | Sold | 10/23/2014 | M | C | |
| 2241 - PACWEST BANCORP | | | | | Buy | 8/20/2014 | J | | |
| 2242 - PEPSICO INC (X) | | | | | Sold | 5/13/2014 | J | C | |
| 2243 - PERNOD RICARD SA | | | | | Buy | 5/14/2014 | J | | |
| 2244 - PFIZER INC (X) | | | | | Sold | 5/13/2014 | J | A | |
| 2245 - PHILIP MORRIS INTERNATIONAL (X) | | | | | Sold | 5/13/2014 | J | C | |
| 2246 - PNC FINANCIAL SERVICES GROUP INC | | | | | Buy | 9/25/2014 | J | | |
| 2247 - PORT AUTH NY/NJ SER184 4.0% 09-01-20 | | | | | Buy | 8/15/2014 | M | | |
| 2248 - PORT AUTH NY/NJ SER 163 5.0% 07/15/21 | | | | | | | | | |
| 2249 - PR INTER AMERICAN UNIV 5.0% 10-01-15 | | | | | Buy | 4/11/2014 | M | | |
| 2250 - PR SALES TAX SER 11C 5.00% 08-01-22 | | | | | Sold | 1/14/2014 | M | | |
| 2251 - PRAXAIR INC | | | | | Buy | 8/25/2014 | J | | |
| 2252 | | | | | Buy additional | 9/25/2014 | J | | |
| 2253 - PROCTER & GAMBLE CO (X) | | | | | Sold(part) | 6/9/2014 | J | | |
| 2254 - PROGRESSIVE CORP OHIO (X) | | | | | | | J | | |
| 2255 - PRUDENTIAL PLC | | | | | Buy | 11/27/2014 | J | | |
| 2256 | | | | | Buy additional | 12/1/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2257  - QUALCOMM INC  (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 2258 | | | | | Sold(part) | 10/20/2014 | J | C | |
| 2259  - RIO TINTO PLC REG | | | | | Buy | 5/14/2014 | J | | |
| 2260  - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy | 5/14/2014 | J | | |
| 2261 | | | | | Buy additional | 8/22/2014 | J | | |
| 2262  - ROSS STORES INC  (X) | | | | | Sold(part) | 5/13/2014 | J | | |
| 2263 | | | | | Sold(part) | 6/9/2014 | J | | |
| 2264 | | | | | Sold | 10/20/2014 | K | C | |
| 2265  - ROYAL CARIBBEAN CRUISES | | | | | Buy | 5/13/2014 | J | | |
| 2266  - SAFRAN SA | | | | | Buy | 7/25/2014 | J | | |
| 2267  - SAMPO OYJ A SHS | | | | | Buy | 5/14/2014 | K | | |
| 2268  - SAMSUNG ELEC GDS N/V PF  (X) | | | | | Sold(part) | 10/21/2014 | J | C | |
| 2269  - SCHLUMBERGER LTD  (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 2270  - SCHNEIDER ELECTRIC SA | | | | | Buy | 5/14/2014 | J | | |
| 2271  - SCHWAB CHARLES NEW  (X) | | | | | Sold(part) | 6/9/2014 | J | B | |
| 2272 | | | | | Sold(part) | 8/26/2014 | J | C | |
| 2273  - SCRIPPS NETWORKS INTERACTIVE  (X) | | | | | Sold(part) | 6/9/2014 | J | | |
| 2274  - SEADRILL LTD  (X) | | | | | Sold | 10/21/2014 | J | | |
| 2275  - SEATTLE GENETICS INC  (X) | | | | | Sold(part) | 10/20/2014 | J | D | |
| 2276 | | | | | Sold(part) | 12/11/2014 | J | B | |
| 2277 | | | | | Sold(part) | 12/16/2014 | K | D | |
| 2278 | | | | | Sold(part) | 12/17/2014 | J | B | |
| 2279 | | | | | Sold(part) | 12/18/2014 | J | B | |
| 2280 | | | | | Sold(part) | 12/18/2014 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2281 | | | | | Sold(part) | 12/18/2014 | J | C | |
| 2282 | | | | | Sold(part) | 12/19/2014 | J | C | |
| 2283 | | | | | Sold(part) | 12/19/2014 | J | B | |
| 2284 | | | | | Sold(part) | 12/22/2014 | J | B | |
| 2285 | | | | | Sold(part) | 12/22/2014 | J | B | |
| 2286 | | | | | Sold(part) | 12/29/2014 | J | A | |
| 2287   - SES FDR CL A (PARIS) | | | | | Buy | 5/14/2014 | J | | |
| 2288   - SIEMENS AG ADR                        (X) | | | | | | | | | |
| 2289   - SIEMENS AG NAMEN                  (X) | | | | | Buy additional | 5/14/2014 | J | | |
| 2290   - SIGNET JEWELERS LTD            (X) | | | | | | | | | |
| 2291   - SINGAPORE TELECOMM | | | | | Buy | 5/14/2014 | J | | |
| 2292   - SIRIUS XM HOLDINGS INC        (X) | | | | | Buy additional | 10/20/2014 | J | | |
| 2293   - SMC CORP                                  (X) | | | | | | | | | |
| 2294   - SOFTBANK CORP | | | | | Buy | 5/14/2014 | J | | |
| 2295   - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2296   - ST JUDE MEDICAL | | | | | Buy | 8/5/2014 | J | | |
| 2297 | | | | | Buy additional | 10/21/2014 | J | | |
| 2298 | | | | | Buy additional | 10/22/2014 | J | | |
| 2299 | | | | | Buy additional | 11/4/2014 | K | | |
| 2300 | | | | | Buy additional | 11/28/2014 | K | | |
| 2301 | | | | | Buy additional | 12/1/2014 | K | | |
| 2302   - STANDARD CHARTERED | | | | | Buy | 5/14/2014 | J | | |
| 2303 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 2304 | | | | | Sold (Part) | 10/21/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2305 | | | | | Sold (Part) | 11/24/2014 | J | | |
| 2306 | | | | | Sold | 11/25/2014 | K | | |
| 2307   - STARBUCKS CORP                            (X) | | | | | | | | | |
| 2308   - SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy | 5/14/2014 | J | | |
| 2309 | | | | | Sold (Part) | 10/21/2014 | K | | |
| 2310 | | | | | Sold | 10/21/2014 | K | | |
| 2311   - SUN HUNG KAI PROP                         (X) | | | | | | | | | |
| 2312   - SVENSKA HANDELSBKEN A | | | | | Buy | 5/14/2014 | J | | |
| 2313   - SYSMEX CORP | | | | | Buy | 5/14/2014 | J | | |
| 2314   - TAIWAN SEMICONDUCTOR SPONS ADR | | | | | Buy | 11/21/2014 | K | | |
| 2315 | | | | | Buy additional | 11/24/2014 | K | | |
| 2316 | | | | | Buy additional | 11/24/2014 | J | | |
| 2317   - TARGET CORP                               (X) | | | | | Sold (Part) | 5/22/2014 | J | A | |
| 2318 | | | | | Sold | 5/23/2014 | J | A | |
| 2319   - TE CONNECTIVITY LTD US$                   (X) | | | | | Sold (Part) | 9/25/2014 | J | B | |
| 2320 | | | | | Sold | 5/13/2014 | J | C | |
| 2321   - TEXAS INSTRUMENTS INC                     (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 2322   - THE WALT DISNEY CO                        (X) | | | | | | | | | |
| 2323   - TIFFANY & CO NEW                          (X) | | | | | Sold (Part) | 6/9/2014 | J | B | |
| 2324 | | | | | Sold | 6/26/2014 | J | C | |
| 2325   - TOMPKINS NY CORTLAND COMM COLL SFH 5.0% 07-01-21 | | | | | | | | | |
| 2326   - TOTAL SA (FR) | | | | | Buy | 11/5/2014 | J | | |
| 2327 | | | | | Buy additional | 11/11/2014 | K | | |
| 2328   - TOWER WATSON & COMPANY CL A             (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2329 - TREND MICRO INC (X) | | | | | Buy additional | 10/21/2014 | J | | |
| 2330 - TRIBOROUGH B/T NY 12A 4.0% 11-15-20 | | | | | Sold | 4/15/2014 | M | | |
| 2331 - TRIBOROUGH B/T NY 12B 5.0% 11-15-22 | | | | | | | | | |
| 2332 - TRIBOROUGH B/T NY AGM SUBSER ABCD-4 SIFMA | | | | | Buy | 9/24/2014 | N | | |
| 2333 - UBS GROUP AG | | | | | Buy | 5/14/2014 | J | | |
| 2334 - UNILEVER PLC (X) | | | | | Buy additional | 11/4/2014 | K | | |
| 2335 - UNILEVER PLC ADR AMER SHS SPON (X) | | | | | | | | | |
| 2336 - UNITED HEALTH GROUP INC (X) | | | | | | | | | |
| 2337 - UNITED TECHNOLOGIES CORP (X) | | | | | Sold(part) | 5/13/2014 | J | C | |
| 2338 - VERISIGIN INC (X) | | | | | | | | | |
| 2339 - VERIZON COMMUNICATIONS (X) | | | | | Sold(part) | 5/13/2014 | J | | |
| 2340 | | | | | Buy additional | 8/26/2014 | J | | |
| 2341 - VISA (X) | | | | | | | | | |
| 2342 - VODAFONE GROUP PLC | | | | | Buy | 6/30/2014 | J | | |
| 2343 | | | | | Buy additional | 6/30/2014 | J | | |
| 2344 | | | | | Buy additional | 6/30/2014 | J | | |
| 2345 - WASTE CONNECTIONS INC (X) | | | | | Sold(part) | 5/13/2014 | J | A | |
| 2346 - WELLS FARGO & CO (NEW) (X) | | | | | Sold | 5/13/2014 | K | A | |
| 2347 | | | | | Buy | 7/2/2014 | J | | |
| 2348 | | | | | Buy additional | 7/2/2014 | J | | |
| 2349 | | | | | Buy additional | 9/25/2014 | J | | |
| 2350 - WYNN MACAU LTD | | | | | Buy | 5/14/2014 | J | | |
| 2351 - XILINX INC | | | | | Buy | 10/28/2014 | J | | |
| 2352 | | | | | Buy additional | 10/28/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2353 | | | | | Buy additional | 10/29/2014 | J | | |
| 2354 | | | | | Buy additional | 10/29/2014 | J | | |
| 2355 | | | | | Buy additional | 10/30/2014 | J | | |
| 2356   - ZODIAC AEROSPACE | | | | | Buy | 5/14/2014 | J | | |
| 2357 | | | | | Buy additional | 10/3/2014 | J | | |
| 2358   -CAPITAL INTL PV EQUITY FUND, V LP        (W) | | | | | | | | | |
| 2359   Trust #35- List of Assets | G | Int./Div. | P2 | T | | | | | |
| 2360   - 3M COMPANY | | | | | Buy additional | 4/1/2014 | K | | |
| 2361   - AA PLC | | | | | Buy | 9/26/2014 | J | | |
| 2362 | | | | | Buy additional | 10/10/2014 | J | | |
| 2363 | | | | | Buy additional | 10/15/2014 | J | | |
| 2364 | | | | | Buy additional | 10/15/2014 | J | | |
| 2365 | | | | | Buy additional | 10/16/2014 | J | | |
| 2366 | | | | | Buy additional | 10/21/2014 | J | | |
| 2367 | | | | | Buy additional | 10/22/2014 | J | | |
| 2368 | | | | | Buy additional | 10/22/2014 | J | | |
| 2369 | | | | | Buy additional | 10/24/2014 | J | | |
| 2370   - ABBVIE INC | | | | | Buy additional | 1/7/2014 | K | | |
| 2371 | | | | | Buy additional | 3/31/2014 | J | | |
| 2372 | | | | | Buy additional | 3/31/2014 | J | | |
| 2373 | | | | | Buy additional | 4/1/2014 | K | | |
| 2374 | | | | | Buy additional | 4/2/2014 | J | | |
| 2375 | | | | | Buy additional | 4/3/2014 | J | | |
| 2376   - ABERDEEN ASSET MGMT PLC | | | | | Buy | 9/25/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2377 | | | | | Buy additional | 9/25/2014 | K | | |
| 2378 | | | | | Buy additional | 10/29/2014 | J | | |
| 2379   - ACCENTURE PLC US$ | | | | | | | | | |
| 2380   - ACE LTD | | | | | Buy additional | 2/11/2014 | L | | |
| 2381   - AGIOS PHARMACEUTICALS INC | | | | | Buy | 12/11/2014 | K | | |
| 2382 | | | | | Buy additional | 12/15/2014 | J | | |
| 2383 | | | | | Buy additional | 12/16/2014 | J | | |
| 2384   - AIA GROUP LTD | | | | | | | | | |
| 2385   - AIR PRODUCTS & CHEMICALS INC | | | | | Sold(part) | 3/31/2014 | L | E | |
| 2386 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 2387   - AJINOMOTO CO INC | | | | | | | | | |
| 2388   - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (Part) | 7/28/2014 | J | | |
| 2389 | | | | | Sold (Part) | 7/29/2014 | J | A | |
| 2390 | | | | | Sold (Part) | 7/29/2014 | J | A | |
| 2391 | | | | | Sold (Part) | 7/29/2014 | J | A | |
| 2392 | | | | | Sold (Part) | 7/30/2014 | J | B | |
| 2393 | | | | | Sold (Part) | 7/31/2014 | J | B | |
| 2394 | | | | | Sold (Part) | 8/6/2014 | J | A | |
| 2395 | | | | | Sold (Part) | 8/8/2014 | J | B | |
| 2396 | | | | | Sold (Part) | 8/20/2014 | J | B | |
| 2397 | | | | | Sold | 8/21/2014 | K | D | |
| 2398   - ALLERGAN INC | | | | | Sold (Part) | 3/27/2014 | K | C | |
| 2399 | | | | | Sold | 3/28/2014 | L | E | |
| 2400   - AMCOR LIMITED | | | | | Buy | 4/1/2014 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2401 | | | | | Buy additional | 4/1/2014 | K | | |
| 2402    - AMERICAN TOWER CORP | | | | | Buy additional | 1/10/2014 | K | | |
| 2403 | | | | | Buy additional | 1/10/2014 | K | | |
| 2404 | | | | | Buy additional | 6/20/2014 | K | | |
| 2405 | | | | | Buy additional | 6/23/2014 | J | | |
| 2406    - AMERISOURCEBERGEN CORP | | | | | Buy | 9/24/2014 | J | | |
| 2407 | | | | | Buy additional | 9/25/2014 | J | | |
| 2408 | | | | | Buy additional | 9/25/2014 | L | | |
| 2409 | | | | | Buy additional | 9/29/2014 | K | | |
| 2410    - AON PLC | | | | | Buy additional | 3/31/2014 | J | | |
| 2411 | | | | | Buy additional | 4/1/2014 | J | | |
| 2412    - APPLE INC | | | | | Sold(part) | 3/27/2014 | L | D | |
| 2413    - ASML HOLDING NV | | | | | | | | | |
| 2414    - ASSA ABLOY AB B | | | | | | | | | |
| 2415    - ASTRAZENECA PLC | | | | | Buy | 8/26/2014 | M | | |
| 2416 | | | | | Buy additional | 8/27/2014 | K | | |
| 2417 | | | | | Buy additional | 9/22/2014 | K | | |
| 2418 | | | | | Buy additional | 9/23/2014 | L | | |
| 2419    - AUTOMATIC DATA PROCESSING INC | | | | | Buy additional | 3/27/2014 | J | | |
| 2420 | | | | | Buy additional | 3/27/2014 | J | | |
| 2421    - AVAGO TECHNOLOGIES LTD | | | | | Buy additional | 3/27/2014 | L | | |
| 2422 | | | | | Buy additional | 3/27/2014 | K | | |
| 2423    - B/E AEROSPACE INC | | | | | | | | | |
| 2424    - BANK OF CHINA LTD | | | | | Sold(part) | 1/7/2014 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 106

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2425   - BARCLAYS PLC | | | | | Buy additional | 4/23/2014 | L | | |
| 2426 | | | | | Sold(part) | 6/20/2014 | J | | |
| 2427 | | | | | Sold(part) | 6/20/2014 | J | | |
| 2428 | | | | | Sold(part) | 6/23/2014 | J | | |
| 2429 | | | | | Sold(part) | 6/25/2014 | K | | |
| 2430 | | | | | Sold(part) | 6/30/2014 | J | | |
| 2431 | | | | | Sold (Part) | 7/1/2014 | K | | |
| 2432 | | | | | Sold (Part) | 7/1/2014 | J | | |
| 2433 | | | | | Sold (Part) | 7/2/2014 | K | | |
| 2434 | | | | | Sold (Part) | 7/3/2014 | K | | |
| 2435 | | | | | Sold (Part) | 7/4/2014 | J | A | |
| 2436 | | | | | Sold (Part) | 7/15/2014 | J | | |
| 2437 | | | | | Sold (Part) | 7/16/2014 | J | B | |
| 2438 | | | | | Sold | 7/16/2014 | J | | |
| 2439   - BAYER AG | | | | | | | | | |
| 2440   - BEAM INC | | | | | Sold (Part) | 1/14/2014 | M | F | |
| 2441 | | | | | Sold | 1/14/2014 | L | E | |
| 2442   - BG GROUP PLC | | | | | Sold (Part) | 1/2/2014 | K | D | |
| 2443 | | | | | Sold | 1/3/2014 | J | B | |
| 2444   - BHP BILLITON LTD (AUD) | | | | | Buy additional | 1/2/2014 | K | | |
| 2445 | | | | | Sold(part) | 12/17/2014 | K | | |
| 2446 | | | | | Sold(part) | 12/17/2014 | J | | |
| 2447   - BLACKROCK INC | | | | | Sold (Part) | 4/21/2014 | K | D | |
| 2448 | | | | | Sold (Part) | 4/22/2014 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2449 | | | | | Sold (Part) | 4/23/2014 | K | D | |
| 2450 | | | | | Sold (Part) | 6/25/2014 | K | D | |
| 2451 | | | | | Sold (Part) | 6/26/2014 | K | D | |
| 2452 | | | | | Sold | 6/27/2014 | K | D | |
| 2453 - BMW AG | | | | | Sold(part) | 3/31/2014 | L | E | |
| 2454 | | | | | Sold(part) | 4/1/2014 | K | D | |
| 2455 - BNP PARIBAS | | | | | Sold(part) | 11/27/2014 | L | B | |
| 2456 - BOC HONG KONG HOLDINGS LTD | | | | | | | | | |
| 2457 - BOEING CO | | | | | Buy additional | 3/26/2014 | K | | |
| 2458 - BRISTOL-MYERS SQUIBB CO | | | | | Sold(part) | 1/7/2014 | K | D | |
| 2459 | | | | | Sold(part) | 3/31/2014 | L | E | |
| 2460 | | | | | Sold(part) | 4/1/2014 | K | D | |
| 2461 - BROADCOM CORP | | | | | | | | | |
| 2462 - CAIXABANK SA (X) | | | | | Buy additional | 3/31/2014 | K | | |
| 2463 | | | | | Buy additional | 4/8/2014 | J | | |
| 2464 | | | | | Buy additional | 4/8/2014 | J | | |
| 2465 | | | | | Buy additional | 4/8/2014 | J | | |
| 2466 | | | | | Buy additional | 4/9/2014 | J | | |
| 2467 | | | | | Buy additional | 4/9/2014 | J | | |
| 2468 | | | | | Buy additional | 4/10/2014 | J | | |
| 2469 | | | | | Sold(part) | 7/17/2014 | J | | |
| 2470 | | | | | Buy additional | 7/18/2014 | K | | |
| 2471 | | | | | Buy additional | 7/21/2014 | K | | |
| 2472 | | | | | Buy additional | 7/23/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2473 | | | | | Sold(part) | 10/21/2014 | J | | |
| 2474 | | | | | Sold(part) | 12/30/2014 | J | | |
| 2475    - CARNIVAL CORP COMMON PAIRED STOCK | | | | | Buy additional | 4/1/2014 | K | | |
| 2476 | | | | | Sold(part) | 7/8/2014 | K | | |
| 2477 | | | | | Sold(part) | 7/9/2014 | J | | |
| 2478 | | | | | Sold(part) | 7/9/2014 | K | C | |
| 2479    - CATERPILLAR INC | | | | | | | | | |
| 2480    - CDK GLOBAL INC                (X) | | | | | Sold (Part) | 10/1/2014 | J | | |
| 2481 | | | | | Sold (Part) | 10/14/2014 | J | | |
| 2482 | | | | | Sold (Part) | 10/14/2014 | J | | |
| 2483 | | | | | Sold | 10/15/2014 | K | | |
| 2484    - CENOVUS ENERGY INC C$ | | | | | Buy | 3/31/2014 | K | | |
| 2485 | | | | | Buy additional | 4/1/2014 | J | | |
| 2486 | | | | | Buy additional | 4/1/2014 | K | | |
| 2487 | | | | | Buy additional | 7/2/2014 | J | | |
| 2488 | | | | | Buy additional | 6/26/2014 | J | | |
| 2489 | | | | | Buy additional | 6/27/2014 | K | | |
| 2490 | | | | | Buy additional | 6/30/2014 | J | | |
| 2491 | | | | | Buy additional | 7/1/2014 | J | | |
| 2492 | | | | | Buy additional | 7/2/2014 | J | | |
| 2493 | | | | | Buy additional | 7/10/2014 | K | | |
| 2494 | | | | | Buy additional | 7/11/2014 | K | | |
| 2495 | | | | | Buy additional | 8/5/2014 | K | | |
| 2496 | | | | | Buy additional | 8/6/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2497 | | | | | Buy additional | 10/16/2014 | K | | |
| 2498 | | | | | Buy additional | 10/16/2014 | J | | |
| 2499 | | | | | Buy additional | 10/16/2014 | J | | |
| 2500 | | | | | Buy additional | 10/28/2014 | L | | |
| 2501 | | | | | Buy additional | 10/29/2014 | L | | |
| 2502 | | | | | Buy additional | 10/30/2014 | K | | |
| 2503 | | | | | Sold (Part) | 12/3/2014 | J | | |
| 2504 | | | | | Sold (Part) | 12/5/2014 | L | | |
| 2505 | | | | | Sold (Part) | 12/11/2014 | L | | |
| 2506 | | | | | Sold (Part) | 12/12/2014 | K | | |
| 2507 | | | | | Sold (Part) | 12/15/2014 | K | | |
| 2508 | | | | | Sold (Part) | 12/16/2014 | K | | |
| 2509 | | | | | Sold | 12/16/2014 | L | | |
| 2510 - CERNER CORP | | | | | | | | | |
| 2511 - CHEVRON CORP | | | | | Buy additional | 3/27/2014 | L | | |
| 2512 | | | | | Buy additional | 4/21/2014 | J | | |
| 2513 | | | | | Buy additional | 4/21/2014 | K | | |
| 2514 | | | | | Buy additional | 11/26/2014 | L | | |
| 2515 - CHINA EVERBRIGHT INTERNATIONAL LIMITED | | | | | Buy | 5/26/2014 | J | | |
| 2516 | | | | | Buy additional | 5/27/2014 | J | | |
| 2517 | | | | | Buy additional | 5/28/2014 | J | | |
| 2518 | | | | | Buy additional | 5/29/2014 | J | | |
| 2519 | | | | | Buy additional | 5/30/2014 | J | | |
| 2520 | | | | | Buy additional | 6/3/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 110

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2521 | | | | | Buy additional | 6/4/2014 | J | | |
| 2522 | | | | | Buy additional | 6/5/2014 | J | | |
| 2523 | | | | | Buy additional | 9/25/2014 | J | | |
| 2524 | | | | | Buy additional | 9/25/2014 | J | | |
| 2525 | | | | | Buy additional | 9/26/2014 | J | | |
| 2526 | | | | | Buy additional | 9/26/2014 | J | | |
| 2527 | | | | | Buy additional | 9/29/2014 | J | | |
| 2528 - CME GROUP INC | | | | | Sold(part) | 8/28/2014 | L | E | |
| 2529 - COACH INC | | | | | Sold (Part) | 5/7/2014 | L | | |
| 2530 | | | | | Sold (Part) | 5/8/2014 | L | | |
| 2531 | | | | | Sold | 5/9/2014 | K | | |
| 2532 - COBALT INTERNATIONAL ENERGY | | | | | Sold(part) | 4/16/2014 | J | | |
| 2533 | | | | | Sold(part) | 4/17/2014 | J | | |
| 2534 | | | | | Sold | 10/22/2014 | J | | |
| 2535 - COCA-COLA AMATIL LTD | | | | | Sold(part) | 3/12/2014 | K | | |
| 2536 | | | | | Sold(part) | 3/12/2014 | J | | |
| 2537 | | | | | Sold | 8/28/2014 | L | | |
| 2538 - COMCAST CORP CL A NEW | | | | | | | | | |
| 2539 - COMPAGNIE FINANCIERE RICHEMONT SA REG | | | | | | | | | |
| 2540 - CONOCOPHILLIPS | | | | | Buy | 5/6/2014 | K | | |
| 2541 | | | | | Buy additional | 5/7/2014 | K | | |
| 2542 | | | | | Buy additional | 5/7/2014 | L | | |
| 2543 | | | | | Buy additional | 5/7/2014 | K | | |
| 2544 | | | | | Buy additional | 5/20/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2545 | | | | | Buy additional | 5/20/2014 | J | | |
| 2546 | | | | | Buy additional | 5/20/2014 | J | | |
| 2547 | | | | | Buy additional | 10/23/2014 | K | | |
| 2548 | | | | | Buy additional | 12/11/2014 | J | | |
| 2549 | | | | | Buy additional | 12/12/2014 | J | | |
| 2550 | | | | | Buy additional | 12/12/2014 | J | | |
| 2551    - DAIMLER AG | | | | | Buy additional | 3/4/2014 | L | | |
| 2552    - DANAHER CORP | | | | | | | | | |
| 2553    - DANONE | | | | | Sold(part) | 3/31/2014 | J | A | |
| 2554 | | | | | Sold(part) | 3/31/2014 | K | A | |
| 2555 | | | | | Sold(part) | 3/31/2014 | K | B | |
| 2556 | | | | | Sold(part) | 4/1/2014 | J | A | |
| 2557 | | | | | Sold(part) | 6/13/2014 | J | A | |
| 2558    - DAVITA HEALTHCARE PARTNERS INC | | | | | | | | | |
| 2559    - DBS GROUP HOLDINGS LTD | | | | | Sold(part) | 3/27/2014 | L | | |
| 2560 | | | | | Sold(part) | 3/28/2014 | K | | |
| 2561 | | | | | Sold(part) | 3/28/2014 | J | B | |
| 2562 | | | | | Sold(part) | 8/25/2014 | K | D | |
| 2563 | | | | | Sold(part) | 8/26/2014 | K | C | |
| 2564    - DELPHI AUTOMOTIVE PLC | | | | | Buy | 1/6/2014 | J | | |
| 2565 | | | | | Buy additional | 1/7/2014 | J | | |
| 2566 | | | | | Buy additional | 1/7/2014 | K | | |
| 2567 | | | | | Buy additional | 1/8/2014 | J | | |
| 2568 | | | | | Buy additional | 1/8/2014 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2569 | | | | | Buy additional | 1/9/2014 | J | | |
| 2570    - DENSO CORP | | | | | Buy additional | 4/23/2014 | L | | |
| 2571    - DEUTSCHE WOHNEN AG (BEARER) | | | | | Buy | 3/31/2014 | J | | |
| 2572 | | | | | Buy additional | 3/31/2014 | J | | |
| 2573 | | | | | Buy additional | 4/1/2014 | K | | |
| 2574 | | | | | Buy additional | 4/2/2014 | J | | |
| 2575 | | | | | Buy additional | 4/3/2014 | J | | |
| 2576 | | | | | Buy additional | 4/4/2014 | J | | |
| 2577 | | | | | Buy additional | 4/10/2014 | J | | |
| 2578 | | | | | Buy additional | 4/14/2014 | J | | |
| 2579 | | | | | Buy additional | 6/26/2014 | J | | |
| 2580 | | | | | Buy additional | 6/27/2014 | J | | |
| 2581 | | | | | Buy additional | 6/30/2014 | J | | |
| 2582 | | | | | Buy additional | 7/3/2014 | J | | |
| 2583 | | | | | Buy additional | 7/7/2014 | J | | |
| 2584 | | | | | Buy additional | 7/8/2014 | J | | |
| 2585 | | | | | Buy additional | 7/9/2014 | J | | |
| 2586 | | | | | Buy additional | 7/16/2014 | J | | |
| 2587 | | | | | Buy additional | 7/23/2014 | J | | |
| 2588 | | | | | Buy additional | 7/24/2014 | J | | |
| 2589 | | | | | Buy additional | 7/25/2014 | J | | |
| 2590 | | | | | Buy additional | 7/28/2014 | J | | |
| 2591 | | | | | Buy additional | 7/30/2014 | J | | |
| 2592 | | | | | Buy additional | 7/30/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2593    - DIAGEO PLC | | | | | Sold(part) | 3/31/2014 | L | D | |
| 2594 | | | | | Sold(part) | 4/1/2014 | K | C | |
| 2595    - DIAGEO PLC SPONSORED ADR | | | | | | | | | |
| 2596    - DKSH HOLDING LTD | | | | | Buy | 4/7/2014 | J | | |
| 2597 | | | | | Buy additional | 4/7/2014 | J | | |
| 2598 | | | | | Buy additional | 4/11/2014 | J | | |
| 2599 | | | | | Buy additional | 4/11/2014 | J | | |
| 2600 | | | | | Buy additional | 4/14/2014 | J | | |
| 2601 | | | | | Buy additional | 4/15/2014 | J | | |
| 2602 | | | | | Buy additional | 4/25/2014 | J | | |
| 2603 | | | | | Buy additional | 5/15/2014 | J | | |
| 2604 | | | | | Buy additional | 5/15/2014 | J | | |
| 2605 | | | | | Buy additional | 5/15/2014 | J | | |
| 2606    - DOW CHEMICAL CO | | | | | Buy additional | 3/27/2014 | K | | |
| 2607 | | | | | Buy additional | 3/27/2014 | J | | |
| 2608    - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/21/2014 | J | | |
| 2609 | | | | | Buy additional | 8/21/2014 | J | | |
| 2610 | | | | | Buy additional | 8/22/2014 | J | | |
| 2611 | | | | | Buy additional | 8/22/2014 | J | | |
| 2612 | | | | | Buy additional | 8/25/2014 | J | | |
| 2613 | | | | | Buy additional | 8/25/2014 | J | | |
| 2614 | | | | | Buy additional | 8/26/2014 | J | | |
| 2615 | | | | | Sold (Part) | 10/16/2014 | J | | |
| 2616 | | | | | Sold | 10/16/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2617    - EATON CORP PLC | | | | | Sold(part) | 4/17/2014 | J | B | |
| 2618 | | | | | Sold(part) | 4/17/2014 | K | D | |
| 2619 | | | | | Sold(part) | 4/21/2014 | J | C | |
| 2620 | | | | | Sold(part) | 4/22/2014 | J | B | |
| 2621    - ECOLAB INC | | | | | | | | | |
| 2622    - ELRINGKLINGER AG | | | | | Buy | 4/25/2014 | J | | |
| 2623 | | | | | Buy additional | 5/2/2014 | K | | |
| 2624 | | | | | Buy additional | 5/7/2014 | K | | |
| 2625 | | | | | Buy additional | 5/8/2014 | J | | |
| 2626 | | | | | Buy additional | 5/9/2014 | J | | |
| 2627 | | | | | Buy additional | 5/13/2014 | J | | |
| 2628 | | | | | Buy additional | 5/14/2014 | J | | |
| 2629 | | | | | Buy additional | 5/15/2014 | J | | |
| 2630    - ENBRIDGE INC | | | | | Buy additional | 10/20/2014 | J | | |
| 2631 | | | | | Buy additional | 10/21/2014 | J | | |
| 2632 | | | | | Buy additional | 10/22/2014 | K | | |
| 2633    - ENI SPA REG | | | | | Buy | 6/27/2014 | M | | |
| 2634 | | | | | Sold (Part) | 10/27/2014 | K | | |
| 2635 | | | | | Sold (Part) | 10/27/2014 | K | | |
| 2636 | | | | | Sold | 10/28/2014 | K | | |
| 2637    - ENSCO PLC-CL A | | | | | Sold(part) | 3/31/2014 | K | | |
| 2638 | | | | | Sold(part) | 4/1/2014 | J | | |
| 2639 | | | | | Sold (Part) | 10/15/2014 | J | | |
| 2640 | | | | | Sold | 10/16/2014 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2641   - ESSILOR INTL | | | | | | | | | |
| 2642   - EXPRESS SCRIPTS HOLDING CO | | | | | Sold(part) | 5/8/2014 | L | E | |
| 2643   - FANUC CO | | | | | | | | | |
| 2644   - FEDEX CORP | | | | | | | | | |
| 2645   - FIRST QUANTUM MATERIALS LTD C $ | | | | | | | | | |
| 2646   - GEMALTO NV | | | | | | | | | |
| 2647   - GENPACT LTD | | | | | Sold(part) | 3/13/2014 | J | A | |
| 2648 | | | | | Sold(part) | 3/13/2014 | K | B | |
| 2649 | | | | | Sold(part) | 3/14/2014 | J | A | |
| 2650 | | | | | Sold(part) | 3/14/2014 | K | B | |
| 2651 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 2652 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 2653 | | | | | Sold (Part) | 10/16/2014 | J | A | |
| 2654 | | | | | Sold (Part) | 10/17/2014 | J | A | |
| 2655 | | | | | Sold (Part) | 10/17/2014 | K | B | |
| 2656 | | | | | Sold (Part) | 10/20/2014 | K | C | |
| 2657 | | | | | Sold | 10/21/2014 | J | A | |
| 2658   - GILEAD SCIENCES INC | | | | | Sold(part) | 1/6/2014 | J | C | |
| 2659 | | | | | Sold(part) | 1/7/2014 | J | C | |
| 2660 | | | | | Sold(part) | 1/8/2014 | J | D | |
| 2661 | | | | | Sold(part) | 3/27/2014 | L | E | |
| 2662 | | | | | Sold(part) | 3/27/2014 | J | C | |
| 2663 | | | | | Sold(part) | 3/31/2014 | L | E | |
| 2664 | | | | | Sold(part) | 10/6/2014 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
9/1/2015

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2665 - GLOBAL BRANDS GROUPING (X) | | | | | Sold | 10/16/2014 | J | | |
| 2666 - GOLDMAN SACHS GROUP INC | | | | | | | | | |
| 2667 - GOOGLE INC CL A | | | | | | | | | |
| 2668 - GOOGLE INC CL C (X) | | | | | | | | | |
| 2669 - HALLIBURTON CO | | | | | Sold(part) | 1/6/2014 | L | E | |
| 2670 | | | | | Sold(part) | 4/1/2014 | M | F | |
| 2671 | | | | | Sold(part) | 6/26/2014 | K | D | |
| 2672 | | | | | Sold(part) | 6/26/2014 | J | D | |
| 2673 | | | | | Sold(part) | 6/27/2014 | J | D | |
| 2674 | | | | | Sold(part) | 6/27/2014 | J | D | |
| 2675 | | | | | Sold (Part) | 8/25/2014 | K | E | |
| 2676 | | | | | Sold (Part) | 9/19/2014 | L | E | |
| 2677 | | | | | Sold | 9/19/2014 | J | B | |
| 2678 - HAMAMATSU PHOTONIC KK | | | | | | | | | |
| 2679 - HDFC BANK LTD | | | | | | | | | |
| 2680 - HEXCEL CORP | | | | | Buy additional | 1/9/2014 | J | | |
| 2681 | | | | | Buy additional | 1/10/2014 | J | | |
| 2682 | | | | | Buy additional | 1/13/2014 | K | | |
| 2683 | | | | | Buy additional | 1/14/2014 | J | | |
| 2684 | | | | | Buy additional | 1/15/2014 | J | | |
| 2685 | | | | | Buy additional | 1/16/2014 | J | | |
| 2686 | | | | | Buy additional | 1/17/2014 | J | | |
| 2687 | | | | | Buy additional | 1/21/2014 | J | | |
| 2688 | | | | | Buy additional | 1/23/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2689   - HITACHI | | | | | | | | | |
| 2690   - HOME DEPOT INC | | | | | Sold(part) | 3/28/2014 | K | C | |
| 2691 | | | | | Sold(part) | 5/20/2014 | K | E | |
| 2692 | | | | | Sold(part) | 5/20/2014 | K | D | |
| 2693   - HOME RETAIL GROUP | | | | | Buy | 3/31/2014 | J | | |
| 2694 | | | | | Buy additional | 4/1/2014 | J | | |
| 2695 | | | | | Buy additional | 4/7/2014 | J | | |
| 2696 | | | | | Buy additional | 4/8/2014 | J | | |
| 2697 | | | | | Buy additional | 4/8/2014 | J | | |
| 2698 | | | | | Buy additional | 4/14/2014 | J | | |
| 2699 | | | | | Buy additional | 4/14/2014 | J | | |
| 2700 | | | | | Buy additional | 4/15/2014 | J | | |
| 2701 | | | | | Buy additional | 4/16/2014 | J | | |
| 2702 | | | | | Buy additional | 4/17/2014 | J | | |
| 2703 | | | | | Buy additional | 4/24/2014 | J | | |
| 2704 | | | | | Buy additional | 4/25/2014 | J | | |
| 2705 | | | | | Buy additional | 4/28/2014 | J | | |
| 2706 | | | | | Buy additional | 4/28/2014 | J | | |
| 2707   - HSBC HOLDINGS PLC ADR SPON NEW        (Y) | | | | | | | | | |
| 2708   - HSBC HOLDINGS PLC UKP | | | | | Sold(part) | 4/1/2014 | M | | |
| 2709 | | | | | Sold(part) | 8/19/2014 | L | D | |
| 2710   - IDEX CORP | | | | | Buy additional | 3/28/2014 | J | | |
| 2711 | | | | | Buy additional | 3/31/2014 | J | | |
| 2712 | | | | | Buy additional | 4/1/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2713 | | | | | Buy additional | 4/3/2014 | J | | |
| 2714 | | | | | Buy additional | 4/7/2014 | J | | |
| 2715   - ILLINOIS TOOL WORKS INC | | | | | | | | | |
| 2716   - IMPERIAL TOBACCO PLC | | | | | | | | | |
| 2717   - INCYTE CORP | | | | | Buy | 10/2/2014 | J | | |
| 2718 | | | | | Buy additional | 10/2/2014 | J | | |
| 2719 | | | | | Buy additional | 10/2/2014 | J | | |
| 2720 | | | | | Buy additional | 10/7/2014 | J | | |
| 2721 | | | | | Buy additional | 10/8/2014 | J | | |
| 2722 | | | | | Buy additional | 10/9/2014 | J | | |
| 2723 | | | | | Buy additional | 10/9/2014 | J | | |
| 2724 | | | | | Buy additional | 10/10/2014 | J | | |
| 2725 | | | | | Buy additional | 10/13/2014 | J | | |
| 2726 | | | | | Buy additional | 10/13/2014 | J | | |
| 2727 | | | | | Buy additional | 10/14/2014 | J | | |
| 2728 | | | | | Buy additional | 10/15/2014 | J | | |
| 2729 | | | | | Buy additional | 10/27/2014 | J | | |
| 2730 | | | | | Buy additional | 10/30/2014 | J | | |
| 2731 | | | | | Buy additional | 11/5/2014 | J | | |
| 2732 | | | | | Buy additional | 12/12/2014 | J | | |
| 2733 | | | | | Buy additional | 12/15/2014 | J | | |
| 2734 | | | | | Buy additional | 12/15/2014 | J | | |
| 2735 | | | | | Buy additional | 12/16/2014 | J | | |
| 2736 | | | | | Buy additional | 12/18/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2737 | | | | | Buy additional | 12/19/2014 | J | | |
| 2738 | | | | | Buy additional | 12/23/2014 | J | | |
| 2739   - INDITEX | | | | | | | | | |
| 2740   - INFOSYS TECHNOLOGIES ADR | | | | | Buy | 1/23/2014 | J | | |
| 2741 | | | | | Buy additional | 1/24/2014 | K | | |
| 2742 | | | | | Buy additional | 1/24/2014 | J | | |
| 2743 | | | | | Sold(part) | 7/17/2014 | J | | |
| 2744 | | | | | Sold(part) | 7/17/2014 | J | | |
| 2745 | | | | | Sold(part) | 7/18/2014 | K | | |
| 2746 | | | | | Buy additional | 9/3/2014 | J | | |
| 2747 | | | | | Buy additional | 9/4/2014 | L | | |
| 2748 | | | | | Buy additional | 9/8/2014 | J | | |
| 2749 | | | | | Buy additional | 9/9/2014 | J | | |
| 2750   - IRON MOUNTAIN INC | | | | | Buy additional | 4/2/2014 | K | | |
| 2751 | | | | | Buy additional | 5/14/2014 | J | | |
| 2752 | | | | | Buy additional | 5/14/2014 | J | | |
| 2753 | | | | | Buy additional | 5/15/2014 | K | | |
| 2754 | | | | | Sold(part) | 11/14/2014 | J | A | |
| 2755   - IRONWOOD PHARMACEUTICALS INC CL A | | | | | Sold (Part) | 3/28/2014 | J | | |
| 2756 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 2757 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 2758 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 2759 | | | | | Sold (Part) | 4/1/2014 | J | | |
| 2760 | | | | | Sold (Part) | 4/1/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 120

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2761 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 2762 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 2763 | | | | | Sold (Part) | 4/3/2014 | J | | |
| 2764 | | | | | Sold (Part) | 4/4/2014 | J | | |
| 2765 | | | | | Sold (Part) | 10/16/2014 | K | | |
| 2766 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 2767 | | | | | Sold | 10/20/2014 | J | A | |
| 2768  - JABIL CIRCUIT INC | | | | | Sold(part) | 3/31/2014 | J | | |
| 2769 | | | | | Sold(part) | 3/31/2014 | L | | |
| 2770 | | | | | Sold(part) | 4/1/2014 | J | | |
| 2771  - JACK HENRY & ASSOC INC | | | | | | | | | |
| 2772  - JARDINE MATHESON HLD | | | | | Buy | 3/27/2014 | K | | |
| 2773 | | | | | Buy additional | 3/28/2014 | K | | |
| 2774 | | | | | Buy additional | 4/2/2014 | K | | |
| 2775 | | | | | Buy additional | 4/3/2014 | K | | |
| 2776 | | | | | Buy additional | 4/10/2014 | K | | |
| 2777  - JPMORGAN CHASE & CO | | | | | Buy additional | 4/22/2014 | K | | |
| 2778  - JULIUS BAER GROUP LTD | | | | | Buy | 9/29/2014 | J | | |
| 2779 | | | | | Buy additional | 9/30/2014 | J | | |
| 2780 | | | | | Buy additional | 9/30/2014 | J | | |
| 2781 | | | | | Buy additional | 10/1/2014 | J | | |
| 2782 | | | | | Buy additional | 10/1/2014 | J | | |
| 2783 | | | | | Buy additional | 10/2/2014 | J | | |
| 2784 | | | | | Buy additional | 10/2/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2785   - KEYENCE CORP | | | | | Sold(part) | 1/16/2014 | K | E | |
| 2786   - KLA-TENCOR CORP | | | | | | | | | |
| 2787   - KLX INC                    (X) | | | | | | | | | |
| 2788   - KONINKLIJKE DSM NV | | | | | Sold (Part) | 3/14/2014 | K | C | |
| 2789 | | | | | Sold (Part) | 3/17/2014 | J | B | |
| 2790 | | | | | Sold (Part) | 3/18/2014 | J | B | |
| 2791 | | | | | Sold (Part) | 3/20/2014 | J | B | |
| 2792 | | | | | Sold (Part) | 3/21/2014 | J | B | |
| 2793 | | | | | Sold | 3/21/2014 | J | A | |
| 2794 | | | | | Buy | 8/8/2014 | K | | |
| 2795   - L'AIR LIQUIDE | | | | | Sold(part) | 2/17/2014 | J | C | |
| 2796 | | | | | Sold(part) | 2/17/2014 | K | D | |
| 2797 | | | | | Sold(part) | 2/25/2014 | K | D | |
| 2798   - LI & FUNG LTD | | | | | Sold | 10/16/2014 | K | | |
| 2799   - LIBERTY GLOBAL PLC CL A | | | | | Buy | 4/24/2014 | K | | |
| 2800 | | | | | Buy additional | 4/24/2014 | J | | |
| 2801 | | | | | Buy additional | 4/25/2014 | K | | |
| 2802 | | | | | Buy additional | 4/25/2014 | K | | |
| 2803 | | | | | Buy additional | 4/25/2014 | K | | |
| 2804 | | | | | Buy additional | 5/1/2014 | J | | |
| 2805 | | | | | Buy additional | 5/1/2014 | J | | |
| 2806 | | | | | Buy additional | 5/2/2014 | J | | |
| 2807 | | | | | Buy additional | 5/5/2014 | J | | |
| 2808 | | | | | Buy additional | 5/6/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2809 | | | | | Buy additional | 5/7/2014 | J | | |
| 2810 | | | | | Buy additional | 5/8/2014 | J | | |
| 2811 | | | | | Buy additional | 6/19/2014 | J | | |
| 2812 | | | | | Buy additional | 6/20/2014 | K | | |
| 2813 | | | | | Buy additional | 6/20/2014 | K | | |
| 2814 | | | | | Buy additional | 6/27/2014 | J | | |
| 2815 | | | | | Buy additional | 6/30/2014 | J | | |
| 2816 | | | | | Buy additional | 7/3/2014 | J | | |
| 2817 - LIBERTY GLOBAL PLC CL C | | | | | Buy | 5/5/2014 | J | | |
| 2818 | | | | | Buy additional | 5/7/2014 | J | | |
| 2819 - LLOYDS TSB GROUP PLC | | | | | Buy additional | 3/31/2014 | J | | |
| 2820 | | | | | Buy additional | 3/31/2014 | L | | |
| 2821 - L'OREAL | | | | | Buy additional | 5/2/2014 | K | | |
| 2822 | | | | | Buy additional | 5/5/2014 | J | | |
| 2823 | | | | | Buy additional | 5/6/2014 | J | | |
| 2824 | | | | | Buy additional | 9/26/2014 | K | | |
| 2825 | | | | | Buy additional | 9/29/2014 | K | | |
| 2826 - MARSH & MCLENNAN COS INC | | | | | | | | | |
| 2827 - MEGGITT PLC | | | | | Sold(part) | 5/22/2014 | J | | |
| 2828 - MICROSOFT CORP | | | | | | | | | |
| 2829 - MONSANTO CO NEW COM | | | | | | | | | |
| 2830 - MOSAIC CO | | | | | Buy additional | 5/7/2014 | J | | |
| 2831 | | | | | Buy additional | 5/7/2014 | K | | |
| 2832 | | | | | Buy additional | 5/8/2014 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2833 | | | | | Sold (Part) | 10/17/2014 | K | | |
| 2834 | | | | | Sold (Part) | 10/17/2014 | K | | |
| 2835 | | | | | Sold (Part) | 10/20/2014 | K | | |
| 2836 | | | | | Sold | 10/28/2014 | L | | |
| 2837   - MURATA MANUFACTURING CO LTD | | | | | | | | | |
| 2838   - NATIONAL GRID PLC | | | | | | | | | |
| 2839   - NATIONAL GRID PLC- SP ADR          (Y) | | | | | | | | | |
| 2840   - NESTLE NAM SPON ADR          (Y) | | | | | | | | | |
| 2841   - NESTLE SA REG | | | | | Sold(part) | 5/13/2014 | K | D | |
| 2842   - NEW YORK TIMES CO CL A | | | | | Sold | 5/20/2014 | J | A | |
| 2843   - NEWELL RUBBERMAID INC | | | | | | | | | |
| 2844   - NIELSEN HOLDINGS NV US$ | | | | | | | | | |
| 2845   - NIKE INC CL B | | | | | Sold (Part) | 5/8/2014 | J | D | |
| 2846 | | | | | Sold (Part) | 5/8/2014 | K | D | |
| 2847 | | | | | Sold | 5/9/2014 | J | C | |
| 2848   - NOBLE ENERGY INC | | | | | | | | | |
| 2849   - NORDSTROM INC | | | | | | | | | |
| 2850   - NORFOLK SOUTHERN CORP | | | | | Sold(part) | 5/9/2014 | K | D | |
| 2851 | | | | | Sold(part) | 5/12/2014 | K | D | |
| 2852   - NOVARTIS AG NAMEN | | | | | | | | | |
| 2853   - NOVO NORDISK A/S B          (Y) | | | | | | | | | |
| 2854   - NOVO NORDISK A/S CL B | | | | | Buy additional | 1/13/2014 | L | | |
| 2855   - NUCOR CORP | | | | | Sold (Part) | 6/26/2014 | J | B | |
| 2856 | | | | | Sold (Part) | 6/27/2014 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2857 | | | | | Sold (Part) | 6/30/2014 | J | A | |
| 2858 | | | | | Sold (Part) | 6/30/2014 | J | B | |
| 2859 | | | | | Sold | 6/30/2014 | J | B | |
| 2860    - ORACLE CORP | | | | | Sold(part) | 4/1/2014 | L | E | |
| 2861    - ORACLE CORP JAPAN | | | | | Buy | 3/28/2014 | J | | |
| 2862 | | | | | Buy additional | 3/31/2014 | J | | |
| 2863 | | | | | Buy additional | 4/1/2014 | J | | |
| 2864 | | | | | Buy additional | 4/2/2014 | J | | |
| 2865 | | | | | Buy additional | 4/2/2014 | J | | |
| 2866 | | | | | Buy additional | 4/4/2014 | J | | |
| 2867 | | | | | Buy additional | 4/4/2014 | J | | |
| 2868 | | | | | Buy additional | 4/8/2014 | J | | |
| 2869 | | | | | Buy additional | 4/9/2014 | J | | |
| 2870    - PACWEST BANCORP | | | | | Buy | 8/8/2014 | J | | |
| 2871 | | | | | Buy additional | 8/11/2014 | J | | |
| 2872 | | | | | Buy additional | 8/12/2014 | J | | |
| 2873 | | | | | Buy additional | 8/12/2014 | J | | |
| 2874 | | | | | Buy additional | 8/13/2014 | J | | |
| 2875 | | | | | Buy additional | 8/14/2014 | J | | |
| 2876 | | | | | Buy additional | 8/15/2014 | J | | |
| 2877 | | | | | Buy additional | 8/21/2014 | J | | |
| 2878    - PERNOD RICARD SA | | | | | Sold(part) | 1/13/2014 | K | C | |
| 2879    - PHILIP MORRIS INTERNATIONAL INC | | | | | | | | | |
| 2880    - PNC FINANCIAL SERVICES GROUP INC | | | | | Buy | 9/24/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2881 | | | | | Buy additional | 9/25/2014 | K | | |
| 2882    - PRAXAIR INC | | | | | Buy | 8/22/2014 | J | | |
| 2883 | | | | | Buy additional | 8/25/2014 | K | | |
| 2884 | | | | | Buy additional | 8/25/2014 | J | | |
| 2885 | | | | | Buy additional | 9/24/2014 | J | | |
| 2886 | | | | | Buy additional | 9/24/2014 | J | | |
| 2887 | | | | | Buy additional | 9/24/2014 | J | | |
| 2888 | | | | | Buy additional | 9/25/2014 | J | | |
| 2889    - PROCTOR & GAMBLE CO | | | | | | | | | |
| 2890    - PROGRESSIVE CORP OHIO | | | | | Sold(part) | 5/9/2014 | K | D | |
| 2891    - PRUDENTIAL PLC | | | | | Buy | 11/27/2014 | K | | |
| 2892 | | | | | Buy additional | 12/1/2014 | K | | |
| 2893    - QUALCOMM INC | | | | | | | | | |
| 2894    - RIO TINTO PLC REG | | | | | Buy additional | 1/13/2014 | M | | |
| 2895 | | | | | Buy additional | 1/14/2014 | K | | |
| 2896    - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy additional | 5/2/2014 | K | | |
| 2897 | | | | | Buy additional | 8/22/2014 | L | | |
| 2898    - ROSS STORES INC | | | | | Buy additional | 1/7/2014 | M | | |
| 2899 | | | | | Sold(part) | 4/9/2014 | J | | |
| 2900 | | | | | Sold(part) | 4/9/2014 | J | | |
| 2901 | | | | | Sold(part) | 4/10/2014 | J | | |
| 2902 | | | | | Sold(part) | 5/12/2014 | J | | |
| 2903 | | | | | Sold(part) | 8/21/2014 | J | | |
| 2904 | | | | | Sold(part) | 8/22/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2905 | | | | | Sold (Part) | 10/9/2014 | J | A | |
| 2906 | | | | | Sold (Part) | 10/9/2014 | J | A | |
| 2907 | | | | | Sold (Part) | 10/10/2014 | K | B | |
| 2908 | | | | | Sold | 10/10/2014 | K | A | |
| 2909   - ROYAL CARIBBEAN CRUISES | | | | | Buy additional | 4/2/2014 | K | | |
| 2910   - SAFRAN SA | | | | | Buy | 7/18/2014 | J | | |
| 2911 | | | | | Buy additional | 7/18/2014 | J | | |
| 2912 | | | | | Buy additional | 7/21/2014 | J | | |
| 2913 | | | | | Buy additional | 7/21/2014 | J | | |
| 2914 | | | | | Buy additional | 7/22/2014 | K | | |
| 2915 | | | | | Buy additional | 7/22/2014 | J | | |
| 2916 | | | | | Buy additional | 7/25/2014 | J | | |
| 2917   - SAMPO OY J A SHS | | | | | | | | | |
| 2918   - SAMSUNG ELEC GDS N/V PF | | | | | | | | | |
| 2919   - SCHLUMBERGER LTD | | | | | Sold(part) | 4/2/2014 | L | D | |
| 2920   - SCHNEIDER ELECTRIC SA | | | | | Sold(part) | 3/31/2014 | L | D | |
| 2921   - SCHWAB CHARLES NEW | | | | | Sold(part) | 8/25/2014 | K | D | |
| 2922 | | | | | Sold(part) | 8/26/2014 | L | E | |
| 2923   - SCRIPPS NETWORKS INTERACTIVE CL A | | | | | | | | | |
| 2924   - SEADRILL LTD | | | | | Sold(part) | 9/23/2014 | K | | |
| 2925 | | | | | Sold(part) | 9/23/2014 | K | | |
| 2926 | | | | | Sold(part) | 9/26/2014 | J | | |
| 2927 | | | | | Sold(part) | 9/30/2014 | J | | |
| 2928 | | | | | Sold | 10/7/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2929    - SEATTLE GENETICS INC | | | | | Sold(part) | 4/23/2014 | J | B | |
| 2930 | | | | | Sold(part) | 12/11/2014 | J | B | |
| 2931 | | | | | Sold(part) | 12/16/2014 | L | E | |
| 2932 | | | | | Sold(part) | 12/17/2014 | J | B | |
| 2933 | | | | | Sold(part) | 12/18/2014 | J | B | |
| 2934 | | | | | Sold(part) | 12/18/2014 | K | D | |
| 2935 | | | | | Sold(part) | 12/18/2014 | J | B | |
| 2936 | | | | | Sold(part) | 12/19/2014 | J | D | |
| 2937 | | | | | Sold(part) | 12/19/2014 | J | B | |
| 2938 | | | | | Sold(part) | 12/22/2014 | J | C | |
| 2939 | | | | | Sold(part) | 12/22/2014 | J | B | |
| 2940 | | | | | Sold(part) | 12/26/2014 | J | B | |
| 2941 | | | | | Sold(part) | 12/29/2014 | J | A | |
| 2942    - SES FDR CL A (PARIS) | | | | | | | | | |
| 2943    - SIEMENS AG NAMEN | | | | | Buy additional | 7/2/2014 | K | | |
| 2944 | | | | | Buy additional | 9/26/2014 | L | | |
| 2945 | | | | | Buy additional | 9/30/2014 | L | | |
| 2946    - SIGNET JEWELERS LTD | | | | | Sold(part) | 1/31/2014 | J | C | |
| 2947 | | | | | Sold(part) | 2/3/2014 | J | C | |
| 2948 | | | | | Sold(part) | 2/3/2014 | K | D | |
| 2949 | | | | | Sold(part) | 2/4/2014 | K | D | |
| 2950 | | | | | Sold(part) | 2/5/2014 | K | D | |
| 2951 | | | | | Sold(part) | 2/6/2014 | K | D | |
| 2952 | | | | | Sold(part) | 2/7/2014 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2953 | | | | | Sold(part) | 2/7/2014 | J | C | |
| 2954  - SINGAPORE TELECOMM | | | | | | | | | |
| 2955  - SIRIUS XM HOLDINGS INC | | | | | | | | | |
| 2956  - SMC CORP | | | | | | | | | |
| 2957  - SOFTBANK CORP | | | | | Sold(part) | 3/31/2014 | K | D | |
| 2958  -SSGA US MONTY MARKET FUND          (X) | | | | | | | | | |
| 2959  - ST JUDE MEDICAL | | | | | Buy | 8/4/2014 | J | | |
| 2960 | | | | | Buy additional | 8/5/2014 | K | | |
| 2961 | | | | | Buy additional | 8/5/2014 | K | | |
| 2962 | | | | | Buy additional | 10/21/2014 | J | | |
| 2963 | | | | | Buy additional | 10/22/2014 | J | | |
| 2964 | | | | | Buy additional | 10/22/2014 | J | | |
| 2965 | | | | | Buy additional | 10/24/2014 | J | | |
| 2966 | | | | | Buy additional | 10/27/2014 | J | | |
| 2967 | | | | | Buy additional | 10/29/2014 | J | | |
| 2968 | | | | | Buy additional | 10/30/2014 | J | | |
| 2969 | | | | | Buy additional | 11/28/2014 | K | | |
| 2970 | | | | | Buy additional | 12/1/2014 | K | | |
| 2971  - STANDARD CHARTERED | | | | | Sold(part) | 3/31/2014 | K | | |
| 2972 | | | | | Sold(part) | 3/31/2014 | L | | |
| 2973 | | | | | Sold(part) | 3/31/2014 | J | | |
| 2974 | | | | | Sold(part) | 3/31/2014 | J | | |
| 2975 | | | | | Sold(part) | 5/28/2014 | J | | |
| 2976 | | | | | Sold (Part) | 10/1/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 2977 | | | | | Sold (Part) | 10/1/2014 | J | | |
| 2978 | | | | | Sold (Part) | 10/13/2014 | J | | |
| 2979 | | | | | Sold (Part) | 10/14/2014 | J | | |
| 2980 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 2981 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 2982 | | | | | Sold (Part) | 10/22/2014 | J | | |
| 2983 | | | | | Sold (Part) | 10/23/2014 | J | | |
| 2984 | | | | | Sold (Part) | 10/24/2014 | J | | |
| 2985 | | | | | Sold (Part) | 10/27/2014 | K | | |
| 2986 | | | | | Sold (Part) | 10/27/2014 | K | | |
| 2987 | | | | | Sold (Part) | 11/24/2014 | J | | |
| 2988 | | | | | Sold | 11/25/2014 | J | | |
| 2989   - STARBUCKS CORP | | | | | | | | | |
| 2990   - SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy additional | 1/24/2014 | M | | |
| 2991 | | | | | Buy additional | 3/28/2014 | K | | |
| 2992 | | | | | Sold (Part) | 10/17/2014 | M | | |
| 2993 | | | | | Sold | 10/17/2014 | M | | |
| 2994   - SUMITOMO MITSUI TRUST HOLDIN | | | | | Sold (Part) | 4/22/2014 | K | | |
| 2995 | | | | | Sold (Part) | 4/23/2014 | K | | |
| 2996 | | | | | Sold | 4/24/2014 | K | | |
| 2997   - SUN HUNG KAI PROP | | | | | Sold (Part) | 4/29/2014 | J | A | |
| 2998 | | | | | Sold (Part) | 5/2/2014 | J | A | |
| 2999   - SVENSKA HANDELSBKEN A | | | | | Buy | 4/1/2014 | L | | |
| 3000   - SYNGENTA AG | | | | | Sold(part) | 3/31/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report

Page 130

**Name of Person Reporting**
Barry, Maryanne T.

**Date of Report**
9/1/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3001 | | | | | Sold(part) | 3/31/2014 | K | | |
| 3002 | | | | | Sold(part) | 4/1/2014 | J | | |
| 3003 | | | | | Sold(part) | 4/1/2014 | J | | |
| 3004 | | | | | Sold(part) | 4/2/2014 | K | | |
| 3005 | | | | | Sold(part) | 4/3/2014 | J | | |
| 3006 | | | | | Sold (Part) | 7/14/2014 | K | | |
| 3007 | | | | | Sold (Part) | 7/15/2014 | K | | |
| 3008 | | | | | Sold (Part) | 7/15/2014 | J | | |
| 3009 | | | | | Sold (Part) | 7/16/2014 | K | B | |
| 3010 | | | | | Sold (Part) | 7/17/2014 | J | B | |
| 3011 | | | | | Sold (Part) | 7/18/2014 | J | C | |
| 3012 | | | | | Sold | 7/21/2014 | J | B | |
| 3013    - SYSMEX CORP | | | | | | | | | |
| 3014    - TAIWAN SEMICONDUCTOR SPONS ADR | | | | | Buy | 11/21/2014 | K | | |
| 3015 | | | | | Buy additional | 11/24/2014 | J | | |
| 3016 | | | | | Buy additional | 11/24/2014 | K | | |
| 3017    - TARGET CORP | | | | | Sold (Part) | 5/22/2014 | L | | |
| 3018 | | | | | Sold | 5/23/2014 | L | D | |
| 3019    - TE CONNECTIVITY LTD US$ | | | | | Sold (Part) | 9/24/2014 | J | C | |
| 3020 | | | | | Sold (Part) | 9/24/2014 | K | E | |
| 3021 | | | | | Sold (Part) | 9/24/2014 | K | D | |
| 3022 | | | | | Sold (Part) | 9/25/2014 | K | E | |
| 3023 | | | | | Sold | 9/25/2014 | J | C | |
| 3024    - TEXAS INSTRUMENTS INC | | | | | Sold(part) | 4/1/2014 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3025   - THE WALT DISNEY CO | | | | | | | | | |
| 3026   - TIFFANY & CO NEW | | | | | Sold(part) | 1/21/2014 | K | C | |
| 3027 | | | | | Sold(part) | 1/22/2014 | K | D | |
| 3028 | | | | | Sold(part) | 1/23/2014 | J | C | |
| 3029 | | | | | Sold(part) | 3/28/2014 | K | D | |
| 3030 | | | | | Sold(part) | 3/31/2014 | L | E | |
| 3031 | | | | | Sold (Part) | 4/1/2014 | J | B | |
| 3032 | | | | | Sold (Part) | 6/25/2014 | L | E | |
| 3033 | | | | | Sold (Part) | 6/25/2014 | J | D | |
| 3034 | | | | | Sold | 6/26/2014 | K | E | |
| 3035   - TOTAL SA (FR) | | | | | Buy | 11/5/2014 | K | | |
| 3036 | | | | | Buy additional | 11/11/2014 | K | | |
| 3037   - TOWERS WATSON & COMPANY CL A | | | | | Buy additional | 2/7/2014 | K | | |
| 3038 | | | | | Buy additional | 2/10/2014 | K | | |
| 3039 | | | | | Buy additional | 2/10/2014 | J | | |
| 3040 | | | | | Buy additional | 2/11/2014 | K | | |
| 3041 | | | | | Buy additional | 2/12/2014 | K | | |
| 3042 | | | | | Buy additional | 2/13/2014 | K | | |
| 3043   - TREND MICRO INC | | | | | Sold(part) | 3/28/2014 | J | A | |
| 3044 | | | | | Sold(part) | 3/31/2014 | K | | |
| 3045 | | | | | Sold(part) | 4/1/2014 | K | B | |
| 3046   - UBS GROUP AG | | | | | Buy | 3/31/2014 | K | | |
| 3047 | | | | | Buy additional | 3/31/2014 | J | | |
| 3048 | | | | | Buy additional | 3/31/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3049 | | | | | Buy additional | 4/7/2014 | K | | |
| 3050   - UNILEVER PLC | | | | | Buy additional | 1/22/2014 | J | | |
| 3051 | | | | | Buy additional | 1/22/2014 | K | | |
| 3052 | | | | | Buy additional | 1/23/2014 | K | | |
| 3053   - UNION PACIFIC CORP | | | | | Sold (Part) | 1/6/2014 | K | D | |
| 3054 | | | | | Sold | 1/6/2014 | K | D | |
| 3055   - UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 3056   - UNITEDHEALTH GROUP INC | | | | | | | | | |
| 3057   - VERISIGN INC | | | | | Buy additional | 4/23/2014 | J | | |
| 3058 | | | | | Buy additional | 4/23/2014 | K | | |
| 3059 | | | | | Buy additional | 4/24/2014 | K | | |
| 3060   - VERIZON COMMUNICATIONS | | | | | Buy additional | 8/25/2014 | K | | |
| 3061 | | | | | Buy additional | 8/26/2014 | K | | |
| 3062   - VISA INC CL A | | | | | Buy additional | 9/25/2014 | K | | |
| 3063   - VODAFONE GROUP PLC | | | | | Buy | 6/27/2014 | K | | |
| 3064 | | | | | Buy additional | 6/27/2014 | K | | |
| 3065 | | | | | Buy additional | 6/30/2014 | J | | |
| 3066 | | | | | Buy additional | 6/30/2014 | J | | |
| 3067 | | | | | Buy additional | 6/30/2014 | J | | |
| 3068 | | | | | Buy additional | 6/30/2014 | J | | |
| 3069   - WASTE CONNECTIONS INC | | | | | Buy additional | 1/7/2014 | J | | |
| 3070 | | | | | Buy additional | 1/8/2014 | J | | |
| 3071   - WELLS FARGO & CO (NEW) | | | | | Buy | 7/2/2014 | L | | |
| 3072 | | | | | Buy additional | 7/2/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3073 | | | | | Buy additional | 7/2/2014 | L | | |
| 3074 | | | | | Buy additional | 9/25/2014 | K | | |
| 3075    - WHITBREAD PLC | | | | | Sold(part) | 1/10/2014 | K | E | |
| 3076 | | | | | Sold (Part) | 4/9/2014 | J | C | |
| 3077 | | | | | Sold (Part) | 4/9/2014 | K | E | |
| 3078 | | | | | Sold (Part) | 4/10/2014 | J | C | |
| 3079 | | | | | Sold (Part) | 4/10/2014 | K | D | |
| 3080 | | | | | Sold (Part) | 4/11/2014 | J | C | |
| 3081 | | | | | Sold | 4/14/2014 | J | D | |
| 3082    - WYNN MACAU LTD | | | | | Buy additional | 4/1/2014 | K | | |
| 3083 | | | | | Buy additional | 4/3/2014 | J | | |
| 3084 | | | | | Buy additional | 5/13/2014 | L | | |
| 3085 | | | | | Sold(part) | 9/18/2014 | J | | |
| 3086 | | | | | Sold(part) | 9/19/2014 | J | | |
| 3087 | | | | | Sold(part) | 9/22/2014 | J | | |
| 3088 | | | | | Sold(part) | 9/23/2014 | J | | |
| 3089 | | | | | Sold(part) | 9/24/2014 | J | | |
| 3090 | | | | | Sold(part) | 9/25/2014 | J | | |
| 3091 | | | | | Sold(part) | 9/26/2014 | J | | |
| 3092 | | | | | Sold(part) | 9/29/2014 | J | | |
| 3093 | | | | | Sold(part) | 9/30/2014 | J | | |
| 3094 | | | | | Sold(part) | 10/3/2014 | J | | |
| 3095 | | | | | Sold(part) | 10/6/2014 | J | | |
| 3096 | | | | | Sold(part) | 10/7/2014 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3097 | | | | | Sold(part) | 10/8/2014 | J | | |
| 3098 | | | | | Sold(part) | 10/9/2014 | J | A | |
| 3099    - XILINX INC | | | | | Buy | 10/28/2014 | K | | |
| 3100 | | | | | Buy additional | 10/28/2014 | J | | |
| 3101 | | | | | Buy additional | 10/29/2014 | J | | |
| 3102 | | | | | Buy additional | 10/29/2014 | K | | |
| 3103 | | | | | Buy additional | 10/30/2014 | J | | |
| 3104    - ZODIAC AEROSPACE | | | | | Buy | 1/2/2014 | J | | |
| 3105 | | | | | Buy additional | 1/3/2014 | J | | |
| 3106 | | | | | Buy additional | 1/3/2014 | K | | |
| 3107 | | | | | Buy additional | 1/6/2014 | J | | |
| 3108 | | | | | Buy additional | 1/7/2014 | J | | |
| 3109 | | | | | Buy additional | 1/8/2014 | J | | |
| 3110 | | | | | Buy additional | 1/9/2014 | J | | |
| 3111 | | | | | Buy additional | 1/13/2014 | J | | |
| 3112 | | | | | Buy additional | 1/16/2014 | J | | |
| 3113 | | | | | Buy additional | 3/31/2014 | J | | |
| 3114 | | | | | Buy additional | 3/31/2014 | J | | |
| 3115 | | | | | Buy additional | 3/31/2014 | J | | |
| 3116 | | | | | Buy additional | 4/1/2014 | J | | |
| 3117 | | | | | Buy additional | 4/1/2014 | J | | |
| 3118 | | | | | Buy additional | 4/2/2014 | J | | |
| 3119 | | | | | Buy additional | 4/4/2014 | K | | |
| 3120 | | | | | Buy additional | 4/7/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3121 | | | | | Buy additional | 4/7/2014 | J | | |
| 3122 | | | | | Buy additional | 4/7/2014 | J | | |
| 3123 | | | | | Buy additional | 10/2/2014 | J | | |
| 3124 | | | | | Buy additional | 10/3/2014 | J | | |
| 3125    TRUST #36- List of Assets | H1 | Int./Div. | P3 | T | | | | | |
| 3126    - 3M COMPANY | | | | | Buy additional | 2/26/2014 | J | | |
| 3127 | | | | | Buy additional | 4/1/2014 | J | | |
| 3128    - AA PLC | | | | | Buy | 10/10/2014 | J | | |
| 3129 | | | | | Buy additional | 10/15/2014 | J | | |
| 3130 | | | | | Buy additional | 10/15/2014 | J | | |
| 3131 | | | | | Buy additional | 10/15/2014 | J | | |
| 3132 | | | | | Buy additional | 10/16/2014 | J | | |
| 3133 | | | | | Buy additional | 10/21/2014 | J | | |
| 3134 | | | | | Buy additional | 10/22/2014 | J | | |
| 3135 | | | | | Buy additional | 10/22/2014 | J | | |
| 3136 | | | | | Buy additional | 10/24/2014 | J | | |
| 3137    - ABBVIE INC | | | | | Buy additional | 1/7/2014 | K | | |
| 3138 | | | | | Buy additional | 3/31/2014 | J | | |
| 3139 | | | | | Buy additional | 3/31/2014 | J | | |
| 3140 | | | | | Buy additional | 4/1/2014 | K | | |
| 3141 | | | | | Buy additional | 4/2/2014 | J | | |
| 3142 | | | | | Buy additional | 4/3/2014 | J | | |
| 3143    - ABERDEEN ASSET MGMT PLC | | | | | Buy | 9/30/2014 | L | | |
| 3144 | | | | | Buy additional | 10/29/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3145 | | | | | Buy additional | 11/12/2014 | J | | |
| 3146 | | | | | Buy additional | 12/10/2014 | K | | |
| 3147 | | | | | Buy additional | 12/10/2014 | K | | |
| 3148 | | | | | Buy additional | 12/10/2014 | K | | |
| 3149    - ACCENTURE PLC US$ | | | | | | | | | |
| 3150    - ACE LTD | | | | | Buy additional | 2/11/2014 | L | | |
| 3151    - AGIOS PHARMACEUTICALS INC | | | | | Buy | 12/11/2014 | K | | |
| 3152 | | | | | Buy additional | 12/16/2014 | J | | |
| 3153    - AIA GROUP LTD | | | | | Sold(part) | 9/29/2014 | K | D | |
| 3154    - AIR PRODUCTS & CHEMICALS INC | | | | | Sold(part) | 3/31/2014 | L | E | |
| 3155 | | | | | Sold(part) | 4/1/2014 | K | D | |
| 3156    - AJINOMOTO CO INC | | | | | Sold(part) | 9/29/2014 | K | D | |
| 3157    - ALLEGHENY TECHNOLOGIES INC | | | | | Sold (Part) | 7/28/2014 | J | A | |
| 3158 | | | | | Sold (Part) | 7/29/2014 | J | A | |
| 3159 | | | | | Sold (Part) | 7/29/2014 | J | A | |
| 3160 | | | | | Sold (Part) | 7/29/2014 | J | A | |
| 3161 | | | | | Sold (Part) | 7/30/2014 | J | B | |
| 3162 | | | | | Sold (Part) | 7/31/2014 | J | B | |
| 3163 | | | | | Sold (Part) | 8/8/2014 | J | B | |
| 3164 | | | | | Sold (Part) | 8/20/2014 | J | B | |
| 3165 | | | | | Sold | 8/21/2014 | K | D | |
| 3166    - ALLERGAN INC | | | | | Sold (Part) | 3/27/2014 | K | E | |
| 3167 | | | | | Sold | 3/28/2014 | L | F | |
| 3168    - AMCOR LIMITED | | | | | Buy | 4/1/2014 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3169 | | | | | Buy additional | 4/1/2014 | L | | |
| 3170    - AMERICAN TOWER CORP | | | | | Buy additional | 1/10/2014 | K | | |
| 3171 | | | | | Buy additional | 1/10/2014 | K | | |
| 3172    - AMERISOURCEBERGEN CORP | | | | | Buy | 9/29/2014 | L | | |
| 3173    - AON PLC | | | | | Buy additional | 3/31/2014 | J | | |
| 3174 | | | | | Buy additional | 4/1/2014 | J | | |
| 3175    - APPLE INC | | | | | Sold(part) | 3/27/2014 | M | F | |
| 3176    - ASML HOLDING NV | | | | | Sold(part) | 9/26/2014 | K | D | |
| 3177    - ASSA ABLOY AB B | | | | | | | | | |
| 3178    - ASTRAZENECA PLC (GBP) | | | | | Buy | 9/11/2014 | M | | |
| 3179 | | | | | Buy additional | 9/22/2014 | K | | |
| 3180 | | | | | Buy additional | 9/23/2014 | J | | |
| 3181 | | | | | Buy additional | 9/30/2014 | L | | |
| 3182    - AUTOMATIC DATA PROCESSING INC | | | | | Buy additional | 3/27/2014 | K | | |
| 3183 | | | | | Buy additional | 3/27/2014 | K | | |
| 3184    - AVAGO TECHNOLOGIES LTD | | | | | Buy additional | 3/27/2014 | L | | |
| 3185 | | | | | Buy additional | 3/27/2014 | K | | |
| 3186    - B/E AEROSPACE INC | | | | | | | | | |
| 3187    - BANK OF CHINA LTD H | | | | | Sold(part) | 1/7/2014 | L | C | |
| 3188    - BARCLAYS PLC | | | | | Sold(part) | 6/20/2014 | J | | |
| 3189 | | | | | Sold(part) | 6/20/2014 | J | | |
| 3190 | | | | | Sold(part) | 6/23/2014 | J | | |
| 3191 | | | | | Sold(part) | 6/23/2014 | K | | |
| 3192 | | | | | Sold(part) | 6/25/2014 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3193 | | | | | Sold(part) | 6/30/2014 | J | | |
| 3194 | | | | | Sold (Part) | 7/1/2014 | J | | |
| 3195 | | | | | Sold (Part) | 7/1/2014 | K | | |
| 3196 | | | | | Sold (Part) | 7/2/2014 | K | | |
| 3197 | | | | | Sold (Part) | 7/3/2014 | K | A | |
| 3198 | | | | | Sold (Part) | 7/4/2014 | J | A | |
| 3199 | | | | | Sold (Part) | 7/15/2014 | J | | |
| 3200 | | | | | Sold (Part) | 7/16/2014 | J | | |
| 3201 | | | | | Sold | 7/16/2014 | K | C | |
| 3202 - BAYER AG | | | | | Sold(part) | 9/26/2014 | K | D | |
| 3203 - BB&T CORP (X) | | | | | | | | | |
| 3204 - BEAM INC | | | | | Sold (Part) | 1/14/2014 | M | F | |
| 3205 | | | | | Sold | 1/14/2014 | L | E | |
| 3206 - BG GROUP PLC | | | | | Sold (Part) | 1/2/2014 | K | D | |
| 3207 | | | | | Sold (Part) | 1/2/2014 | J | B | |
| 3208 | | | | | Sold | 1/3/2014 | K | C | |
| 3209 - BHP BILLITON LTD (AUD) | | | | | Buy additional | 1/2/2014 | M | | |
| 3210 | | | | | Sold(part) | 12/17/2014 | L | | |
| 3211 - BLACKROCK INC | | | | | Sold (Part) | 4/21/2014 | L | E | |
| 3212 | | | | | Sold (Part) | 4/22/2014 | L | E | |
| 3213 | | | | | Sold (Part) | 4/23/2014 | K | E | |
| 3214 | | | | | Sold (Part) | 6/25/2014 | K | E | |
| 3215 | | | | | Sold (Part) | 6/26/2014 | K | E | |
| 3216 | | | | | Sold | 6/27/2014 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3217  - BMW AG | | | | | Sold(part) | 3/31/2014 | L | E | |
| 3218 | | | | | Sold(part) | 4/1/2014 | K | E | |
| 3219  - BNP PARIBAS | | | | | Sold(part) | 11/27/2014 | M | C | |
| 3220  - BOC HONG KONG HOLDINGS LTD | | | | | Sold(part) | 9/29/2014 | K | D | |
| 3221  - BOEING CO | | | | | Buy additional | 3/26/2014 | L | | |
| 3222  - BRISTOL-MYERS SQUIBB CO | | | | | Sold(part) | 1/7/2014 | L | E | |
| 3223 | | | | | Sold(part) | 9/26/2014 | L | E | |
| 3224  - BROADCOM CORP | | | | | | | | | |
| 3225  - CA ED POMONA COLLEGE 09A 5.0% | | | | | Sold | 11/18/2014 | N | E | |
| 3226  - CAIXABANK SA | | | | | Buy | 3/31/2014 | K | | |
| 3227 | | | | | Buy additional | 4/8/2014 | J | | |
| 3228 | | | | | Buy additional | 4/8/2014 | J | | |
| 3229 | | | | | Buy additional | 4/8/2014 | J | | |
| 3230 | | | | | Buy additional | 4/9/2014 | J | | |
| 3231 | | | | | Buy additional | 4/9/2014 | J | | |
| 3232 | | | | | Buy additional | 4/10/2014 | J | | |
| 3233 | | | | | Buy additional | 7/18/2014 | K | | |
| 3234 | | | | | Buy additional | 7/21/2014 | J | | |
| 3235 | | | | | Buy additional | 7/23/2014 | J | | |
| 3236 | | | | | Sold(part) | 10/21/2014 | J | | |
| 3237 | | | | | Sold(part) | 12/30/2014 | J | | |
| 3238  - CAPITAL GROUP CORE BOND FUND | | | | | Sold(part) | 11/17/2014 | J | | |
| 3239 | | | | | Sold(part) | 11/17/2014 | L | | |
| 3240  - CARNIVAL CORP COMMON PAIRED | | | | | Buy additional | 4/1/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3241 | | | | | Sold(part) | 7/8/2014 | K | | |
| 3242 | | | | | Sold(part) | 7/9/2014 | K | C | |
| 3243 | | | | | Sold(part) | 7/9/2014 | J | | |
| 3244    - CATERPILLAR INC | | | | | | | | | |
| 3245    - CDK GLOBAL INC                    (X) | | | | | Sold (Part) | 10/1/2014 | J | | |
| 3246 | | | | | Sold (Part) | 10/14/2014 | J | | |
| 3247 | | | | | Sold (Part) | 10/15/2014 | J | | |
| 3248 | | | | | Sold | 10/15/2014 | J | | |
| 3249    - CENOVUS ENERGY INC C$ | | | | | Buy additional | 3/31/2014 | K | | |
| 3250 | | | | | Buy additional | 4/1/2014 | J | | |
| 3251 | | | | | Buy additional | 4/1/2014 | K | | |
| 3252 | | | | | Buy additional | 6/26/2014 | J | | |
| 3253 | | | | | Buy additional | 6/27/2014 | K | | |
| 3254 | | | | | Buy additional | 6/30/2014 | J | | |
| 3255 | | | | | Buy additional | 7/1/2014 | J | | |
| 3256 | | | | | Buy additional | 7/2/2014 | J | | |
| 3257 | | | | | Buy additional | 7/2/2014 | J | | |
| 3258 | | | | | Buy additional | 7/10/2014 | K | | |
| 3259 | | | | | Buy additional | 7/11/2014 | K | | |
| 3260 | | | | | Buy additional | 10/16/2014 | K | | |
| 3261 | | | | | Buy additional | 10/16/2014 | K | | |
| 3262 | | | | | Buy additional | 10/16/2014 | L | | |
| 3263 | | | | | Sold (Part) | 12/12/2014 | K | | |
| 3264 | | | | | Sold (Part) | 12/11/2014 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3265 | | | | | Sold (Part) | 12/15/2014 | K | | |
| 3266 | | | | | Sold (Part) | 12/16/2014 | L | | |
| 3267 | | | | | Sold | 12/16/2014 | K | | |
| 3268  - CERNER CORP | | | | | Sold(part) | 9/26/2014 | K | E | |
| 3269  - CHEVRON CORP | | | | | Buy additional | 3/27/2014 | L | | |
| 3270 | | | | | Buy additional | 4/21/2014 | K | | |
| 3271 | | | | | Buy additional | 4/21/2014 | J | | |
| 3272  - CHINA EVERBRIGHT INTERNATIONAL LIMITED | | | | | Buy | 5/26/2014 | J | | |
| 3273 | | | | | Buy additional | 5/27/2014 | J | | |
| 3274 | | | | | Buy additional | 5/28/2014 | J | | |
| 3275 | | | | | Buy additional | 5/29/2014 | J | | |
| 3276 | | | | | Buy additional | 5/30/2014 | J | | |
| 3277 | | | | | Buy additional | 6/3/2014 | J | | |
| 3278 | | | | | Buy additional | 6/4/2014 | J | | |
| 3279 | | | | | Buy additional | 6/5/2014 | J | | |
| 3280 | | | | | Buy additional | 9/25/2014 | J | | |
| 3281 | | | | | Buy additional | 9/25/2014 | J | | |
| 3282 | | | | | Buy additional | 9/26/2014 | J | | |
| 3283 | | | | | Buy additional | 9/26/2014 | J | | |
| 3284 | | | | | Buy additional | 9/29/2014 | J | | |
| 3285  - CIE FINANCIERE RICHEMON REG         (X) | | | | | Sold | 9/26/2014 | K | D | |
| 3286  - CME GROUP INC | | | | | Sold(part) | 8/28/2014 | L | D | |
| 3287  - COACH INC | | | | | Sold (Part) | 4/2/2014 | L | | |
| 3288 | | | | | Sold (Part) | 5/7/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 142

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3289 | | | | | Sold (Part) | 5/8/2014 | L | | |
| 3290 | | | | | Sold | 5/9/2014 | K | | |
| 3291  - COBALT INTERNATIONAL ENERGY | | | | | Sold(part) | 4/16/2014 | J | | |
| 3292 | | | | | Sold(part) | 4/17/2014 | J | | |
| 3293 | | | | | Sold | 10/22/2014 | J | | |
| 3294  - COCA-COLA AMATIL LTD | | | | | Sold(part) | 3/12/2014 | K | | |
| 3295 | | | | | Sold | 8/28/2014 | L | | |
| 3296  - COMCAST CORP CL A (NEW) | | | | | Sold(part) | 9/26/2014 | L | E | |
| 3297  - COMPAGNIE FINANCIERE RICHEMONT | | | | | | | | | |
| 3298  - CONOCOPHILLIPS | | | | | Buy | 5/6/2014 | K | | |
| 3299 | | | | | Buy additional | 5/7/2014 | K | | |
| 3300 | | | | | Buy additional | 5/7/2014 | L | | |
| 3301 | | | | | Buy additional | 5/7/2014 | K | | |
| 3302 | | | | | Buy additional | 5/20/2014 | K | | |
| 3303 | | | | | Buy additional | 5/20/2014 | J | | |
| 3304 | | | | | Buy additional | 5/20/2014 | J | | |
| 3305 | | | | | Buy additional | 10/23/2014 | K | | |
| 3306 | | | | | Buy additional | 12/23/2014 | L | | |
| 3307  - CORNELL UNIV NY DORMS 5.0% 07/01/18 | | | | | | | | | |
| 3308  - DAIMLER AG | | | | | Buy additional | 3/4/2014 | L | | |
| 3309  - DANAHER CORP | | | | | | | | | |
| 3310  - DANONE | | | | | Sold(part) | 3/31/2014 | J | B | |
| 3311 | | | | | Sold(part) | 3/31/2014 | K | A | |
| 3312 | | | | | Sold(part) | 3/31/2014 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3313 | | | | | Sold(part) | 4/1/2014 | J | B | |
| 3314 | | | | | Sold(part) | 6/13/2014 | J | A | |
| 3315 - DASNY ROCHESTER INST OF TECH 5.0%7-1-20 | | | | | | | | | |
| 3316 - DAVITA HEALTHCARE PARTNERS INC | | | | | | | | | |
| 3317 - DBS GROUP HOLDINGS LTD | | | | | Sold(part) | 3/27/2014 | K | C | |
| 3318 | | | | | Sold(part) | 3/28/2014 | K | C | |
| 3319 | | | | | Sold(part) | 8/25/2014 | K | D | |
| 3320 | | | | | Sold(part) | 8/26/2014 | K | D | |
| 3321 - DELPHI AUTOMOTIVE PLC | | | | | Buy | 1/6/2014 | J | | |
| 3322 | | | | | Buy additional | 1/7/2014 | K | | |
| 3323 | | | | | Buy additional | 1/7/2014 | K | | |
| 3324 | | | | | Buy additional | 1/8/2014 | J | | |
| 3325 | | | | | Buy additional | 1/8/2014 | L | | |
| 3326 | | | | | Buy additional | 1/9/2014 | J | | |
| 3327 - DENSO CORP | | | | | Buy additional | 4/23/2014 | L | | |
| 3328 - DEUTSCHE WOHNEN AG (BEARER) | | | | | Buy | 3/31/2014 | J | | |
| 3329 | | | | | Buy additional | 3/31/2014 | J | | |
| 3330 | | | | | Buy additional | 4/1/2014 | K | | |
| 3331 | | | | | Buy additional | 4/2/2014 | J | | |
| 3332 | | | | | Buy additional | 4/3/2014 | J | | |
| 3333 | | | | | Buy additional | 4/4/2014 | J | | |
| 3334 | | | | | Buy additional | 4/10/2014 | J | | |
| 3335 | | | | | Buy additional | 4/14/2014 | J | | |
| 3336 | | | | | Buy additional | 6/26/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3337 | | | | | Buy additional | 6/30/2014 | J | | |
| 3338 | | | | | Buy additional | 7/3/2014 | J | | |
| 3339 | | | | | Buy additional | 7/7/2014 | J | | |
| 3340 | | | | | Buy additional | 7/8/2014 | J | | |
| 3341 | | | | | Buy additional | 7/9/2014 | J | | |
| 3342 | | | | | Buy additional | 7/16/2014 | J | | |
| 3343 | | | | | Buy additional | 7/23/2014 | J | | |
| 3344 | | | | | Buy additional | 7/24/2014 | J | | |
| 3345 | | | | | Buy additional | 7/25/2014 | J | | |
| 3346 | | | | | Buy additional | 7/28/2014 | J | | |
| 3347 | | | | | Buy additional | 7/30/2014 | J | | |
| 3348 | | | | | Buy additional | 7/30/2014 | J | | |
| 3349   - DIAGEO PLC | | | | | Sold(part) | 3/31/2014 | L | D | |
| 3350 | | | | | Sold(part) | 4/1/2014 | K | C | |
| 3351   - DKSH HOLDING LTD | | | | | Buy | 4/7/2014 | K | | |
| 3352 | | | | | Buy additional | 4/7/2014 | J | | |
| 3353 | | | | | Buy additional | 4/11/2014 | J | | |
| 3354 | | | | | Buy additional | 4/11/2014 | J | | |
| 3355 | | | | | Buy additional | 4/14/2014 | J | | |
| 3356 | | | | | Buy additional | 4/15/2014 | J | | |
| 3357 | | | | | Buy additional | 4/25/2014 | J | | |
| 3358 | | | | | Buy additional | 5/15/2014 | J | | |
| 3359 | | | | | Buy additional | 5/15/2014 | J | | |
| 3360 | | | | | Buy additional | 5/15/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3361    - DOW CHEMICAL CO | | | | | Buy additional | 3/27/2014 | K | | |
| 3362 | | | | | Buy additional | 3/27/2014 | K | | |
| 3363    - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 8/21/2014 | J | | |
| 3364 | | | | | Buy additional | 8/21/2014 | J | | |
| 3365 | | | | | Buy additional | 8/22/2014 | J | | |
| 3366 | | | | | Buy additional | 8/22/2014 | J | | |
| 3367 | | | | | Buy additional | 8/25/2014 | J | | |
| 3368 | | | | | Buy additional | 8/25/2014 | J | | |
| 3369 | | | | | Buy additional | 8/26/2014 | J | | |
| 3370 | | | | | Sold (Part) | 10/16/2014 | J | | |
| 3371 | | | | | Sold | 10/16/2014 | J | | |
| 3372    - EATON CORP PLC | | | | | Buy additional | 1/10/2014 | K | | |
| 3373 | | | | | Buy additional | 1/10/2014 | K | | |
| 3374 | | | | | Buy additional | 1/13/2014 | K | | |
| 3375 | | | | | Sold(part) | 4/17/2014 | K | | |
| 3376 | | | | | Sold(part) | 4/17/2014 | J | | |
| 3377 | | | | | Sold(part) | 4/21/2014 | K | | |
| 3378 | | | | | Sold(part) | 4/22/2014 | J | B | |
| 3379    - ECOLAB INC | | | | | | | | | |
| 3380    - ELRINGKLINGER AG | | | | | Buy | 4/25/2014 | J | | |
| 3381 | | | | | Buy additional | 5/2/2014 | K | | |
| 3382 | | | | | Buy additional | 5/7/2014 | K | | |
| 3383 | | | | | Buy additional | 5/8/2014 | J | | |
| 3384 | | | | | Buy additional | 5/9/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3385 | | | | | Buy additional | 5/13/2014 | J | | |
| 3386 | | | | | Buy additional | 5/14/2014 | J | | |
| 3387 | | | | | Buy additional | 5/15/2014 | J | | |
| 3388    - EMERGING MARKETS GROWTH FUND | | | | | Sold (Part) | 11/17/2014 | K | | |
| 3389    - EMERSON ELECTRIC CO                (X) | | | | | | | | | |
| 3390    - ENBRIDGE INC | | | | | Buy additional | 10/20/2014 | J | | |
| 3391 | | | | | Buy additional | 10/21/2014 | J | | |
| 3392 | | | | | Buy additional | 10/22/2014 | K | | |
| 3393    - ENI SPA REG | | | | | Buy | 6/27/2014 | M | | |
| 3394 | | | | | Sold (Part) | 10/27/2014 | K | | |
| 3395 | | | | | Sold (Part) | 10/27/2014 | K | | |
| 3396 | | | | | Sold | 10/28/2014 | K | | |
| 3397    - ENSCO PLC-CL A | | | | | Sold(part) | 3/31/2014 | K | | |
| 3398 | | | | | Sold(part) | 4/1/2014 | K | | |
| 3399 | | | | | Sold (Part) | 10/15/2014 | J | | |
| 3400 | | | | | Sold | 10/16/2014 | L | | |
| 3401    - ESSILOR INTL | | | | | Sold(part) | 9/26/2014 | L | E | |
| 3402    - EXPRESS SCRIPTS HOLDING CO | | | | | Sold(part) | 5/8/2014 | L | D | |
| 3403    - FANUC CO | | | | | | | | | |
| 3404    - FEDEX CORP | | | | | Sold(part) | 9/26/2014 | K | E | |
| 3405    - FIRST QUANTUM MINERALS LTD C$ | | | | | | | | | |
| 3406    - GEMALTO NV | | | | | | | | | |
| 3407    - GENPACT LTD | | | | | Sold(part) | 3/13/2014 | J | A | |
| 3408 | | | | | Sold(part) | 3/13/2014 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3409 | | | | | Sold(part) | 3/14/2014 | J | B | |
| 3410 | | | | | Sold(part) | 3/14/2014 | J | B | |
| 3411 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 3412 | | | | | Sold(part) | 3/17/2014 | J | A | |
| 3413 | | | | | Sold (Part) | 10/16/2014 | J | B | |
| 3414 | | | | | Sold (Part) | 10/17/2014 | J | A | |
| 3415 | | | | | Sold (Part) | 10/17/2014 | K | C | |
| 3416 | | | | | Sold (Part) | 10/20/2014 | K | C | |
| 3417 | | | | | Sold | 10/21/2014 | J | A | |
| 3418  - GILEAD SCIENCES INC | | | | | Sold(part) | 1/6/2014 | K | E | |
| 3419 | | | | | Sold(part) | 1/7/2014 | K | E | |
| 3420 | | | | | Sold(part) | 1/8/2014 | M | F | |
| 3421 | | | | | Sold(part) | 3/27/2014 | L | E | |
| 3422 | | | | | Sold(part) | 3/27/2014 | J | D | |
| 3423 | | | | | Sold(part) | 3/31/2014 | L | E | |
| 3424 | | | | | Sold(part) | 9/26/2014 | K | E | |
| 3425 | | | | | Sold(part) | 10/6/2014 | L | F | |
| 3426  - GLOBAL BRANDS GROUPING          (X) | | | | | Sold | 10/16/2014 | J | | |
| 3427  - GOLDMAN SACHS GROUP INC | | | | | | | | | |
| 3428  - GOOGLE INC CL A | | | | | Sold(part) | 9/26/2014 | L | E | |
| 3429  - GOOGLE INC CL C          (X) | | | | | Sold(part) | 4/10/2014 | K | E | |
| 3430  - HALLIBURTON CO | | | | | Sold(part) | 1/6/2014 | L | E | |
| 3431 | | | | | Sold(part) | 4/1/2014 | M | F | |
| 3432 | | | | | Sold(part) | 6/26/2014 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 148

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3433 | | | | | Sold(part) | 6/26/2014 | K | D | |
| 3434 | | | | | Sold(part) | 6/27/2014 | J | C | |
| 3435 | | | | | Sold(part) | 6/27/2014 | J | D | |
| 3436 | | | | | Sold(part) | 6/27/2014 | J | D | |
| 3437 | | | | | Sold (Part) | 8/25/2014 | K | E | |
| 3438 | | | | | Sold (Part) | 9/19/2014 | J | B | |
| 3439 | | | | | Sold | 9/19/2014 | L | E | |
| 3440    - HAMAMATSU PHOTONIC KK | | | | | | | | | |
| 3441    - HDFC BANK LTD | | | | | | | | | |
| 3442    - HEXCEL CORP | | | | | Buy additional | 1/9/2014 | J | | |
| 3443 | | | | | Buy additional | 1/10/2014 | J | | |
| 3444 | | | | | Buy additional | 1/13/2014 | K | | |
| 3445 | | | | | Buy additional | 1/14/2014 | J | | |
| 3446 | | | | | Buy additional | 1/15/2014 | J | | |
| 3447 | | | | | Buy additional | 1/16/2014 | J | | |
| 3448 | | | | | Buy additional | 1/17/2014 | J | | |
| 3449 | | | | | Buy additional | 1/21/2014 | J | | |
| 3450 | | | | | Buy additional | 1/22/2014 | J | | |
| 3451    - HITACHI | | | | | | | | | |
| 3452    - HOME DEPOT INC | | | | | Sold(part) | 3/28/2014 | L | F | |
| 3453 | | | | | Sold(part) | 5/20/2014 | K | E | |
| 3454 | | | | | Sold(part) | 5/20/2014 | K | E | |
| 3455    - HOME RETAIL GROUP | | | | | Buy | 3/28/2014 | J | | |
| 3456 | | | | | Buy additional | 3/31/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3457 | | | | | Buy additional | 4/1/2014 | J | | |
| 3458 | | | | | Buy additional | 4/7/2014 | J | | |
| 3459 | | | | | Buy additional | 4/8/2014 | J | | |
| 3460 | | | | | Buy additional | 4/8/2014 | J | | |
| 3461 | | | | | Buy additional | 4/14/2014 | J | | |
| 3462 | | | | | Buy additional | 4/14/2014 | J | | |
| 3463 | | | | | Buy additional | 4/15/2014 | J | | |
| 3464 | | | | | Buy additional | 4/16/2014 | J | | |
| 3465 | | | | | Buy additional | 4/17/2014 | J | | |
| 3466 | | | | | Buy additional | 4/24/2014 | J | | |
| 3467 | | | | | Buy additional | 4/25/2014 | J | | |
| 3468 | | | | | Buy additional | 4/28/2014 | J | | |
| 3469 | | | | | Buy additional | 4/28/2014 | J | | |
| 3470    - HSBC HOLDINGS PLC UKP | | | | | Sold(part) | 4/1/2014 | L | | |
| 3471 | | | | | Sold(part) | 8/19/2014 | L | D | |
| 3472 | | | | | Sold(part) | 9/4/2014 | L | D | |
| 3473    - IDEX CORP | | | | | Buy additional | 3/28/2014 | J | | |
| 3474 | | | | | Buy additional | 3/31/2014 | J | | |
| 3475 | | | | | Buy additional | 4/1/2014 | J | | |
| 3476 | | | | | Buy additional | 4/3/2014 | J | | |
| 3477 | | | | | Buy additional | 4/7/2014 | J | | |
| 3478    - ILLINOIS TOOL WORKS INC | | | | | | | | | |
| 3479    - IMPERIAL TOBACCO PLC | | | | | | | | | |
| 3480    - INCYTE CORP | | | | | Buy | 10/2/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3481 | | | | | Buy additional | 10/2/2014 | J | | |
| 3482 | | | | | Buy additional | 10/2/2014 | J | | |
| 3483 | | | | | Buy additional | 10/7/2014 | J | | |
| 3484 | | | | | Buy additional | 10/8/2014 | J | | |
| 3485 | | | | | Buy additional | 10/9/2014 | J | | |
| 3486 | | | | | Buy additional | 10/9/2014 | J | | |
| 3487 | | | | | Buy additional | 10/10/2014 | J | | |
| 3488 | | | | | Buy additional | 10/13/2014 | J | | |
| 3489 | | | | | Buy additional | 10/13/2014 | J | | |
| 3490 | | | | | Buy additional | 10/14/2014 | J | | |
| 3491 | | | | | Buy additional | 10/15/2014 | J | | |
| 3492 | | | | | Buy additional | 10/27/2014 | J | | |
| 3493 | | | | | Buy additional | 10/29/2014 | J | | |
| 3494 | | | | | Buy additional | 11/4/2014 | J | | |
| 3495 | | | | | Buy additional | 11/14/2014 | J | | |
| 3496 | | | | | Buy additional | 11/18/2014 | J | | |
| 3497 | | | | | Buy additional | 12/2/2014 | J | | |
| 3498 | | | | | Buy additional | 12/11/2014 | J | | |
| 3499 | | | | | Buy additional | 12/12/2014 | J | | |
| 3500 | | | | | Buy additional | 12/15/2014 | J | | |
| 3501 | | | | | Buy additional | 12/15/2014 | J | | |
| 3502 | | | | | Buy additional | 12/16/2014 | J | | |
| 3503 | | | | | Buy additional | 12/19/2014 | J | | |
| 3504 | | | | | Buy additional | 12/23/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3505   - INDITEX | | | | | | | | | |
| 3506   - INFOSYS TECHNOLOGIES ADR | | | | | Buy | 1/23/2014 | J | | |
| 3507 | | | | | Buy additional | 1/24/2014 | K | | |
| 3508 | | | | | Buy additional | 1/24/2014 | J | | |
| 3509 | | | | | Sold(part) | 7/17/2014 | J | | |
| 3510 | | | | | Sold(part) | 7/17/2014 | J | | |
| 3511 | | | | | Sold(part) | 7/18/2014 | K | | |
| 3512 | | | | | Buy additional | 9/3/2014 | J | | |
| 3513 | | | | | Buy additional | 9/4/2014 | L | | |
| 3514 | | | | | Buy additional | 9/8/2014 | J | | |
| 3515 | | | | | Buy additional | 9/9/2014 | J | | |
| 3516   - IRON MOUNTAIN INC | | | | | Buy additional | 4/2/2014 | J | | |
| 3517 | | | | | Buy additional | 5/14/2014 | J | | |
| 3518 | | | | | Buy additional | 5/14/2014 | J | | |
| 3519 | | | | | Buy additional | 5/15/2014 | K | | |
| 3520 | | | | | Sold(part) | 11/14/2014 | J | A | |
| 3521   - IRONWOOD PHARMACEUTICALS INC | | | | | Sold (Part) | 3/28/2014 | J | | |
| 3522 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 3523 | | | | | Sold (Part) | 3/31/2014 | J | | |
| 3524 | | | | | Sold (Part) | 4/1/2014 | J | | |
| 3525 | | | | | Sold (Part) | 4/1/2014 | J | | |
| 3526 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 3527 | | | | | Sold (Part) | 4/2/2014 | J | | |
| 3528 | | | | | Sold (Part) | 4/3/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3529 | | | | | Sold (Part) | 4/4/2014 | J | | |
| 3530 | | | | | Sold (Part) | 10/16/2014 | K | | |
| 3531 | | | | | Sold (Part) | 10/17/2014 | J | | |
| 3532 | | | | | Sold | 10/20/2014 | J | A | |
| 3533 - JABIL CIRCUIT INC | | | | | Sold(part) | 3/31/2014 | J | | |
| 3534 | | | | | Sold(part) | 3/31/2014 | K | | |
| 3535 | | | | | Sold(part) | 4/1/2014 | J | | |
| 3536 - JACK HENRY & ASSOC INC | | | | | | | | | |
| 3537 - JARDINE MATHESON HLD (SINGAPORE) | | | | | Buy | 3/27/2014 | K | | |
| 3538 | | | | | Buy additional | 3/28/2014 | K | | |
| 3539 | | | | | Buy additional | 3/31/2014 | K | | |
| 3540 | | | | | Buy additional | 4/3/2014 | K | | |
| 3541 | | | | | Buy additional | 4/4/2014 | K | | |
| 3542 - JPMORGAN CHASE & CO | | | | | Sold(part) | 1/9/2014 | K | E | |
| 3543 - JULIUS BAER GROUP LTD | | | | | Buy | 9/29/2014 | J | | |
| 3544 | | | | | Buy additional | 9/30/2014 | J | | |
| 3545 | | | | | Buy additional | 9/30/2014 | J | | |
| 3546 | | | | | Buy additional | 10/1/2014 | J | | |
| 3547 | | | | | Buy additional | 10/1/2014 | J | | |
| 3548 | | | | | Buy additional | 10/2/2014 | J | | |
| 3549 | | | | | Buy additional | 10/2/2014 | J | | |
| 3550 - KEYENCE CORP | | | | | Sold(part) | 1/16/2014 | K | E | |
| 3551 - KLA-TENCOR CORP | | | | | | | | | |
| 3552 - KLX INC (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3553   - KONINKLIJKE DSM NV | | | | | Sold (Part) | 3/14/2014 | K | C | |
| 3554 | | | | | Sold (Part) | 3/17/2014 | J | B | |
| 3555 | | | | | Sold (Part) | 3/18/2014 | J | B | |
| 3556 | | | | | Sold (Part) | 3/20/2014 | J | B | |
| 3557 | | | | | Sold (Part) | 3/21/2014 | J | A | |
| 3558 | | | | | Sold | 3/21/2014 | J | B | |
| 3559 | | | | | Buy | 8/13/2014 | K | | |
| 3560   - L'AIR LIQUIDE | | | | | Sold(part) | 2/17/2014 | J | B | |
| 3561 | | | | | Sold(part) | 2/17/2014 | K | D | |
| 3562 | | | | | Sold(part) | 2/25/2014 | K | D | |
| 3563   - LI & FLING LTD | | | | | Sold | 10/16/2014 | K | | |
| 3564   - LI PWR AUTH NY (LIPA) NATL RE 5.0% 05/01/2016 | | | | | | | | | |
| 3565   - LIBERTY GLOBAL PLC CL A | | | | | Buy | 4/24/2014 | K | | |
| 3566 | | | | | Buy additional | 4/24/2014 | J | | |
| 3567 | | | | | Buy additional | 4/25/2014 | K | | |
| 3568 | | | | | Buy additional | 4/25/2014 | K | | |
| 3569 | | | | | Buy additional | 4/25/2014 | K | | |
| 3570 | | | | | Buy additional | 5/1/2014 | J | | |
| 3571 | | | | | Buy additional | 5/1/2014 | J | | |
| 3572 | | | | | Buy additional | 5/2/2014 | J | | |
| 3573 | | | | | Buy additional | 5/5/2014 | J | | |
| 3574 | | | | | Buy additional | 5/6/2014 | J | | |
| 3575 | | | | | Buy additional | 5/7/2014 | J | | |
| 3576 | | | | | Buy additional | 5/8/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3577 | | | | | Buy additional | 6/19/2014 | J | | |
| 3578 | | | | | Buy additional | 6/20/2014 | K | | |
| 3579 | | | | | Buy additional | 6/20/2014 | K | | |
| 3580 | | | | | Buy additional | 6/27/2014 | J | | |
| 3581 | | | | | Buy additional | 6/30/2014 | J | | |
| 3582 | | | | | Buy additional | 7/2/2014 | J | | |
| 3583    - LIBERTY GLOBAL PLC CL C | | | | | Buy | 5/5/2014 | J | | |
| 3584 | | | | | Buy additional | 5/6/2014 | J | | |
| 3585    - LLOYDS TSB GROUP PLC | | | | | Buy additional | 3/31/2014 | J | | |
| 3586 | | | | | Buy additional | 3/31/2014 | L | | |
| 3587    - L'OREAL | | | | | Buy additional | 5/2/2014 | J | | |
| 3588 | | | | | Buy additional | 5/6/2014 | J | | |
| 3589 | | | | | Buy additional | 9/30/2014 | L | | |
| 3590    - MANNKIND CORP | | | | | Buy | 1/9/2014 | M | | |
| 3591    - MARSH & MCLENNAN COS INC | | | | | | | | | |
| 3592    - MASS GO SER A 5.0% 09/01/2014 | | | | | MATURED | 9/2/2014 | N | | |
| 3593    - MEGGITT PLC | | | | | Sold(part) | 5/22/2014 | J | | |
| 3594    - MICROSOFT CORP | | | | | Sold(part) | 9/26/2014 | K | E | |
| 3595    - MONROE CO NY ROCHESTER GENERAL    HOSP 13B 4% 12/01/23 | | | | | | | | | |
| 3596    - MONSANTO CO NEW COM | | | | | | | | | |
| 3597    - MOSAIC CO/THE | | | | | Buy additional | 5/7/2014 | J | | |
| 3598 | | | | | Buy additional | 5/7/2014 | J | | |
| 3599 | | | | | Buy additional | 5/8/2014 | K | | |
| 3600 | | | | | Sold (Part) | 10/17/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3601 | | | | | Sold (Part) | 10/17/2014 | K | | |
| 3602 | | | | | Sold (Part) | 10/20/2014 | K | | |
| 3603 | | | | | Sold | 10/28/2014 | L | | |
| 3604 - MTA NY DEDICATED TAX 08B-3C SIFMA 45BP FRN | | | | | Buy | 10/22/2014 | N | | |
| 3605 - MTA NY TRANSRT REV SER 11C 5.0% 11/15/19 | | | | | | | | | |
| 3606 - MTA NY TRASPORT REV 12A-2 SIFMA 19 FRN | | | | | Buy | 5/9/2014 | N | | |
| 3607 - MURATA MANUFACTURING CO LTD | | | | | | | | | |
| 3608 - NASSAU CNTY NY CATH HLTH SVCS LONG ISLND5.0% 07/01/2024 | | | | | Buy | 9/11/2014 | N | | |
| 3609 - NASSAU CNTY NY GO 07B 5.0% 12-01-17 | | | | | Buy | 10/1/2014 | N | | |
| 3610 - NATIONAL GRID PLC | | | | | | | | | |
| 3611 - NESTLE SA REG | | | | | Sold(part) | 5/13/2014 | L | E | |
| 3612 | | | | | Sold(part) | 9/26/2014 | K | E | |
| 3613 - NEW YORK CITY GO 5.0% 08/01/18 | | | | | | | | | |
| 3614 - NEW YORK ST DORM AUTH ST PERSONAL SER E 5.00% 02/15/2018 (X) | | | | | | | | | |
| 3615 - NEW YORK TIMES CO CL A | | | | | Sold | 5/20/2014 | J | B | |
| 3616 - NEWELL RUBBERMAID INC | | | | | Sold(part) | 9/26/2014 | K | D | |
| 3617 - NIAGARA NY ARPT 14B 5.0% 04-01-19 | | | | | Buy | 8/20/2014 | M | | |
| 3618 - NIELSEN HOLDINGS NV US$ | | | | | Buy additional | 4/2/2014 | L | | |
| 3619 - NIKE INC CL B | | | | | Sold (Part) | 5/8/2014 | K | D | |
| 3620 | | | | | Sold (Part) | 5/8/2014 | J | D | |
| 3621 | | | | | Sold (Part) | 5/9/2014 | J | C | |
| 3622 - NJ EDA PRINCETON UNIV SER K 4.75% 07/01/23 | | | | | | | | | |
| 3623 - NJ ST TPK AUTH 13E SIFMA+68BP FRN VAR 1-01-24 | | | | | | | | | |
| 3624 - NOBLE ENERGY INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3625   - NORDSTROM INC | | | | | Sold(part) | 9/26/2014 | K | D | |
| 3626   - NORFOLK SOUTHERN CORP | | | | | Sold(part) | 5/9/2014 | K | D | |
| 3627 | | | | | Sold(part) | 5/12/2014 | K | D | |
| 3628   - NOVARTIS AG NAMEN | | | | | | | | | |
| 3629    - NOVO NORDISK A/S CL B | | | | | Sold(part) | 9/29/2014 | L | E | |
| 3630    - NOVO NORDISK A/S CL B ADR         (X) | | | | | | | | | |
| 3631   - NUCOR CORP | | | | | Sold(part) | 6/26/2014 | J | B | |
| 3632 | | | | | Sold(part) | 6/27/2014 | J | C | |
| 3633 | | | | | Sold(part) | 6/30/2014 | J | B | |
| 3634 | | | | | Sold(part) | 6/30/2014 | J | B | |
| 3635 | | | | | Sold | 7/1/2014 | J | A | |
| 3636   - NY CITY MUNI WTR AUTH DD 5.375% 06/15/25 | | | | | | | | | |
| 3637   - NY CITY MUNI WTR AUTH FF 5.0% 06/15/16 | | | | | Sold(part) | 10/2/2014 | M | D | |
| 3638   - NY CITY TFA 03 C DFRN 3.48% 11-01-22 MS VAR 11/01/2022 | | | | | Sold | 10/6/2014 | N | | |
| 3639   - NY DORM AUTH MIRIAM OSBORN 3% 07/01/20 | | | | | | | | | |
| 3640   - NY DORM AUTH MT SINAI HOSP 5.0% 07-01-14 | | | | | MATURED | 7/1/2014 | N | | |
| 3641   - NY DORM FORDHAM UNIV 08B FSA/ AGM 5.0% 07-01-19 | | | | | | | | | |
| 3642   - NY DORM LONG ISLAND 11A 4.00% 05/01/18 | | | | | | | | | |
| 3643   - NY DORM MEMORIAL SLOAN KETTERING 12-1 5.0% 07-01-21 | | | | | | | | | |
| 3644   - NY SALES TAX RECEIVABLE 14A 4.0% 10-15-19 | | | | | Buy | 9/24/2014 | N | | |
| 3645   - NY SALES TAX RECEIVABLE MBIA 5.0%10-15-21 | | | | | CALLED | 10/15/2014 | N | | |
| 3646   - NY ST AUTH PIT 10E 5.0% 02-15-18         (Y) | | | | | | | | | |
| 3647   - NY ST DORM AUTH 11A 5.0% 10/01/18 | | | | | | | | | |
| 3648   - NY ST DORM AUTH PERS INCOME TAX B AMBAC 5.25% 03-15-16 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3649 - NY ST DORM AUTH PERS INCOME TAX D 5% 03/15/2018 | | | | | | | | | |
| 3650 - NY ST DORM AUTH SCH DIST 13C 5.0% 10-01-21 | | | | | | | | | |
| 3651 - NY ST DORM SUNY 11A 5.00% 07-01-17 | | | | | Buy additional | 10/23/2014 | L | | |
| 3652 - NY ST DORM SUNY 12A 5.0% 05-15-20 | | | | | Buy | 10/1/2014 | N | | |
| 3653 - NY ST ENVIRON FAC CLEAN WTR SF 4.25% 11-15-19 | | | | | | | | | |
| 3654 - NY ST THRUWAY (2ND BRDGE & HWY) 12A 5.0% 04/01/20 | | | | | | | | | |
| 3655 - NY TOBACCO SETTLE CORP 11A 5.0% 06/01/17 | | | | | | | | | |
| 3656 - NY TOBACCO SETTLEMENT CORP 13B 5.0% | | | | | Buy additional | 9/25/2014 | N | | |
| 3657 - NYC LIBERTY ONE BRYANT PARK CL3 SF 6.375% 07-15-49 | | | | | | | | | |
| 3658 - NYC TFA FUT TAX SEC SUB 11E 5% 11/01/18 | | | | | | | | | |
| 3659 - NYC TFA FUT TAX SEC SUB 14A-1 5% 11/01/19 | | | | | | | | | |
| 3660 - NYC TR FOR CULT JUILLIARD SCH 12B 9MPTO VAR 01-01-36/08-01-17 | | | | | Sold (Part) | 12/19/2014 | M | B | |
| 3661 | | | | | Sold | 12/19/2014 | M | B | |
| 3662 - ORACLE CORP | | | | | Sold(part) | 4/1/2014 | M | F | |
| 3663 | | | | | Sold(part) | 9/26/2014 | K | D | |
| 3664 - ORACLE CORP JAPAN | | | | | Buy | 3/28/2014 | J | | |
| 3665 | | | | | Buy additional | 3/31/2014 | J | | |
| 3666 | | | | | Buy additional | 4/1/2014 | J | | |
| 3667 | | | | | Buy additional | 4/2/2014 | J | | |
| 3668 | | | | | Buy additional | 4/2/2014 | J | | |
| 3669 | | | | | Buy additional | 4/4/2014 | J | | |
| 3670 | | | | | Buy additional | 4/4/2014 | J | | |
| 3671 | | | | | Buy additional | 4/8/2014 | J | | |
| 3672 | | | | | Buy additional | 4/9/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A.<br>Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (eg.,<br>div., rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method<br>Code 3<br>(Q-W) | (1)<br>Type (eg., buy,<br>sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>Buyer/seller (if<br>private transaction) |
| 3673   - PACWEST BANCORP | | | | | Buy | 9/4/2014 | K | | |
| 3674 | | | | | Buy additional | 11/19/2014 | J | | |
| 3675 | | | | | Buy additional | 11/20/2014 | J | | |
| 3676   - PALM BEACH CNTY FLA SOLID WASTE NON-AMT 5.5% 10/01/25 | | | | | | | | | |
| 3677   - PERNOD RICARD SA | | | | | Sold(part) | 1/13/2014 | K | A | |
| 3678   - PHILIP MORRIS INTERNATIONAL INC | | | | | | | | | |
| 3679   - PNC FINANCIAL SERVICES GROUP INC | | | | | Buy | 9/29/2014 | K | | |
| 3680   - PORT AUTH NY/NJ SER 163 5.0% 07/15/21 | | | | | | | | | |
| 3681   - PORT AUTH NY/NJ SER 184 3.0% 09-01-16 | | | | | Buy | 8/15/2014 | M | | |
| 3682   - PR SALES TAX SER 11C 5.0% 08-01-22 | | | | | Sold | 1/14/2014 | L | | |
| 3683   - PRAXAIR INC | | | | | Buy | 9/11/2014 | L | | |
| 3684 | | | | | Buy additional | 9/29/2014 | K | | |
| 3685   - PROCTER & GAMBLE CO | | | | | | | | | |
| 3686   - PROGRESSIVE CORP OHIO | | | | | Sold(part) | 5/9/2014 | L | E | |
| 3687   - PRUDENTIAL PLC | | | | | Buy | 12/4/2014 | K | | |
| 3688   - QUALCOMM INC | | | | | | | | | |
| 3689   - RIO TINTO PLC REG | | | | | Buy additional | 1/13/2014 | L | | |
| 3690 | | | | | Buy additional | 1/14/2014 | J | | |
| 3691   - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy additional | 9/11/2014 | L | | |
| 3692   - ROSS STORES INC | | | | | Sold(part) | 4/9/2014 | J | | |
| 3693 | | | | | Sold(part) | 4/9/2014 | J | | |
| 3694 | | | | | Sold(part) | 4/10/2014 | J | | |
| 3695 | | | | | Sold(part) | 5/12/2014 | J | | |
| 3696 | | | | | Sold(part) | 8/21/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3697 | | | | | Sold(part) | 8/22/2014 | J | A | |
| 3698 | | | | | Sold (Part) | 10/9/2014 | J | A | |
| 3699 | | | | | Sold (Part) | 10/10/2014 | K | C | |
| 3700 | | | | | Sold | 10/10/2014 | K | B | |
| 3701 - ROYAL CARIBBEAN CRUISES | | | | | Buy additional | 4/2/2014 | L | | |
| 3702 - SAFRAN SA | | | | | Buy | 7/18/2014 | J | | |
| 3703 | | | | | Buy additional | 7/18/2014 | J | | |
| 3704 | | | | | Buy additional | 7/21/2014 | J | | |
| 3705 | | | | | Buy additional | 7/21/2014 | J | | |
| 3706 | | | | | Buy additional | 7/22/2014 | K | | |
| 3707 | | | | | Buy additional | 7/22/2014 | J | | |
| 3708 | | | | | Buy additional | 7/25/2014 | J | | |
| 3709 - SAMPO OYJ A SHS | | | | | Sold(part) | 9/26/2014 | K | D | |
| 3710 - SAMSUNG ELEC GDS N/V PF | | | | | Sold(part) | 9/29/2014 | K | E | |
| 3711 - SAN ANTONIO E/G REV 5.0% 02/01/18 | | | | | | | | | |
| 3712 - SCHLUMBERGER LTD | | | | | Sold(part) | 9/26/2014 | L | E | |
| 3713 - SCHNEIDER ELECTRIC SA | | | | | Sold(part) | 3/31/2014 | L | E | |
| 3714 - SCHWAB CHARLES NEW | | | | | Sold(part) | 8/25/2014 | K | D | |
| 3715 | | | | | Sold(part) | 8/26/2014 | L | E | |
| 3716 - SCRIPPS NETWORKS INTERACTIVE | | | | | | | | | |
| 3717 - SEADRILL LTD | | | | | Sold(part) | 9/23/2014 | K | | |
| 3718 | | | | | Sold(part) | 9/23/2014 | K | | |
| 3719 | | | | | Sold(part) | 9/26/2014 | J | | |
| 3720 | | | | | Sold(part) | 9/30/2014 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3721 | | | | | Sold | 10/7/2014 | J | | |
| 3722    - SEATTLE GENETICS INC | | | | | Sold(part) | 3/26/2014 | J | C | |
| 3723 | | | | | Sold(part) | 3/27/2014 | J | D | |
| 3724 | | | | | Sold(part) | 3/28/2014 | J | D | |
| 3725 | | | | | Sold(part) | 3/28/2014 | J | C | |
| 3726 | | | | | Sold(part) | 3/31/2014 | J | D | |
| 3727 | | | | | Sold(part) | 4/1/2014 | J | C | |
| 3728 | | | | | Sold(part) | 4/1/2014 | J | D | |
| 3729 | | | | | Sold(part) | 4/2/2014 | J | C | |
| 3730 | | | | | Sold(part) | 4/2/2014 | J | D | |
| 3731 | | | | | Sold(part) | 4/4/2014 | J | B | |
| 3732 | | | | | Sold(part) | 4/7/2014 | J | B | |
| 3733 | | | | | Sold(part) | 4/8/2014 | J | C | |
| 3734 | | | | | Sold(part) | 4/9/2014 | J | C | |
| 3735 | | | | | Sold(part) | 4/16/2014 | J | B | |
| 3736 | | | | | Sold(part) | 4/17/2014 | J | B | |
| 3737 | | | | | Sold(part) | 4/21/2014 | J | B | |
| 3738 | | | | | Sold(part) | 4/22/2014 | J | C | |
| 3739 | | | | | Sold(part) | 4/23/2014 | J | B | |
| 3740 | | | | | Sold(part) | 12/11/2014 | J | B | |
| 3741 | | | | | Sold(part) | 12/16/2014 | L | E | |
| 3742 | | | | | Sold(part) | 12/17/2014 | J | B | |
| 3743 | | | | | Sold(part) | 12/18/2014 | J | B | |
| 3744 | | | | | Sold(part) | 12/18/2014 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3745 | | | | | Sold(part) | 12/18/2014 | K | D | |
| 3746 | | | | | Sold(part) | 12/19/2014 | K | D | |
| 3747 | | | | | Sold(part) | 12/19/2014 | J | B | |
| 3748 | | | | | Sold(part) | 12/22/2014 | J | C | |
| 3749 | | | | | Sold(part) | 12/22/2014 | J | C | |
| 3750 | | | | | Sold(part) | 12/26/2014 | J | C | |
| 3751 | | | | | Sold(part) | 12/29/2014 | J | B | |
| 3752    - SES FDR CL A (PARIS) | | | | | | | | | |
| 3753    - SIEMENS AG NAMEN | | | | | Buy additional | 7/2/2014 | K | | |
| 3754 | | | | | Buy additional | 9/30/2014 | M | | |
| 3755    - SIGNET JEWELERS LTD | | | | | Sold(part) | 1/31/2014 | J | C | |
| 3756 | | | | | Sold(part) | 2/3/2014 | J | C | |
| 3757 | | | | | Sold(part) | 2/3/2014 | K | D | |
| 3758 | | | | | Sold(part) | 2/4/2014 | K | D | |
| 3759 | | | | | Sold(part) | 2/5/2014 | K | D | |
| 3760 | | | | | Sold(part) | 2/6/2014 | K | E | |
| 3761 | | | | | Sold(part) | 2/7/2014 | K | D | |
| 3762 | | | | | Sold(part) | 2/7/2014 | J | C | |
| 3763    - SINGAPORE TELECOMM | | | | | | | | | |
| 3764    - SIRIUS XM HOLDINGS INC (FORMERLY SIRIUS RADIO INC) | | | | | | | | | |
| 3765    - SMC CORP | | | | | Sold(part) | 9/29/2014 | K | E | |
| 3766    - SOFTBANK CORP | | | | | Sold(part) | 3/31/2014 | K | E | |
| 3767    - SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 3768    - ST JUDE MEDICAL | | | | | Buy | 8/8/2014 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3769 | | | | | Buy additional | 10/21/2014 | J | | |
| 3770 | | | | | Buy additional | 10/22/2014 | J | | |
| 3771 | | | | | Buy additional | 10/22/2014 | J | | |
| 3772 | | | | | Buy additional | 10/24/2014 | J | | |
| 3773 | | | | | Buy additional | 10/27/2014 | J | | |
| 3774 | | | | | Buy additional | 10/28/2014 | J | | |
| 3775 | | | | | Buy additional | 10/29/2014 | J | | |
| 3776 | | | | | Buy additional | 11/11/2014 | J | | |
| 3777    - STANDARD CHARTERED | | | | | Sold(part) | 3/31/2014 | J | | |
| 3778 | | | | | Sold(part) | 3/31/2014 | K | | |
| 3779 | | | | | Sold(part) | 3/31/2014 | L | | |
| 3780 | | | | | Sold(part) | 3/31/2014 | J | | |
| 3781 | | | | | Sold(part) | 5/28/2014 | J | | |
| 3782 | | | | | Sold (Part) | 10/1/2014 | J | | |
| 3783 | | | | | Sold (Part) | 10/1/2014 | J | | |
| 3784 | | | | | Sold (Part) | 10/7/2014 | J | | |
| 3785 | | | | | Sold (Part) | 10/13/2014 | J | | |
| 3786 | | | | | Sold (Part) | 10/14/2014 | J | | |
| 3787 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 3788 | | | | | Sold (Part) | 10/21/2014 | J | | |
| 3789 | | | | | Sold (Part) | 10/22/2014 | J | A | |
| 3790 | | | | | Sold (Part) | 10/23/2014 | J | A | |
| 3791 | | | | | Sold (Part) | 11/24/2014 | K | | |
| 3792 | | | | | Sold | 11/25/2014 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# Financial Disclosure Report
Page 163

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 3793 - STARBUCKS CORP | | | | | | | | | |
| 3794 - SUMITOMO MITSUI FINANCIAL GROUP INC | | | | | Buy additional | 1/24/2014 | J | | |
| 3795 | | | | | Buy additional | 3/28/2014 | K | | |
| 3796 | | | | | Sold (Part) | 10/17/2014 | L | | |
| 3797 | | | | | Sold | 10/17/2014 | M | | |
| 3798 - SUMITOMO MITSUI TRUST HOLDIN | | | | | Sold (Part) | 4/22/2014 | K | | |
| 3799 | | | | | Sold (Part) | 4/23/2014 | K | | |
| 3800 | | | | | Sold | 4/24/2014 | K | | |
| 3801 - SUN HUNG KAI PROP | | | | | Sold (Part) | 4/29/2014 | J | A | |
| 3802 | | | | | Sold (Part) | 5/2/2014 | J | A | |
| 3803 - SVENSKA HANDELSBKEN A | | | | | Buy | 4/1/2014 | L | | |
| 3804 - SYNGENTA AG | | | | | Sold(part) | 3/31/2014 | K | | |
| 3805 | | | | | Sold(part) | 3/31/2014 | K | | |
| 3806 | | | | | Sold(part) | 4/1/2014 | J | | |
| 3807 | | | | | Sold(part) | 4/1/2014 | K | | |
| 3808 | | | | | Sold(part) | 4/2/2014 | K | | |
| 3809 | | | | | Sold(part) | 4/3/2014 | J | | |
| 3810 | | | | | Sold(part) | 4/3/2014 | J | B | |
| 3811 | | | | | Sold (Part) | 7/14/2014 | K | B | |
| 3812 | | | | | Sold (Part) | 7/15/2014 | J | A | |
| 3813 | | | | | Sold (Part) | 7/15/2014 | K | C | |
| 3814 | | | | | Sold (Part) | 7/16/2014 | K | D | |
| 3815 | | | | | Sold (Part) | 7/17/2014 | J | C | |
| 3816 | | | | | Sold (Part) | 7/18/2014 | J | C | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3817 | | | | | Sold | 7/21/2014 | J | B | |
| 3818 - SYSMEX CORP | | | | | | | | | |
| 3819 - TAIWAN SEMICONDUCTOR SPONS ADR | | | | | Buy | 12/4/2014 | L | | |
| 3820 - TARGET CORP | | | | | Sold (Part) | 5/22/2014 | L | C | |
| 3821 | | | | | Sold | 5/23/2014 | L | D | |
| 3822 - TE CONNECTIVITY LTD US$ | | | | | Sold (Part) | 9/24/2014 | K | D | |
| 3823 | | | | | Sold (Part) | 9/24/2014 | K | E | |
| 3824 | | | | | Sold (Part) | 9/24/2014 | J | C | |
| 3825 | | | | | Sold (Part) | 9/25/2014 | K | D | |
| 3826 | | | | | Sold | 9/25/2014 | J | C | |
| 3827 - TEXAS INSTRUMENTS INC | | | | | Sold(part) | 4/1/2014 | L | E | |
| 3828 - THE WALT DISNEY CO | | | | | | | | | |
| 3829 - TIFFANY & CO NEW | | | | | Sold(part) | 1/21/2014 | K | C | |
| 3830 | | | | | Sold(part) | 1/22/2014 | K | D | |
| 3831 | | | | | Sold(part) | 1/23/2014 | K | D | |
| 3832 | | | | | Sold(part) | 3/28/2014 | K | D | |
| 3833 | | | | | Sold(part) | 3/31/2014 | L | E | |
| 3834 | | | | | Sold (Part) | 4/1/2014 | J | C | |
| 3835 | | | | | Sold (Part) | 6/25/2014 | L | E | |
| 3836 | | | | | Sold (Part) | 6/25/2014 | J | D | |
| 3837 | | | | | Sold (Part) | 6/26/2014 | L | E | |
| 3838 - TOMPKINS NY CORTLAND COMM COLL SFH 5.0% 07-01-21 | | | | | | | | | |
| 3839 - TOTAL SA (FR) | | | | | Buy | 11/5/2014 | K | | |
| 3840 | | | | | Buy additional | 11/11/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

**VII. INVESTMENTS and TRUSTS** -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (*No reportable income, assets, or transactions.*)

| A. Description of Assets (includingTrust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3841 | | | | | Buy additional | 11/12/2014 | J | | |
| 3842    - TOWERS WATSON & COMPANY CL A | | | | | Buy additional | 2/7/2014 | K | | |
| 3843 | | | | | Buy additional | 2/10/2014 | K | | |
| 3844 | | | | | Buy additional | 2/11/2014 | K | | |
| 3845 | | | | | Buy additional | 2/12/2014 | K | | |
| 3846 | | | | | Buy additional | 2/13/2014 | J | | |
| 3847    - TREND MICRO INC | | | | | Sold(part) | 3/28/2014 | J | | |
| 3848 | | | | | Sold(part) | 3/31/2014 | K | B | |
| 3849 | | | | | Sold(part) | 4/1/2014 | K | | |
| 3850    - TRIBOROUGH B/T NY SER C 5.0% 11/15/27 | | | | | | | | | |
| 3851    - UBS GROUP AG | | | | | Buy | 3/31/2014 | K | | |
| 3852 | | | | | Buy additional | 3/31/2014 | J | | |
| 3853 | | | | | Buy additional | 3/31/2014 | J | | |
| 3854 | | | | | Buy additional | 4/7/2014 | K | | |
| 3855    - UNILEVER PLC | | | | | Buy additional | 1/22/2014 | K | | |
| 3856 | | | | | Buy additional | 1/22/2014 | J | | |
| 3857 | | | | | Buy additional | 1/23/2014 | K | | |
| 3858    - UNION PACIFIC CORP | | | | | Sold | 1/6/2014 | L | F | |
| 3859    - UNITED TECHNOLOGIES CORP | | | | | | | | | |
| 3860    - UNITEDHEALTH GROUP INC | | | | | | | | | |
| 3861    - UTAH ST GO SER A 5.0% 07/01/2015 | | | | | | | | | |
| 3862    - VERISIGN INC | | | | | Buy additional | 4/23/2014 | J | | |
| 3863 | | | | | Buy additional | 4/23/2014 | K | | |
| 3864 | | | | | Buy additional | 4/24/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3865    - VERIZON COMMUNICATIONS | | | | | Buy additional | 8/25/2014 | K | | |
| 3866 | | | | | Buy additional | 8/26/2014 | K | | |
| 3867    - VISA INC CL A | | | | | | | | | |
| 3868    - VODAFONE GROUP PLC | | | | | Buy | 6/27/2014 | K | | |
| 3869 | | | | | Buy additional | 6/27/2014 | K | | |
| 3870 | | | | | Buy additional | 6/30/2014 | J | | |
| 3871 | | | | | Buy additional | 6/30/2014 | J | | |
| 3872 | | | | | Buy additional | 6/30/2014 | J | | |
| 3873 | | | | | Buy additional | 6/30/2014 | J | | |
| 3874    - WASTE CONNECTIONS INC | | | | | Buy additional | 1/7/2014 | J | | |
| 3875 | | | | | Buy additional | 1/8/2014 | J | | |
| 3876    - WELLS FARGO & CO (NEW) | | | | | Buy | 7/2/2014 | K | | |
| 3877 | | | | | Buy additional | 7/2/2014 | L | | |
| 3878 | | | | | Buy additional | 7/2/2014 | L | | |
| 3879 | | | | | Buy additional | 9/29/2014 | K | | |
| 3880    - WHITBREAD PLC | | | | | Sold(part) | 1/10/2014 | K | E | |
| 3881 | | | | | Sold (Part) | 4/9/2014 | K | E | |
| 3882 | | | | | Sold (Part) | 4/9/2014 | J | C | |
| 3883 | | | | | Sold (Part) | 4/10/2014 | J | D | |
| 3884 | | | | | Sold (Part) | 4/10/2014 | J | D | |
| 3885 | | | | | Sold (Part) | 4/11/2014 | J | C | |
| 3886 | | | | | Sold | 4/14/2014 | J | C | |
| 3887    - WYNN MACAU LTD | | | | | Buy additional | 4/1/2014 | K | | |
| 3888 | | | | | Buy additional | 4/3/2014 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including Trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3889 | | | | | Buy additional | 5/13/2014 | L | | |
| 3890 | | | | | Sold(part) | 9/18/2014 | J | | |
| 3891 | | | | | Sold(part) | 9/19/2014 | J | | |
| 3892 | | | | | Sold(part) | 9/22/2014 | J | | |
| 3893 | | | | | Sold(part) | 9/23/2014 | J | | |
| 3894 | | | | | Sold(part) | 9/24/2014 | J | | |
| 3895 | | | | | Sold(part) | 9/25/2014 | J | | |
| 3896 | | | | | Sold(part) | 9/26/2014 | J | | |
| 3897 | | | | | Sold(part) | 9/29/2014 | J | | |
| 3898 | | | | | Sold(part) | 9/30/2014 | J | | |
| 3899 | | | | | Sold(part) | 10/3/2014 | J | | |
| 3900 | | | | | Sold(part) | 10/6/2014 | J | | |
| 3901 | | | | | Sold(part) | 10/7/2014 | J | | |
| 3902 | | | | | Sold(part) | 10/8/2014 | J | | |
| 3903 | | | | | Sold(part) | 10/8/2014 | J | A | |
| 3904 | | | | | Sold(part) | 10/9/2014 | J | A | |
| 3905 - XILINX INC | | | | | Buy | 10/28/2014 | K | | |
| 3906 | | | | | Buy additional | 10/28/2014 | J | | |
| 3907 | | | | | Buy additional | 10/29/2014 | J | | |
| 3908 | | | | | Buy additional | 10/29/2014 | K | | |
| 3909 | | | | | Buy additional | 10/30/2014 | J | | |
| 3910 - ZODIAC AEROSPACE | | | | | Buy | 1/2/2014 | K | | |
| 3911 | | | | | Buy additional | 1/3/2014 | J | | |
| 3912 | | | | | Buy additional | 1/3/2014 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (includingTrust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (eg., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (eg., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 3913 | | | | | Buy additional | 1/6/2014 | J | | |
| 3914 | | | | | Buy additional | 1/6/2014 | J | | |
| 3915 | | | | | Buy additional | 1/7/2014 | J | | |
| 3916 | | | | | Buy additional | 1/8/2014 | J | | |
| 3917 | | | | | Buy additional | 1/9/2014 | J | | |
| 3918 | | | | | Buy additional | 1/13/2014 | J | | |
| 3919 | | | | | Buy additional | 1/16/2014 | J | | |
| 3920 | | | | | Buy additional | 3/31/2014 | J | | |
| 3921 | | | | | Buy additional | 3/31/2014 | J | | |
| 3922 | | | | | Buy additional | 3/31/2014 | J | | |
| 3923 | | | | | Buy additional | 4/1/2014 | J | | |
| 3924 | | | | | Buy additional | 4/1/2014 | J | | |
| 3925 | | | | | Buy additional | 4/2/2014 | J | | |
| 3926 | | | | | Buy additional | 4/2/2014 | J | | |
| 3927 | | | | | Buy additional | 4/4/2014 | K | | |
| 3928 | | | | | Buy additional | 4/7/2014 | J | | |
| 3929 | | | | | Buy additional | 4/7/2014 | J | | |
| 3930 | | | | | Buy additional | 4/7/2014 | J | | |
| 3931 | | | | | Buy additional | 10/2/2014 | J | | |
| 3932 | | | | | Buy additional | 10/3/2014 | J | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2015 |

## VIII. Additional Information or Explanations

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names (i.e. Rental Property #1).
These entities will eventually be liquidated as they wind up their affairs:

Rental Property #2
Rental Property #16
Rental Property #17
Rental Property #21
Rental Property #22
Rental Property #24

(X) Denotes items held within account that resulted from non-reportable transactions (such as exchanges or transfers-in from other accounts).

(Y) Denotes items which are no longer held within account resulting from non-reportable transactions (such as transfers-out to other accounts. Any reportable transactions that occurred prior to item being removed from list have been reported in columns D(1)-D(5).

Part VII: As of December 2014, no assets were held in ███ Trust #29. Section VII includes activity for the period January 2014 through July 2014. By July 2014, all assets were either sold, closed, or transferred to other accounts.

Part VII: As of December 2014, no assets were held in ███ Trust #30 other than one cash money market sweep account, "SSGA US GOV MONEY MARKET FUND". Section VII includes activity for the period January 2014 through December 2014. By December 2014, all assets (other than the aforementioned) were either sold, closed, or transferred to other accounts.

Part VII: As of December 2014, no assets were held in ███ Trust #33. Section VII includes activity for the month of January 2014. By the end of January 2014, all assets were either sold, closed, or transferred to other accounts.

(Z) Part VII: ███ Trust # 15: "BLACKROCK HIGH YIELD BOND" was sold in full during 2013. This sale was erroneously reported as a partial sale in the 2013 FDR report. No position in "BLACKROCK HIGH YIELD BOND" was held during 2014.

(Z) Part VII: ███ Trust # 17: "RIDGEWORTH FDS SEIX FLRT HI I" was sold in full during 2013. This sale was erroneously reported as a partial sale in the 2013 FDR report. No position in "RIDGEWORTH FDS SEIX FLRT HI I" was held during 2014

(Z) Part VII: ███ Trust # 32: "SEATTLE GENETICS INC"- sale reported in the 2013 FDR report as of 5/7/13 was errouneosuly described as "sold". This sale should have been described as Sold (part). Therefore, an opening position in SEATTLE GENETICS INC was held in 2014.

(W) Part VII: A limited partnership interest in "CAPITAL INTL PV EQUITY FUND, V LP" was erroneously excluded from the 2013 FDR report. If this interest had been reported correctly in 2013, column B1 would have reflected an income code of E, column B2 would have reflected income type of "Int./Div", column C1 would have reflected an ending value code of P1, and column C2 would have reflected value method code U.

During 2014, this interest was transfered to ███ Trust #34 and annual income/ending value information has been included in the aggregate reporting of ███ Trust #34.

(A) Part VII: ███ Trust # 30: Certain "Buy" and "Buy Additional" transactions during the period July 1, 2014 - September 30, 2014 (Q3 brokerage statement) were erroneously excluded from the original 2014 report dated 8/13/2015. These transactions have been included in the amended 2014 report dated 9/1/15 and denoted with an (A) in column D1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Maryanne T. Barry
_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544